AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Hyunhuy Nam | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-06165 |
| Permanent Mission of the Republic of Korea to the United Nations, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All the Defendants                                                                                                    .

Date:    08/17/2021                              /s/ Joshua S. Lim
                                                           *Attorney's signature*

                                                           Joshua S. Lim, Esq. (SL4581)
                                                           *Printed name and bar number*
                                                           Kim, Cho & Lim, LLC
                                                           460 Bergen Blvd., Suite 305
                                                           Palisades Park, New Jersey 07650

                                                           *Address*

                                                           joshualim@kcllawfirm.com
                                                           *E-mail address*

                                                           (201) 585-7400
                                                           *Telephone number*

                                                           (201) 585-7422
                                                           *FAX number*