```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
    Hyunhuy Nam                                      :
                                                     :
                                                     :
                        Plaintiff,                   :         21-cv-6165 (AJN)
                                                     :
                     -v-                             :              ORDER
                                                     :
                                                     :
    Permanent Mission of the Republic of             :
    Korea to the United Nations et al                :
                            Defendants.              :
                                                     :
                                                     :
------------------------------------------------------------------ :
                                                     X
```

ALISON J. NATHAN, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court on **Friday, October 15, 2021** at **3:15 pm**.  IT IS FURTHER ORDERED parties are to submit their Proposed Civil Case Management Plan and Joint Letter, as directed below, no later than **Wednesday, October 6, 2021**.

    Unless the Court states otherwise, the Court will not hold the upcoming initial pretrial conference in this case in person.  The conference will proceed by telephone.  The parties and members of the public may access the conference by dialing (888) 363-4749 and entering access code 9196964.  Counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

    Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference. Additionally, in accordance with the Court's Individual Rules, the parties are to ECF file a Proposed Civil Case Management Plan.  The parties shall use this Court's form Proposed Case Management Plan available at the Court's website (http://nysd.uscourts.gov/judge/Nathan).

  Included with the Proposed Civil Case Management Plan, the parties shall submit a Joint Letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    (1) A brief statement of the nature of the action and the principal defenses thereto;

    (2) A brief explanation of why jurisdiction and venue lie in this Court;

    (3) A brief description of all outstanding motions and/or all outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial

(7) Any other information that the parties believe may assist this Court in resolving the action; and

(8) **The parties should <u>advise the Court if they can do without a conference altogether</u>**.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

**<u>All pretrial conferences must be attended by the attorney who will serve as principal trial counsel</u>**. Any request for adjournment must be ECF filed and submitted pursuant to the Court's Individual Practices; the Court will not entertain requests made less than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Counsel who have noticed an appearance as of the issuance of this order are directed to notify all other parties' attorneys in this action by serving upon each of them a copy of this order and the Court's Individual Rules (available at the Court's website, http://nysd.uscourts.gov/judge/Nathan) forthwith. If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and Individual Rules to that party personally.

SO ORDERED.

Dated: September 3, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge