```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nam

           Plaintiff,

-v-

Permanent Mission of the Republic of Korea
to the United Nations et al

           Defendants.

21-cv-6165 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference in this matter is scheduled for Friday, October 15, 2021 at 3:15 PM. The conference may be accessed at that time by dialing (888) 363-4749 and entering access code 9196964#. All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

SO ORDERED. Dated:

    October 15, 2021
    New York, New York

_____
ALISON J. NATHAN
United States District Judge