```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nam,

           Plaintiff,

  –v–

Permanent Mission of the Republic of Korea to the United Nations et al.,

           Defendants.

21-cv-6165 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On December 13, 2021, Defendants moved to stay discovery pending resolution of their motion to dismiss. Dkt. No. 48. Plaintiff filed an opposition on December 22, 2021. Dkt. No. 55.

    The Court DENIES Defendants' motion to stay. If Defendants believe Plaintiff's discovery requests exceed the scope of Rule 26 or the parties' protective order entered November 5, 2021, Dkt. No. 37, then Defendants may, after meeting and conferring with Plaintiff, file an objection.

SO ORDERED.

Dated: December 27, 2021
       New York, New York

                                  ALISON J. NATHAN
                                United States District Judge