```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYUNHUY NAM,

                Plaintiff,

      v.	21-CV-6165 (RA)

PERMANENT MISSION OF THE	ORDER
REPUBLIC OF KOREA TO THE UNITED
NATIONS,

                Defendants.

RONNIE ABRAMS, United States District Judge:

    This case was recently reassigned to me from Judge Nathan. By Orders dated October 7, 2021 and January 21, 2022, Judge Nathan scheduled a post-fact discovery conference for April 15, 2022. *See* Dkts. 30, 61. On February 24, 2022, Judge Nathan granted the parties' request to extend the discovery deadlines, with all fact discovery to be completed by May 12, 2022, and all expert discovery to be completed by June 28, 2022. *See* Dkt. 68.

    The Court hereby adjourns the post-fact discovery conference to May 20, 2022 at 10:30 a.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:   April 12, 2022
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge