# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

June 27, 2022

Yongjin Bae, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: ybae@hanglaw.com

**VIA ECF**
Via ECF only
Southern District of New York
Attn: Hon. Ronnie Abrams, U.S.D.J.
40 Foley Square, Courtroom 1506
New York, New York 10007

RE:   HYUNHUY NAM v. PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS,
CASE NO.: 1:21-cv-6165-AJN
JOINT LETTER REGARDING CASE STATUS

Dear Judge Abrams:

  This office represents the Plaintiff Hyunhuy Nam, in the above-referenced matter. The parties jointly submit this status update pursuant to Your Honor's Order dated May 23, 2022.

  The parties have completed their initial written discovery and depositions and all discovery will be ending on June 28, 2022 per the scheduling order as amended by Judge Nathan on February 24, 2022.

  After the close of all discovery, the parties intend to file a motion for summary judgment within 30 days thereof, in accordance with FRCP 56. The parties have not discussed settlement so far, as it is unlikely the parties will settle.

  We appreciate the Court's time and continued attention to this matter.

Respectfuly submitted,

 *s/ Yongjin Bae*

Yongjin Bae, Esq.

*Attorneys for Plaintiff*

cc:   Defendant's counsel – via ECF

In light of the parties' intent to file summary judgment motions following the close of discovery, the post-discovery conference previously scheduled for July 8, 2022 is hereby adjourned *sine die*.

SO ORDERED.

_____
Hon. Ronnie Abrams
06/28/2022