

HENRY L. KIM*
JOSHUA S. LIM*
KENDAL SIM*
SEAN S. KWAK*
NICHOLAS J. DUBOIS*
JOHN CHEN*

**KIM, CHO & LIM, LLC**
Attorneys at Law

NY Office:
164-01 Northern Boulevard
2nd Floor
Flushing, NY 11358
T: 718.539.7400
F: 917.463.1590

\* Admitted in NJ & NY

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400  F: 201.585.7422

Reply to NJ Address only

July 19, 2022

<u>Via ECF only</u>
Southern District of New York
Attn: Hon. Ronnie Abrams, U.S.D.J.
40 Foley Square, Courtroom 1506
New York, New York 10007

**RE: HYUNHUY NAM v. PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS, et al.
CASE NO.: 1:21-cv-6165-RA
REQUEST TO ENLARGE PAGE LIMIT**

Dear Judge Abrams:

As Your Honor is aware, this firm represents the remaining Defendant, the Permanent Mission of the Republic of Korea to the United Nations ("Mission"), in the above-referenced matter. Defendant writes to request an enlargement of the page limit for Defendant's anticipated motion for summary judgment.

Your Honor's Individual Rules & Practices In Civil Cases § 4(A) limits the page count for the parties' memoranda of law to twenty-five (25). Defendant has completed its first draft of its anticipated motion for summary judgment and sees that it exceeds thirty (30) pages.

While Defendant will endeavor to minimize the page count for its brief, the undersigned respectfully requests that the Court permit Defendant to file a brief that is no more than 30 pages in length (excluding table of contents and table of authorities).

Thank you, Your Honor, for your time and attention in this matter.

Respectfully yours,

*/s/ Joshua S. Lim*

Joshua S. Lim

JSL/ssk

cc: Plaintiff's counsel – via ECF

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
07/20/2022