# EXHIBIT 2

Nam v. Permanent Mission of the ROK to UN
SDNY 1:21-cv-06165-AJN                    Defendant's Motion for Summary Judgment

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
**Hyunhuy Nam on 02/22/2022**

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2

 3                                Case No.: 1:21-CV-06165
      ---------------------------------
 4    HYUNHUY NAM,

 5                    Plaintiff,        VIDEOCONFERENCE
                                        DEPOSITION OF:
 6                                      HYUNHUY NAM
              -against-
 7
      PERMANENT MISSION OF THE REPUBLIC
 8    OF KOREA TO THE UNITED NATIONS,

 9                    Defendants.

10    ------------------------------------

11

12

13         TRANSCRIPT of the testimony of HYUNHUY NAM in

14    the above-entitled matter, as taken by and before

15    CELESTE A. GALBO, a Certified Court Reporter and

16    Notary Public of the State of New Jersey, held at the

17    offices of Kim, Cho & Lim, LLC, 460 Bergen Boulevard,

18    Palisades Park, New Jersey, on February 22, 2022,

19    commencing at 10:09 a.m.

20

21

22

23

24

25
```

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022
Pages 2..5

**Page 2**

```
1            A P P E A R A N C E S :
2
3    HANG & ASSOCIATES, PLLC
     BY:  SHAN ZHU, ESQ.
4         YONGJIN BAE, ESQ.
     136-20 38th Street
5    Flushing, New York 11354
6    718-353-8588
7    szhu@hanglaw.com
     ybae@hanglaw.com
8
     Attorneys for the Plaintiff
9
10
11   KIM CHO & LIM, LLC
     BY:  JOSHUA S. LIM, ESQ.
12        SEAN KWAK, ESQ.
     460 Bergen Boulevard
13   Palisades Park, New Jersey 07650
14   201-740-2953
15   seankwak@kcllawfirm.com
16   Attorneys for the Defendant
17
18   ALSO PRESENT:
19   Fran Yoon, Korean interpreter
     Jo Jinha, Esq., Permanent Mission of the Republic of
20        Korea to the United Nations
     Taeho Kim
21
22
23
24
25
```

**Page 3**

```
1               INDEX
2
3    WITNESS                        PAGE
4    HYUNHUY NAM
     BY MR. LIM                       6
5    BY MR. ZHU                     130
6
7
8
          E X H I B I T S
9
10   DEFENDANT'S    DESCRIPTION     PAGE
11   Exhibit 1  2016 contract and translation    22
12   Exhibit 2  2017 papers with translation     27
13   Exhibit 3  2018 papers with translation     31
14   Exhibit 4  2019 papers and translation      35
15   Exhibit 5  2020 papers with translation     39
16   Exhibit 6  2021 papers with translation     40
17   Exhibit 7  consent form                     43
18   Exhibit 8  time records                     52
19   Exhibit 9  dictionary definition of the
                protocols                        78
20
     Exhibit 10 document Bates stamped
21              P DOC S 000048                    82
22   Exhibit 11 document Bates stamped
                P DOC S 000272                    84
23
     Exhibit 12  Settlement Agreement            103
24
25
```

**Page 4**

```
1            E X H I B I T S
2
3    DEFENDANT'S    DESCRIPTION           PAGE
4
5    Exhibit 13 handwritten notes          110
6    Exhibit 14 text messages              117
7    Exhibit 15 letter from the Ministry of Foreign
                Affairs of the Republic of Korea   128
8
9         (Exhibits retained by Mr. Kwak.)
10
11
12
13   REQUEST FOR DOCUMENTS:
14   PAGE    LINE
15    27       2
     106      13
16   123      25
     125       2
17
18
19   DIRECTIONS NOT TO ANSWER:
20   PAGE    LINE
21   126       7
     126      19
22
23
24
25
```

**Page 5**

```
1       IT IS HEREBY STIPULATED AND AGREED
2    by and between the attorneys for the respective
3    parties herein, that filing and sealing be and the
4    same are hereby waived.
5           IT IS FURTHER STIPULATED AND AGREED
6    that all objections, except as to the form of the
7    question, shall be reserved to the time of the trial.
8           IT IS FURTHER STIPULATED AND AGREED
9    that the within deposition may be signed and sworn to
10   before any officer authorized to administer an oath,
11   with the same force and effect as if signed and sworn
12   to before the Court.
13
14
15
16
17              -O-
18
19
20
21
22
23
24
25
```

**Page 6**

1  FRAN YOON, was duly sworn by the Notary Public to
2  interpret the proceedings from English to Korean, and
3  from Korean to English.
4  HYUNHUY NAM, residing at 128 W. Central Boulevard,
5  Palisades Park, New Jersey 07680 having been duly
6  sworn by the Notary Public, was examined and
7  testified as follows:
8  EXAMINATION
9  BY MR. LIM:
10     Q.    All right. Good morning, Mr. Nam. Let
11  me briefly introduce myself. My name is Joshua Lim.
12  I am one of the attorneys representing the defendant
13  in this case Permanent Mission of the Republic of
14  Korea to the United Nations. To my right my
15  associate Sean Kwak is present. From time to time if
16  necessary, Mr. Sean may also ask you some questions,
17  although I'll be the one taking the meeting today.
18          Okay. And for purposes of today's
19  proceeding I'm going to refer to the defendant as
20  "the Mission". No other name should be used for the
21  purpose of clarity and consistency. So, when you're
22  testifying, I want you to consistently refer to -- I
23  guess perhaps I'm asking Ms. Yoon, the translator, to
24  refer to the defendant as the Mission.
25     A.    Understood.

**Page 7**

1     Q.    Now, you are here for a proceeding
2  known as a deposition. Have you been deposed before?
3     A.    Yes.
4     Q.    When was the last time that you were
5  deposed?
6     A.    About 2011.
7     Q.    Okay. Why did you have to be deposed?
8     A.    It was a deposition concerning a
9  workers' comp case with CRST Trucking Company.
10     Q.    So that's back in what, 2010 or '11?
11     A.    Correct.
12     Q.    Since then are you saying that you've
13  never deposed until today?
14     A.    Correct.
15     Q.    Okay. Now, I'm going to give you some
16  rules. I know you were deposed once before, but
17  these are the cardinal rules that will control
18  today's proceeding. These are very important and I
19  expect you to abide by these rules at all times from
20  the beginning to the end.
21          Number one, I'm going to ask you a
22  number of questions related to the lawsuit that you
23  brought against my client, that you'll be asked to
24  answer all my questions. And when you answer my
25  questions, I know you're wearing a mask, I understand

**Page 8**

1  why you're doing it, however, you have to verbalize,
2  verbalize your response at all times. Let me explain
3  what I mean by that. If you shake your head or nod,
4  that is not a sufficient response. Why? Because the
5  court reporter today, she'll take down whatever I say
6  or whatever you say, whatever is discussed in this
7  proceeding. Later on she'll produce what we call a
8  transcript. And when we look at the transcript, if
9  you shook your head or nod it and later on when we
10  try to use it for future proceedings in the court, we
11  don't know what you meant by then. Hence, it is very
12  important for you to verbalize your response with the
13  assistance of the interpreter, Ms. Yoon.
14          Do you understand that, sir?
15     A.    Yes.
16     Q.    Number two, from time to time your good
17  counsel may say what we call objection. But under
18  the court rules, they cannot do speaking objection.
19  In other words, they cannot object in a way that
20  coaches you how to answer. He cannot tell you how to
21  answer or what to say. That is strictly prohibited
22  by rule. All they can do, they can just say
23  objection to the form. If they say objection to the
24  form, allow their objection to be placed on the
25  record and move on, you still have to answer my

**Page 9**

1  question. Understand?
2     A.    Yes.
3     Q.    And there is a confidentiality order
4  signed by Judge Nathan. Let me explain to you the
5  legal significance of that. Before we begin, counsel
6  and I, your counsel, we discussed and we agreed that
7  if you're about to say something that is considered
8  confidential, we're going to go off the record and
9  discuss how it should be handled first and then we're
10  going to go back to the record.
11          Do you understand this, sir?
12     A.    Yes.
13     Q.    And I don't think it will happen but
14  I'm going to tell you anyhow, if you're about to say
15  something that involves your communication with your
16  counsel, I'm not entitled to know and I don't want to
17  know. So you don't have to tell me what you
18  discussed with your counsel and I'm not entitled to
19  know. Okay?
20     A.    Understood.
21     Q.    Barring that, you have to answer all my
22  questions today.
23     A.    Understood.
24     Q.    Rule number three, this is by far the
25  most important rule of all. If you look around there

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                                    Pages 10..13

Page 10

1  is no judge or jury today, however, Mr. Nam, the
2  answer you're about to give has the same force and
3  effect as if you're testifying in a court of law.
4  You raised your right hand, you're under oath.  You
5  understand that, right?  That means if you willfully
6  lie that you will be subjected to punishment.
7         You understand that, sir?
8     A.    Yes.
9     Q.    So no speculation, no guess, no
10  exaggeration, facts, facts, and facts only.  Are we
11  clear about this?
12    A.    Yes.
13    Q.    Okay.  And luckily with the cooperation
14  of your good counsel we already have most of the
15  answers, we just want to confirm a few things.
16         You understand that?
17    A.    Yes.
18    Q.    By the way, I have to commend your good
19  counsel, your counsel has been very cooperative and
20  courteous throughout the proceeding, and we
21  anticipate that we'll continue to work together well.
22         Now, we have a translator for a reason.
23  You have to go through the translator at all times.
24  The reason why I'm telling you this is because you
25  may understand some English, so from time to time you

Page 11

1  may just blurt out your answers in English.  If you
2  continue to speak in English and then I'll ask your
3  counsel whether or not you really need a translator.
4         Do you understand?
5     A.    Understood.
6     Q.    So you have to go through the
7  translator at all times.
8         Now, before we begin, is there any
9  reason at all that may impair your ability to tell
10  the truth today, physical, psychological or
11  otherwise?  Do you have any reason at all that it
12  will make it difficult for you to tell the truth?
13    A.    No.
14    Q.    Okay.  So you're ready to tell the
15  truth?
16    A.    Correct.
17    Q.    To all the questions, correct?
18    A.    Correct.
19         MR. ZHU:  One instruction to the
20  witness --
21         MR. LIM:  I forgot one --
22         MR. ZHU:  Go ahead.
23         MR. LIM:  Thank you.
24    Q.    We'll probably take a break from time
25  to time, but under the Judge Salas' rule, it's a

Page 12

1  federal ruling in the matter, you're not allowed to
2  discuss your prior testimony with your counsel during
3  a break.  You can talk to your counsel about other
4  things, but you cannot talk your counsel during the
5  break about, hey, how did I do, should I go back and
6  change my answer.  You are not allowed to do that.
7  In that case under the case rule, we're allowed to
8  ask you and your counsel what you actually discussed.
9  In other words, that attorney/client privilege may be
10  lifted.  So I just wanted to be careful about that.
11         Okay, go ahead, sir.
12         MR. ZHU:  So just I instruct you that
13  you need to wait for the answer -- I'm sorry, wait
14  for the question before you give the answer.
15         MR. LIM:  Thank you.  I appreciate
16  that.
17    Q.    Mr. Nam, we have your full name here as
18  indicated in the caption Hyunhuy Nam; is that
19  correct?
20    A.    Hyunhuy Nam.
21    Q.    Okay.  Do you have an English name?
22    A.    No.
23    Q.    Okay.  Your date of birth is April 9,
24  1960?
25    A.    Correct.

Page 13

1     Q.    Are you currently residing at 128 West
2  Central Boulevard, Palisades Park, New Jersey?
3     A.    Yes.
4     Q.    However, during the course of your
5  employment at the Mission, you reside at 55 West
6  Homestead Avenue, correct, 55?
7     A.    55, yes.
8     Q.    Are you married?
9     A.    Yes.
10    Q.    With children?
11    A.    Yes.
12    Q.    Who are you living with today?
13    A.    With my wife.
14    Q.    Anyone else?
15    A.    From time to time my daughter comes to
16  visit us.
17    Q.    So you're just living with your wife;
18  is that correct?
19    A.    Correct.
20    Q.    Let's go over your employment history.
21  Are you currently employed?
22    A.    Yes.
23    Q.    Where are you working?
24    A.    Sunrise, LLC.
25    Q.    Where is it?

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                   Pages 14..17

Page 14

1   A.   In Secaucus.
2   Q.   What kind of company is this?
3   A.   It's a trucking company.
4   Q.   How many hours do you work there?
5   A.   40 hours a week.
6   Q.   When did you start working for this
7   company?
8   A.   July 29, 2021.
9   Q.   Do you have any other job other than
10  this?
11  A.   No.
12  Q.   Okay.  Prior to that, where did you
13  work?
14  A.   My last job prior to my current job was
15  at the Mission.  And after my work was terminated for
16  one month, I didn't work, and then I started working
17  for Sunrise, LLC.
18  Q.   How much are you earning now?
19  MR. ZHU:  Objection.  Relevance.
20  You can answer.
21  A.   On average about $4,000.
22  Q.   4,000 a month?
23  A.   Yes.
24  MR. ZHU:  Interpreter, if you can maybe
25  translate my objection to the witness.

Page 15

1   THE INTERPRETER:  Sure.  Sure.
2   Q.   What is your highest level of
3   education?
4   A.   Four-year university.
5   Q.   Where?
6   A.   Seoul.
7   Q.   What's the name of the school?
8   A.   Sungkyunkwan University.
9   Q.   What did you study?
10  A.   Okay.  My major was in German language
11  and minored in administration.
12  Q.   Prior to working at the Mission, where
13  did you work?
14  A.   Cora Express, C-O-R-A.
15  Q.   Where is it?
16  A.   In Hackensack.  It's near Hackensack, I
17  don't know the specific town.
18  Q.   What did you do there?
19  A.   It's a trucking company.
20  Q.   Were you a truck driver?
21  A.   Yes.
22  Q.   How long did you work there for?
23  A.   Two years.
24  Q.   Prior to your working at the Mission,
25  how long did you work as a truck driver?

Page 16

1   A.   Well, I didn't work as a truck driver
2   continuously, so it's difficult to say.  But I would
3   say about ten years.
4   Q.   When did you come to the United States?
5   MR. ZHU:  Objection.  Relevancy.
6   You can answer.
7   A.   Well, I can't recall if it was January
8   2007 or 2008, however it was after 2007 and my entire
9   family emigrated to this country in or around January
10  2017 -- not 2017 but 2007.
11  Q.   You just talked about your family.  My
12  question is, when did you come to the United States?
13  MR. ZHU:  Objection.  Asked and
14  answered.
15  You can answer.
16  A.   I visited this country or I came -- I
17  was back and forth in this country many times, so.
18  Q.   My question is, when did you immigrate
19  to the United States?
20  MR. ZHU:  Objection to you inquiring
21  about the immigration status.
22  MR. LIM:  Counsel, let me remind you of
23  the case, the KOTRA case.  One of the factors the
24  Court considered was the nationality of the
25  plaintiff.  Okay?  So that's the reason why I'm

Page 17

1   asking.  You can put an objection on the record but
2   it's relevant.  Okay.
3   Q.   So, sir, I can care less about whether
4   you're legal or illegal.  I don't care about that.
5   My question is are you South Korean national?
6   A.   Yes.
7   Q.   You're not a naturalized American
8   citizen yet, correct?
9   A.   Correct.
10  Q.   After you came to the United States,
11  would it be fair to say that most of the time you
12  worked as a truck driver?
13  A.   Yes.
14  Q.   When you worked as a truck driver, was
15  your driving just limited to East Coast area or
16  certain areas or did you drive across the country?
17  A.   Across the country.
18  Q.   Do you speak some English?
19  A.   Just enough to get by as a truck
20  driver.
21  Q.   Would you say that your English is a
22  conversational level?
23  A.   Well, I wouldn't say perfect, however,
24  I am able to take job instructions.
25  Q.   And you can carry out those job

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                    Pages 18..21

Page 18

1  instructions?
2      A.    Correct.
3      Q.    Would you consider yourself an
4  experienced driver?
5      A.    Yes.
6      Q.    Would you say that you are a very
7  reliable driver?
8      A.    Yes.
9      Q.    Would you say that you operate the
10  vehicle in a very safe manner?
11      A.    Yes.
12      Q.    How many accidents have you had in the
13  past?
14      A.    If you're talking about a car accident,
15  there was only one minor car accident.
16      Q.    But otherwise you consider yourself a
17  very reliable, safe driver?
18          MR. ZHU:  Objection.  Asked and
19  answered.
20      A.    Correct.
21      Q.    Would you say you are very familiar
22  with the road areas in northern New Jersey?
23      A.    I am very familiar with the roads in
24  Connecticut and New Jersey.
25      Q.    Okay.  How did you find out about the

Page 19

1  job opportunity at the Mission?
2      A.    I found out through HeyKorean.  It's a
3  Korean post or portal.  There was a job listing in
4  March of 2016.
5      Q.    Were you aware that the same job ad was
6  also available on the website of the Mission?
7      A.    I didn't know.
8      Q.    Did you ever know that it was available
9  on the website of the Mission?
10      A.    By 2020 when this case was already
11  filed, I knew about it.  So as I asked my attorney
12  and I actually went to the website of the Mission to
13  see if there were such listings available on the home
14  page.
15      Q.    Now, how did you reach out to the
16  Mission for a job interview?  Did you call them?  Did
17  you email them?
18      A.    I followed the instructions of the
19  posting in or on HeyKorean.
20      Q.    What were the instructions?
21      A.    Based on my recollection, I believe I
22  was supposed to contact via email.
23      Q.    What was the position and title you
24  applied for?
25      A.    Driver, chauffeur.

Page 20

1      Q.    Chauffeur.  Did you have an interview?
2      A.    Yes.
3      Q.    I'm not going to ask you to identify
4  the name of the person that you interviewed with, you
5  can just go by the last name.
6      A.    Choi.
7      Q.    At the time did you bring your resume
8  to the interview?
9      A.    Yes.
10      Q.    Do you have a copy of your resume?
11      A.    No, I don't.
12      Q.    Did you throw it away?
13      A.    I submitted it with all other
14  documents.
15      Q.    To who?
16      A.    So, at the time I was sent a Mission's
17  form, so I filled it out and submitted it to the
18  Mission.
19      Q.    During the interview did they ask you
20  whether or not you are familiar with the areas New
21  York and New Jersey?
22      A.    Yes.
23      Q.    Did it also ask you whether or not you
24  are a safe driver?
25      A.    Yes.

Page 21

1      Q.    Did you answer -- how did you answer to
2  all these questions?
3          MR. ZHU:  Objection.  Compound.
4      Q.    How did you answer?
5      A.    I can't recall.
6      Q.    Did they also ask you whether or not
7  you are able to keep information you will acquire
8  while working for the Mission secret?
9      A.    No, not at the interview.  There was no
10  mention of me being able to keep a secret was not
11  mentioned during my interview.
12      Q.    Was it ever mentioned afterwards?
13      A.    Yes, the first day of my job when I
14  arrived at the Mission bringing the minister, that's
15  when I was told.  Well, I mean, they didn't really go
16  into specifics about keeping information
17  confidential, however, when I asked them what type of
18  organization the Mission was, I was told what the
19  organization was.
20      Q.    Okay.  Now, we're going to get there.
21  Who offered you a job?  You can just tell me the last
22  name of the person.
23      A.    Mr. Jo was the one who notified me.
24      Q.    Okay.  Did he call you?
25      A.    Yes.

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                      Pages 22..25

Page 22

1    Q.    Okay.  You accepted that offer?
2    A.    Yes.
3          MR. LIM:  Okay.  I'm going to mark D-1.
4    These are the contracts.
5          (Defendant's Exhibit 1, 2016 contract
6          and translation, was marked for
7          identification.)
8          (Discussion off the record.)
9    Q.    All right.  Mr. Nam, we just handed to
10   you what's been marked as D-1.  We're going to spend
11   a little time identifying the documents that have
12   been marked as exhibits.
13         Now, do you recognize these documents,
14   sir?
15   A.    Yes.
16   Q.    What is this?
17   A.    It's an employment contract for
18   chauffeur.
19   Q.    Now, let's go to the last page of the
20   contract.  Do you see that -- no, that's different,
21   second to the last.
22         Now, that's the last page of the
23   employment contract for chauffeur?
24   A.    Yes.
25   Q.    Do you see your signature there?

Page 23

1    A.    Yes.
2    Q.    You signed it?
3    A.    Yes.
4    Q.    You signed it voluntarily?
5    A.    Yes.
6    Q.    No one forced you to sign it, correct?
7    A.    Correct.
8    Q.    At the time you signed it, you had
9    every intention to abide by the terms of this
10   contract, correct?
11         MR. ZHU:  Objection.  Calls for a legal
12   conclusion.
13         You can answer, if you understand.
14         MR. LIM:  So, okay, counsel, just
15   objection to the form as the rule requires.  I don't
16   want you to just speak.
17   A.    Correct.
18   Q.    Okay.  Now, you understand that when
19   you signed it, you had a contractual duty and
20   obligation to abide by the terms, correct?
21   A.    Correct.
22   Q.    Let's go to the next page.  Do you
23   recognize that?
24   A.    Yes.
25   Q.    Do you know what that is?

Page 24

1    A.    Well, it's a pledge agreement that I
2    would pledge to abide by the terms.
3    Q.    Okay.  You signed it?
4    A.    Correct.
5    Q.    Voluntarily?
6    A.    Yes.
7    Q.    You had every intention and duty to
8    abide why the terms of the contract, correct?
9    A.    Correct.
10   Q.    And according to this employment
11   contract, your employment began on July 1, 2016?
12   A.    Correct.
13   Q.    And the term of the contract was only
14   one year, correct?
15   A.    Yes.
16   Q.    Now, before you signed it, did you have
17   an opportunity to read and understand the terms in
18   the contract?
19   A.    No.
20   Q.    You did not read?
21   A.    Correct.
22   Q.    You did not even understand?
23         MR. ZHU:  Objection.  Asked and
24   answered.
25   Q.    Go ahead.

Page 25

1    A.    Typically as an employee I had to agree
2    with all the terms that was presented to me, so I had
3    to sign.
4    Q.    Okay.  Did you ever read this contract
5    afterwards?
6    A.    Yes, once.
7    Q.    Okay.  You read it?
8         MR. ZHU:  Objection.  Asked and
9    answered.
10   A.    Yes.
11        MR. LIM:  Just put your objection on
12   the record.  I don't want you to violate the rule.
13   Just say objection to the form.  That's all you need
14   to do.
15        MR. ZHU:  No, I have an objection.
16   Asked and answered.  If you want, we can call judge
17   and we can get a clarification of what kind of
18   objection I can put on the record.
19        So, now, when you signed the pledge
20   agreement, it's a one-page document.  By the way you
21   read Korean, right?
22   A.    Correct.
23   Q.    That's in Korean?
24   A.    Yes.
25   Q.    That's no more than three paragraphs,

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                    Pages 26..29

Page 26

```
 1   right?
 2        A.    Correct.
 3        Q.    Did you read it?
 4              MR. ZHU:  Objection.  Asked and
 5   answered.
 6              MR. LIM:  Sir, hold on.  Go off the
 7   record.
 8              (Discussion off the record.)
 9              MR. LIM:  Go ahead.
10              THE INTERPRETER:  What was the last
11   question?
12              (The record was read.)
13        A.    Not at the time of signing.
14        Q.    But did you read it later on?
15        A.    No, I did not read this particular
16   document even after I signed.
17        Q.    I see.  You never read this pledge
18   agreement?
19              MR. ZHU:  Objection.  Asked and
20   answered.
21        A.    I'm talking about at the time.
22        Q.    I see.  But when did you read it?
23        A.    After the lawsuit started with my
24   attorney I read it.
25        Q.    Okay.  Let's go to the next exhibit.
```

Page 27

```
 1
 2   (REQ)         MR. ZHU:  For the record, we call for
 3   production of ROKPM 00010-T through 13-T as well
 4   certificate of translation.
 5              (Discussion off the record.)
 6              (Defendant's Exhibit 2, 2017 papers
 7              with translation, was marked for
 8              identification.)
 9        Q.    All right.  Now, what's been handed to
10   you is Exhibit D-2.  I want you to go through that
11   and identify it for me.
12        A.    This is an unfair employment contract
13   condition.  It's asking me to comply with whatever
14   their employment conditions are under the employment
15   contract.
16        Q.    Mr. Nam, I just want you to listen to
17   my question carefully.  You're not here to give your
18   narrative.  Just answer my questions.  I just asked
19   you what is this?  Isn't this an employment contract?
20        A.    Yes.
21        Q.    That's the one that you're signed in
22   2017, correct?
23        A.    Correct.
24        Q.    Let's go to the last page of the
25   employment contract.  You see a date July 1, 2017?
```

Page 28

```
 1   Do you see that, sir?
 2        A.    Yes.
 3        Q.    Do you see your signature there?
 4        A.    Yes.
 5        Q.    You signed it, correct?
 6        A.    Yes.
 7        Q.    And it was also signed by the minister
 8   at the time, correct?
 9        A.    Can I explain to you the situations at
10   the time of the signing?
11        Q.    Sir, this is how it works, I'm asking
12   you questions.  If you want to say something more,
13   then later you can always go through your counsel.
14   Okay?  You are here to answer my questions.
15        A.    Understood.
16        Q.    This contract is written in Korean,
17   correct?
18        A.    Correct.
19        Q.    When was the first time you read this?
20        A.    No, after I signed it, I brought the
21   copy with me.  Now, I didn't get the copy at the time
22   of signing this document.  So once I signed it, a few
23   days later I got a copy.  So when I read the copy, I
24   didn't read the entire content, but I read what I
25   wanted to read which was how much I was getting paid.
```

Page 29

```
 1        Q.    Okay.  But you had an opportunity to
 2   read the whole contract?
 3              MR. ZHU:  Objection to the form.
 4        A.    I didn't, not at the time of the
 5   signing.
 6        Q.    Are you saying that -- by the way, who
 7   presented this contract to you in 2016 and '17?  Just
 8   the last name, please.
 9        A.    It was Mr. Jo.
10        Q.    2016 and 2017 both contracts were
11   presented by Mr. Jo?
12        A.    Based on my recollection, I believe in
13   2016 it was Mr. Jo -- so, in 2017 I believe it was
14   Mr. Lee.  I was mistaken.  However -- no, now that he
15   know about it, I believe in 2017 it was also Mr. Jo.
16   I thought it was between 2016 and 2017 there was a
17   personnel change but I was wrong.
18        Q.    Okay.  So let's clarify the record,
19   okay.  So both contracts, the 2016 and 2017 which we
20   just reviewed, were both presented by Mr. Jo to you,
21   correct?
22        A.    Yes, Mr. Jo.
23        Q.    Okay.  Again, these two contracts bear
24   your authentic signature, correct?
25        A.    Correct.
```

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022
Pages 30..33

Page 30

1     Q.    Now, are you saying that in both 2016
2 and '17 after you signed it, you got a copy of both
3 contracts a few days later?
4     A.    Yes.
5     Q.    Okay.  And you were able to retain a
6 copy of the fully executed contracts?
7     MR. ZHU:  Objection.  No question
8 pending.  He already answered.
9     A.    Correct.
10     Q.    In fact, you did retain the copies of
11 the 2016 and 2017 contract in your possession,
12 correct?
13     A.    Correct.
14     Q.    Now, let's go to the pledge agreement
15 Bates stamp No. 19.  I see a date July 1, 2017, and
16 did you print your name?
17     A.    Yes.
18     Q.    Okay.  And it only contains two
19 paragraphs.  Did you sign this after you read it?
20     A.    I didn't.
21     Q.    You didn't even read it?
22     A.    Because I was instructed to just sign
23 without reading it.
24     Q.    Are you saying that Mr. Jo just forced
25 you to sign it?

Page 31

1     A.    Well, I mean, he did not force me,
2 however, typically in order for me to work there, I
3 had to sign a document like this.  So when these
4 types of documents are presented to me, I had to
5 sign.
6     Q.    When you signed 2016-'17 employment
7 contract and pledge agreements, did Mr. Jo ever force
8 you, coerce you, threaten you into signing these
9 documents?
10     A.    No.
11     Q.    Let's go to next, Bates stamp No. 20.
12     (Defendant's Exhibit 3, 2018 papers
13     with translation, was marked for
14     identification.)
15     Q.    Okay.  We're going to go through the
16 same drill.  Okay?  Do you recognize these documents,
17 sir?
18     A.    Yes.
19     Q.    This is an employment contract for
20 2018?
21     A.    Yes.
22     MR. ZHU:  Objection.  No question
23 pending.
24     Q.    Okay.  Now, this is an employment
25 contract also was a one-year term?

Page 32

1     A.    Yes.
2     Q.    And starting from July 1, 2018?
3     MR. ZHU:  Objection.  No question
4 pending.
5     Q.    Correct?
6     A.    Yes.
7     Q.    And ends on June 30, 2019; is that
8 correct?
9     A.    Yes.
10     Q.    Now, let's go to the last page of
11 employment contract for chauffeur, Bates stamp No.
12 23.  Do you see a date there?
13     A.    Yes.
14     Q.    July 1, 2018?
15     A.    Yes.
16     Q.    That's your signature, correct?
17     A.    Well, the contract was presented to me
18 not on July 1st but it was actually presented to me
19 about 20 days later.  So in or around July 20th was
20 when I signed the contract.
21     Q.    I understand.  But that's your
22 signature here?
23     A.    Yes.
24     Q.    You signed it voluntarily?
25     A.    Yes.

Page 33

1     Q.    Okay.  Now, are you saying that you got
2 a signed copy of this contract a few days after you
3 had signed it?
4     A.    Yes.
5     Q.    You were able to retain it?
6     A.    Yes.
7     Q.    You've been keeping it, correct?
8     A.    Yes.
9     Q.    Now, it's written in Korean, correct?
10     A.    Yes.
11     Q.    Okay.  Did you read it at any time?
12     A.    Well, typically the minister signs it
13 on a later date.  So once I received a copy, I read
14 what I wanted to read with regard to the pay and then
15 I kept the document.
16     Q.    Up until this point did anybody --
17 strike that.
18     When Mr. Jo presented 2016 and 2017
19 contracts, or whoever presented 2018 contract to you,
20 did they not want you to read this contract?
21     MR. ZHU:  Objection.  Foundation.
22     A.    No.
23     Q.    Okay.  You signed it because you knew
24 that in order to have a job at the Mission, you had
25 to sign this contract, is that what you're saying?

**Page 34**

1    A.    Correct.
2    Q.    Who presented this contract, 2018
3  contract to you?  Is that Mr. Jo or someone else this
4  time?
5    A.    I believe it was Mr. Lee.
6    Q.    Okay.  Did Mr. Jo and Mr. Lee go over
7  every line in the contract before you signed it?
8         MR. ZHU:  Objection to form.
9    A.    No.
10   Q.    Let's go to pledge agreement, Bates
11 stamp No. 24.  Do you see that, sir?
12   A.    Yes.
13   Q.    That's your signature?
14   A.    Yes.
15   Q.    Did you sign it at the same time that
16 you signed the employment contract for chauffeur?
17   A.    Well, I can't recall with this
18 particular document, however, there were times when
19 the two documents were brought together and other
20 times they were not.
21   Q.    So I'm asking you, do you recall
22 whether or not you signed this particular document,
23 Bates No. 24, at the time that you signed the
24 employment contract for chauffeur?
25        MR. ZHU:  Objection.  Asked and

**Page 35**

1  answered.
2    A.    I don't remember.
3    Q.    Okay.
4         MR. ZHU:  Can you just translate my
5  objection as well?
6         MR. LIM:  She is doing it.
7         MR. ZHU:  I don't understand Korean.
8         MR. LIM:  Well, she's doing it.  Just
9  letting you know.
10   Q.    Now, let's go through the rest of the
11 drill.  Let's go to the next employment contract.
12        MR. KWAK:  Marking it as Exhibit D-4.
13        (Defendant's Exhibit 4, 2019 papers and
14        translation, was marked for identification.)
15   Q.    Now, you see this employment contract
16 for chauffeur Bates No. 25?
17   A.    Yes.
18   Q.    Okay.  You've seen this document
19 before?
20   A.    Yes.
21   Q.    In fact, let's go to the last page of
22 the employment contract, Bates stamp No. 29.  Is that
23 your signature, sir?
24   A.    Yes.
25   Q.    You signed it voluntarily?

**Page 36**

1    A.    Yes.
2    Q.    And I see a date July 1, 2019.  Is that
3  the date that you signed it?
4    A.    No.
5    Q.    When did you sign it?
6         THE INTERPRETER:  May the interpreter
7  ask Mr. Nam to clarify something, please?
8         MR. LIM:  Sure.
9    A.    Now, while Mr. Hyun Cho, the investor
10 was at the Mission --
11        MR. KWAK:  The minister.
12   A.    Now, when Mr. Cho was working at the
13 Mission and when Mr. Choi was bringing me this
14 documents to sign, he would usually bring them prior
15 to the date listed at the last page of the document.
16 However, typically if it was other people who brought
17 me the documents, it would be either between 10 to 20
18 days late.
19   Q.    Okay.  I understand that.  Now, let's
20 go to -- before that.  And this document you signed,
21 I'm referring to the document Bates stamp No. 25, it
22 appears that this contract began on July 1, 2019,
23 though, correct, and it was a one-year term?
24   A.    Yes.
25   Q.    Okay.  And so far of the contracts that

**Page 37**

1  we have reviewed, the employment contract for
2  chauffeur has always has a one-year term, correct?
3    A.    Correct.
4    Q.    So you signed an employment contract
5  every year?
6    A.    Yes.
7    Q.    Okay.  Now, let's go to a document
8  Bates stamp No. 30.  The same -- now, can you
9  identify that for me?
10   A.    Pledge agreement.
11   Q.    This is the same pledge agreement that
12 we have seen since 2016; is that correct?
13   A.    Correct.
14   Q.    Okay.  In fact, you signed this pledge
15 agreement every year as well?
16   A.    Correct.
17   Q.    And that's your signature, correct?
18   A.    Yes.
19   Q.    All right.  Now, let's go to next
20 employment contract, 31.  I'm referring to employment
21 contract for chauffeur, Bates stamp No. 31.
22        Now, do you recognize this document,
23 sir?
24   A.    Yes.
25   Q.    It's the same employment contract,

Page 38

1  isn't it?
2       A.      Yes.
3       Q.      And, in fact, again, this is a one-year
4  term, right?
5       A.      Correct.
6       Q.      And let's go to Bates stamp No. 35
7  which is the last page of the employment contract.
8  Do you see your signature there?
9       A.      Yes.
10      Q.      Okay.  Did you sign it on July 1, 2019,
11 or some other date?
12      A.      Some other date.
13      Q.      Okay.  Who presented this document to
14 you?
15      A.      Well, if this is back in 2019, at the
16 time there were two secretaries.  I don't know which
17 one of the two.
18      Q.      Okay.  That's fine.  But you signed it
19 voluntarily?
20      A.      Yes.
21      Q.      Okay.  And you were able to retain a
22 copy, signed copy of this document; is that correct?
23      A.      Correct.
24      Q.      Okay.  In fact, you've been keeping
25 these documents 2016, '17, '18, even '19 since 2016,

Page 39

1  correct?
2       A.      Correct.
3       Q.      All right.  Now, let's go to Bates
4  stamp No. 36 of the employment contract.
5               MR. KWAK:  That's a new exhibit.  D-5.
6               (Defendant's Exhibit 5, 2020 papers
7          with translation, was marked for
8          identification.)
9       Q.      All right.  Okay.  Let's go through the
10 drill again.  This is the same employment contract
11 for 2020, is that correct, sir?
12      A.      Correct.
13      Q.      And this is a one-year term?
14      A.      Yes.
15      Q.      And let's go to the last page of the
16 employment contract.  That's your signature, sir?
17      A.      Yes.
18      Q.      This time, let's see, was it also
19 signed on July 1, 2020?
20      A.      No, at the time there was a change of
21 ministers and Mr. Jo came into the picture, and I
22 believe I signed this document in or around October
23 of this year.
24      Q.      Okay.  But you signed it voluntarily?
25      A.      Correct.

Page 40

1       Q.      You were able to retain a fully
2  executed copy in your possession?
3       A.      Yes.
4       Q.      Okay.  Let's go to -- Bates stamp No.
5  41.  Now, you see the pledge agreement, sir?
6       A.      Yes.
7       Q.      This is the same pledge agreement you
8  signed every year; is that correct?
9       A.      Correct.
10      Q.      This is a document that you also signed
11 at the time that you signed the employment contract
12 for chauffeur; is that correct?
13      A.      Yes, probably.
14      Q.      Okay.  That's your signature?
15      A.      Yes.
16      Q.      You signed it voluntarily?
17      A.      Yes.
18      Q.      Okay.  Let's go to the last contract.
19              MR. KWAK:  D-6.
20              (Defendant's Exhibit 6, 2021 papers
21         with translation, was marked for
22         identification.)
23      Q.      Okay.  Now, I'm referring to the
24 document Bates stamped No. 42, employment contract
25 for chauffeur.

Page 41

1       A.      Yes.
2       Q.      This is the same employment contract
3  that you signed every year or substantially similar,
4  correct?
5       A.      Correct.
6       Q.      And it is a one-year term?
7       A.      It depends on when I received the
8  contract because at that time instead of a one-year
9  contract, there was a change in the minister and he
10 was late arriving.  However, I received initially
11 one-year contract and then I received a revised
12 version afterward.
13      Q.      Okay.  We'll find out.  Now, let's go
14 to the last page of the contract, referring to Bates
15 stamp No. 46.  You see your signature there, correct?
16      A.      Yes.
17      Q.      You signed it voluntarily?
18      A.      Yes.
19      Q.      Okay.  It's written in Korean?
20      A.      Yes.
21      Q.      Now, let's go to the next page what
22 appears to be a pledge agreement.
23      Q.      Okay.
24      Q.      You see that, sir?
25      A.      Yes.

HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS
Hyunhuy Nam on 02/22/2022
Pages 42..45

Page 42

1    Q.    You signed it?
2    A.    Yes.
3    Q.    And at the same time that you signed
4 the employment contract for chauffeuring in 2021, you
5 signed it?
6    A.    Well, based on as far as I can
7 remember, they were probably signed at the same time
8 even though I only received one pledge agreement,
9 whereas, I received two different employment
10 contracts.
11   Q.    Okay.  So now, so let's clarify for the
12 record because we went through some documents here.
13 It's safe to say that since 2016 you began to work at
14 the Mission, every year you signed an employment
15 contract as well as a pledge agreement; is that
16 correct, sir?
17   A.    Correct.
18   Q.    Every contract is a one-year term?
19   A.    Yes.
20   Q.    And you were able to retain a fully
21 executed copy of every document you signed?
22   A.    Yes.
23   Q.    And every document is written in
24 Korean?
25   A.    Yes.

Page 43

1    Q.    If you wanted to, you could always read
2 it at any time?
3    A.    Correct.
4    Q.    Okay.
5        MR. ZHU:  Just, again, I instruct my
6 client, wait for the question.
7    Q.    Okay.  Now, after you signed this
8 pledge agreements and employment contracts, did you
9 at any point tell anyone, especially the ministers
10 you were working for, that this is a wrong contract,
11 unfair contract and I don't want to sign?  Did you
12 tell any minister?
13   A.    No.
14   Q.    Now, and at the time you began to work
15 at the Mission on July 1, 2016, do you recall you had
16 to sign documents authorizing the Mission to conduct
17 a background check on you for security clearance?
18   A.    I can't recall.
19       MR. LIM:  Mark this.
20       (Defendant's Exhibit 7, consent form,
21       was marked for identification.)
22   Q.    Now, I'm now presenting to you the
23 consent form that you actually signed, but I'm
24 presenting to you language that the consent form had.
25 It's in Korean.  I want you to read it.

Page 44

1    A.    This language was included in a
2 document that I was shown at the time of my hiring.
3    Q.    Okay.  So do you now -- does that
4 refresh your recollection?
5    A.    Yes.
6    Q.    Does that refresh your recollection as
7 to whether you signed a form that authorized the
8 Mission to conduct a background check on you?
9    A.    Well, I mean, that form was included
10 with the other document that I needed to sign at the
11 time of my hiring, so I would have to say yes, I
12 signed it.
13   Q.    Okay.  Now, were you aware or are you
14 aware today that the Mission had to conduct a
15 background check on you, once in the United States
16 and once in Korea by the South Korean government in
17 order for you to work at the Mission?
18   A.    Yes.
19   Q.    Okay.  In fact, they did conduct a
20 background check on you.  You passed the security
21 clearance, correct?
22   A.    Yes.
23   Q.    Now, your job at the Mission was to
24 drive for the ministers that had been working at the
25 Mission, correct?

Page 45

1    A.    Yes.
2    Q.    Not the ambassador, right?
3    A.    Correct.
4    Q.    Not any other just employee but the
5 ministers, correct?
6    A.    Now, no, because initially when Mr. Ko
7 explained my work for me, he told me that the vehicle
8 that I was driving was an official car.  So anyone
9 who was -- who had an official duty at the Mission
10 was able to utilize that car and even myself, if I
11 had an official duty, I could use that car.
12   Q.    I understand.  Hold on, there is no
13 question pending.  There is no question pending.  I'm
14 asking you.  Don't worry, we'll get there.
15       So, you were the designated driver for
16 the ministers, correct?
17   A.    No, I was not.
18   Q.    Are you saying that there was someone
19 else designated for the ministers?
20   A.    No.
21   Q.    So that's my question.  I want you to
22 listen to me very carefully.  According to this
23 contract that you signed, your primary duty was to
24 drive for the ministers, correct?
25       MR. ZHU:  Objection.  Document speaks

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                    Pages 46..49

Page 46

1  for itself.
2      A.      However, even though the contract may
3  say that, what Mr. Ko told me that he was a
4  (redacted) public servant and as a (redacted) public
5  servant he was not allowed to hire a personal driver.
6      Q.      Sir, my question is this:  There was a
7  designated driver for the ambassadors, correct?
8      A.      Correct.
9      Q.      There was a designated driver for the
10 ministers, correct?
11             MR. ZHU:  Objection.  Asked and
12 answered.
13     A.      Not for the ministers.
14     Q.      There was no designated driver for the
15 ministers at any time?
16             MR. ZHU:  Asked and answered.
17     A.      Because I was told the (redacted) or
18 (redacted) officials would not get a designated
19 driver.
20     Q.      At the time you worked at the Mission,
21 you had an office and you shared that office with
22 someone who did research, correct?
23     A.      Well, it wasn't my office.  It was a
24 waiting room for a chauffeur.
25     Q.      I understand.  You waited at the

Page 47

1  office?
2      A.      Yes.
3              MR. ZHU:  Objection.  Mischaracterize.
4              MR. LIM:  Okay.  Excuse me.  Excuse me.
5  Okay, it's my deposition.  Okay.
6      Q.      Did you have a designated car at the
7  time you worked at the Mission?
8      A.      Yes, the official car.
9      Q.      What's the model and the type, the
10 make?
11             MR. ZHU:  Objection.  Compound.
12     A.      2015 Genesis.
13     Q.      Did you drive the car at all times?
14     A.      Yes.
15     Q.      Did anyone else drive that car besides
16 you?
17     A.      No.
18     Q.      Only you drove that car?
19     A.      So, since that was the only car, if I
20 get a request to drive somebody, then that was the
21 car that I used.
22     Q.      That was the official car provided by
23 the Mission?
24     A.      Correct.
25     Q.      Now, did anyone else drive that car?

Page 48

1              MR. ZHU:  Objection.
2      Q.      Any other driver.
3      A.      No.
4      Q.      Excuse me, hold it.  There is no
5  question pending.
6              Now, we're going to go through the
7  contract and pledge agreements.  Okay?  Let's go to
8  2016 contract.
9      A.      Could I correct my answer?
10     Q.      No, we're going to go back later.
11             2016.  Now, let's go to paragraph 2,
12 No. 4.
13             Before that, if you look at paragraph
14 1, you see the name of the minister that you worked
15 for, correct?
16     A.      Yes.
17     Q.      Okay.  And let's go to paragraph 2, No.
18 4.  Can you read it to yourself?
19     A.      Yes, I'm done.
20     Q.      Okay.  According to this contract, you
21 are not allowed to engage in activities that give you
22 financial benefit unless you first obtain permission
23 from the Mission; is that correct?
24     A.      Correct.
25     Q.      Okay.  And, in fact, did you work for

Page 49

1  anyone else that gave you financial benefit while
2  working at the Mission without permission from the
3  Mission?
4      A.      No.
5      Q.      Okay.  Let's go to the next paragraph,
6  No. 5.  According to this contract you're not
7  supposed to engage in any act that's contrary to the
8  national interests of South Korea; is that correct?
9      A.      Yes.
10     Q.      Did you do anything that's contrary to
11 the national interests of South Korea?
12     A.      No.
13     Q.      At any time?
14     A.      Correct.
15     Q.      Okay.  Now, let's go to No. 6.
16 According to this term you will be penalized
17 according to South Korean laws if you ever divulge
18 information that you learned or acquired during the
19 course of your employment.
20             MR. ZHU:  Objection.  No question
21 pending.
22     A.      Correct.
23     Q.      Did you do anything that violates this
24 term?
25     A.      Other than the personal information

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022
Pages 50..53

Page 50

1  relating to A, minister's family, I have never
2  divulged any official information related to the
3  Mission.
4      Q.      In fact, during the course of
5  employment at the Mission you're not allowed to tell
6  anyone where the ministers went, who the ministers
7  met and what they discussed in the car or outside of
8  the car, correct?
9      A.      Correct.
10     Q.      In fact, are you telling me that you
11 did not tell anyone about that to this day?
12     A.      Correct.
13     Q.      Okay.  Now, corresponding to this
14 contract, paragraph 4, your working hours are from 9
15 to 6 p.m., is that right?  9 a.m. to 6 p.m., correct?
16     A.      Yes.
17     Q.      In case you had to work beyond these
18 working hours, you had to report to the Mission,
19 correct?
20     A.      I never -- I was never told to report
21 it to the Mission.
22     Q.      Were you ever -- did you ever report
23 the extra hours you worked beyond these designated
24 working hours?
25     A.      No, I was never told that I could -- I

Page 51

1  should record the extra hours I worked to the
2  Mission, had I been explained this or had I been
3  instructed to do so, I may have, however, I only
4  followed the instructions that I was given and I only
5  executed the -- executed my duties that I was
6  supposed to do.
7      Q.      Are you telling me that there wasn't
8  any occasion when you worked beyond these designated
9  working hours?
10     A.      No, there were many occasions.
11     Q.      I understand that.  So in those cases
12 when you worked more than these designated hours, did
13 you report to the Mission to get overtime?
14             MR. ZHU:  Objection.  Asked and
15 answered.
16             (Witness answering in Korean not yet
17 translated.)
18             MR. LIM:  Excuse me.  No, we're going
19 to go off the record because he's about to do -- he's
20 about to breach the confidentiality, that's why.
21             Go off the record.
22             (Discussion off the record.)
23             MR. LIM:  We're going to go back.
24 BY MR. LIM:
25     Q.      Now, Mr. Nam, again, on the record I'm

Page 52

1  instructing you don't give me a narrative, just
2  answer my questions.
3              MR. ZHU:  I object to this
4  unfortunately on the record.
5              MR. LIM:  Can you read back my
6  question?
7              You know what, let me just keep it
8  simple.  I'll show him the exhibit.  This is simple.
9  You need to mark it.
10             (Defendant's Exhibit 8, time records,
11 were marked for identification.)
12     Q.      Okay.  Now, I want to show you been
13 marked as D-8.  Have you seen this document?
14     A.      Yes.
15     Q.      Okay.  Can you tell me what that is?
16     A.      It is the record of my overtime work
17 hours.
18     Q.      Okay.  So this is exactly what I meant
19 by that earlier when I asked you did you ever work
20 beyond the designated working hours from 9 a.m. to 6
21 p.m.  You said yes, correct?
22     A.      Yes.
23     Q.      And, in fact, each time you worked
24 beyond the designated working hours, the overtime you
25 were able to write down the hours you worked, the

Page 53

1  extra hours you worked, correct?
2      A.      Correct.
3      Q.      Okay.  And you were paid for those
4  extra hours, overtime hours according to the contract
5  that's indicated here; is that correct?
6      A.      Not all of it.
7      Q.      Okay.  We'll get there.  Okay.  But
8  now, when you wrote down these hours, these hours are
9  based on your records; is that correct?
10     A.      Well, basically I entered the
11 information based on the note that I had, however,
12 once this document was submitted, the secretaries
13 adjusted the hours according to the contract.
14     Q.      Okay.  Can you show me one example that
15 your work hours were adjusted?
16     A.      Now, the secretaries would not touch
17 the information, it was always the ministers.  So,
18 for instance, I actually wanted to add my lunch hour
19 which was one hour into the payable hour, however,
20 the ministers felt that because I was not working but
21 waiting, that's considered a wait time, so they
22 refused to include that as my work hour.
23     Q.      Okay.  So now show me other than the
24 lunch hour, show me the hours that were adjusted by
25 the Mission.

Page 54

1    A.    Well, so Mr. Ko and Mr. Han was never
2  involved in adjusting the hours.  It was just
3  Mr. Lee, Jungjae Lee.
4        Q.    Show me the records that were adjusted
5  by Lee.
6        MR. ZHU:  Is there a question?
7        MR. LIM:  I asked him.
8    A.    I wouldn't be able to tell you just
9  using this record.  I would have to use my own record
10  and compare it with this record.
11        Q.    Okay.  Other than Lee, did anyone else
12  adjust your work hours?
13    A.    No.
14        Q.    Okay.  Now, do you have notes that
15  would show the discrepancy, the alleged discrepancy
16  between what you reported and the actual hours you
17  worked?
18    A.    Yes.
19        Q.    Okay.  Do you have it now with you?
20    A.    My attorney has it.
21        MR. LIM:  Did counsel produce that?
22        MR. BAE:  Yes.
23        MR. LIM:  Are you referring to the
24  memos?
25        MR. KWAK:  The notepads, right, Yellow

Page 55

1  Pages?
2        MR. BAE:  Yes.
3  BY MR. LIM:
4        Q.    So you're saying that you're not able
5  to include one hour lunch and Mr. Lee allegedly
6  adjusted your work hours?
7    A.    Yes.
8        Q.    Just one hour lunch or more than that?
9    A.    It's more than that.
10        Q.    Okay.  All right.  We'll get there,
11  okay?  We'll come back to this.
12        MR. ZHU:  Counsel, can we have a short
13  break?
14        MR. LIM:  Hold on.  I'm almost done
15  with the contract.
16        Q.    Let's come back to 2016 contract.  Now,
17  let's go to paragraph 5, No. 6.  According to this
18  contract, you understand that the Mission is exempt
19  from paying payroll tax, such as Social Security and
20  et cetera; is that correct?
21    A.    Yes.
22        Q.    In fact, you got paid in cash, correct?
23    A.    Yes.
24        Q.    In fact, you told them that you would
25  prefer cash?

Page 56

1    A.    No.
2        Q.    So you just got cash?
3    A.    No, I wanted to be paid in checks so I
4  could report my earnings on taxes.
5        Q.    Okay.  Now, let's go to pledge
6  agreement, Bates No. 14.
7        MR. LIM:  After this we're going to
8  take a short break.  Okay?
9        MR. ZHU:  Yes.
10        Q.    Now, pledge agreement, this is the same
11  form that you signed every year for five years; is
12  that correct?
13    A.    Yes.
14        Q.    According to paragraph 1 -- strike
15  that.
16        Before that, if you look at the
17  preamble, it says you solemnly swear to abide by the
18  following terms, is that correct?
19    A.    Yes.
20        Q.    And would you say that you had --
21  strike that.
22        Have you ever engaged in any act that
23  breaches this pledge agreement?
24    A.    No.
25        Q.    Okay.  Let's go over two paragraphs,

Page 57

1  okay?  Paragraph 1, it says, any information that you
2  may acquire during the course of your employment
3  while driving the official vehicle for the Mission,
4  you will not divulge any classified information, any
5  secret, even after you are no longer employed by the
6  Mission, correct?
7    A.    Correct.
8        Q.    Okay.  Have you divulged, disclosed,
9  told anyone the information, the classified
10  information that you acquired during the course of
11  your employment?
12    A.    No, except for the ones who are
13  involved in this lawsuit, the defendants.
14        Q.    Okay.  You understand that this pledge
15  agreement is incredibly critically important to you
16  performing your job; is that correct?  Yes?
17    A.    Correct.
18        Q.    In fact, you were reminded repeatedly
19  by the people at the Mission how important it is for
20  you to keep the information you learned top secret,
21  correct?
22        MR. ZHU:  Objection to form.  Time
23  frame.
24        Q.    I'm referring to 2016 pledge agreement.
25  Yes or no, have you done anything?  Strike that.

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                              Pages 58..61

Page 58

1          My question is this:  Again, let's go
2  to paragraph 2.  Let's go to paragraph 2.  And
3  according to this paragraph 2, you said you are
4  willing to bear any punishment in case you breached
5  this pledge agreement, correct?
6          A.    Yes.
7          Q.    Okay.  In fact, you would be
8  responsible for any and all financial liabilities as
9  well, correct?
10         A.    Yes.
11         Q.    Okay.  So you're testifying as you sit
12 here today you have never done anything that breached
13 this pledge agreement, correct?
14               MR. ZHU:  Objection.  Asked and
15 answered.
16         A.    That's correct.
17         Q.    Okay.  We're going to take a
18 five-minute break.  We to come back and I'm advising
19 you once been you cannot talk to counsel about your
20 prior testimony.  We'll come back and go through the
21 rest.
22               (Discussion held off the record.)
23               (Luncheon recess taken.)
24
25

Page 59

1               AFTERNOON SESSION
2                    12:38 p.m.
3  HYUNHUY NAM, having been previously duly sworn by a
4  Notary Public, was examined and testified further as
5  follows:
6               MR. LIM:  My colleague and I, we
7  discussed certain terms to be redacted, and based
8  that on stipulation certain terms will be stricken
9  and redacted.  And thank you so much for your
10 courtesy.  I appreciate that.
11 EXAMINATION Continued
12 BY MR. LIM:
13         Q.    And, again, Mr. Nam, going forward, I
14 want you to be mindful of the pledge agreement that
15 you signed.  Okay?
16               (Discussion off the record.)
17         Q.    So, we just finished reviewing 2016
18 agreements.  Now we're going to go through 2017.
19 Now, 2017, if you look at the first page which is
20 Bates stamped No. 15, the content is almost identical
21 as the 2016 document, correct?
22         A.    Yes.
23         Q.    Okay.  Your work hours, correct?
24         A.    Correct.
25         Q.    Now --

Page 60

1               MR. ZHU:  Objection to the form.  I'll
2  object to the previous question which was already
3  answered.
4               MR. LIM:  Okay.
5          Q.    Now, I want to direct your attention to
6  No. 4, under paragraph 2, again, which is on Bates
7  stamped No. 15.  The same term as the 2016, that is
8  you're not supposed to engage in activities that will
9  give you financial benefit other than the job that
10 you're supposed to perform for the Mission unless you
11 first get advanced permission from the Mission,
12 correct?
13         A.    Correct.
14         Q.    So you're testifying as you sit here
15 today that you did not engage in any activities that
16 violate, that breach this term; is that correct?
17         A.    Correct.
18         Q.    Now, let's go to page 16, No. 5 under
19 paragraph 2.  It's the same term as in 2016, you're
20 not supposed to do anything that's contrary to the
21 national interests of South Korea; is that correct?
22         A.    Correct.
23         Q.    Have you done anything that would
24 breach or that breached this term?
25         A.    No.

Page 61

1          Q.    Let's go to No. 6.  Again, the same
2  term as in 2016, correct?
3          A.    Correct.
4          Q.    And you're not supposed to divulge any
5  information that you learned or acquired during the
6  course of your employment to anyone because this is a
7  secret, correct?
8          A.    Correct.
9          Q.    And classified information, correct?
10         A.    Correct.
11         Q.    And, in fact, if you do, it says you'll
12 be penalized according to South Korean laws; is that
13 right?
14         A.    Correct.
15         Q.    Are you saying that you have never done
16 anything that violates this term?
17         A.    Correct.
18         Q.    Okay.  Let's go to paragraph 5, No. 6.
19 The same term as in 2016, it reminds you that the
20 Mission is exempt from paying any payroll tax
21 including Social Security, correct?
22         A.    Correct.
23         Q.    And you got paid in cash, correct?
24         A.    Yes.
25         Q.    Now, let's go -- I want to direct your

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                    Pages 62..65

Page 62

1  attention to No. 7, under paragraph 7.  Okay.  Isn't
2  it true that paragraph 7 lists seven categories which
3  may give a ground for termination?
4        A.    Yes.
5        Q.    Okay.  And if you look at paragraph
6  5 -- I'm sorry, not paragraph 5, No. 5, there are
7  four categories that the Mission would review to
8  determine whether or not your performance is
9  satisfactory, correct?
10       A.    Correct.
11       Q.    Number one was diligence, correct?
12       A.    Yes.
13       Q.    Number two, responsibility, correct?
14       A.    Yes.
15       Q.    Number three, the ability to perform
16  your job, correct?
17       A.    Correct.
18       Q.    Number four, your ability to keep
19  matters secret, top secret, correct?
20       A.    Correct.
21       Q.    And would you say that you performed
22  your duties and responsibilities in a way that
23  satisfied these conditions?
24       A.    Yes.
25       Q.    Okay.  Now, let's go to No. 7 under

Page 63

1  paragraph 7.  No. 7, it says one of the grounds for
2  termination is that if you did not keep security
3  guidelines, that you could be terminated, correct?
4        A.    Correct.
5        Q.    Did you keep all the security
6  guidelines?
7        A.    Yes.
8        Q.    Okay.  Let's go to 18.  I want to
9  direct your attention to paragraph 9 on the document
10  Bates stamped No. 18.  There it says the Mission
11  could permit your vacation days at its discretion
12  subject to compliance with the Republic of Korea
13  Diplomatic Offices Executive Employees Guidelines,
14  correct?
15       A.    Yes.
16       Q.    And the provision concerning executive
17  employees vacation days in the Mission's policies,
18  correct?
19       A.    Correct.
20       Q.    Did you receive some vacation days in
21  2017?
22       A.    Yes.
23       Q.    Okay.  Let's go to page 19 -- I'm
24  sorry, not page 19, Bates No. 19, the pledge
25  agreement.  You recognize that this pledge agreement

Page 64

1  that you signed in 2017 is exactly identical as the
2  one that you signed in 2016, correct?
3        A.    Yes.
4        Q.    And did you do anything that breached
5  this pledge agreement at any time?
6        A.    No.
7        Q.    And, in fact, according to this pledge
8  agreement, it says any and all information you
9  acquired is significant and critical, top secret,
10  correct?
11       A.    But I have a question.
12       Q.    No, you cannot ask questions.
13       A.    Yes.
14       Q.    Okay.  Next, let's go to page 20.  It's
15  Bates stamped No. 20.
16            THE INTERPRETER:  There is no Bates
17  stamp No. 20.
18            MR. KWAK:  That's a different exhibit.
19            MR. ZHU:  Can the witness have a copy?
20            MR. LIM:  Yes.
21            MR. ZHU:  For the record we're talking
22  about D-3.
23            MR. KWAK:  Okay, D-3.  Yes.
24            MR. LIM:  Thank you.
25  BY MR. LIM:

Page 65

1        Q.    All right.  This is a contract that you
2  signed in 2018, correct?
3        A.    Correct.
4        Q.    This is another employment contract for
5  chauffeur, correct?
6        A.    Correct.
7        Q.    And, in fact, the terms are identical
8  as 2016 and '17 employment contract; is that correct?
9        A.    Yes.
10       Q.    Okay.  Now, again, let me ask you this:
11  Paragraph 2, No. 5, in 2018 did you do anything
12  that's contrary to the national interests of South
13  Korea?
14       A.    So, I mean, this is an umbrella
15  question.  So what exactly are you trying to ask?
16       Q.    Okay.  My question is this:  Let's go
17  to 6.  We're going combine 5 and 6 together.  Did you
18  divulge any information you learned to anyone that's
19  not authorized to receive that information?
20            MR. ZHU:  Objection to the form.  Time
21  frame.
22       A.    I mean, could you specify the time
23  frame, please because the question is too broad?
24       Q.    I am going over 2019.
25       A.    So could you be more specific with your

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022
Pages 66..69

Page 66

1  questions, please because with regard to this person
2  who is involved in during this year, there is a lot
3  of --
4      Q.    Sure.  Sure.
5      A.    -- stories or issues.
6      Q.    And did you tell anyone who the
7  minister met, what the minister did and where the
8  minister went and what he discussed to anyone that is
9  not authorized to know?
10         MR. ZHU:  Objection to the form.
11         You can answer if you understand.
12     Q.    Yes or no?
13     A.    Could you be more specific, please?
14     Q.    I cannot be more specific than this.
15 I'm asking you again.  I'll just repeat the question.
16 Did you tell anyone that is not authorized to know
17 concerning where the minister went, who the minister
18 met, what the minister did and what the minister
19 discussed, yes or no?
20         MR. ZHU:  Objection to the form.
21     Q.    Yes or no?
22         MR. ZHU:  You can answer if you
23 understand.
24     Q.    If you didn't, you didn't.  If you did,
25 tell me when.

Page 67

1      A.    I choose not to answer.
2      Q.    You have to answer my questions.
3      A.    I do not know.
4      Q.    You understand that if you violated
5  this term, you could be punished according to South
6  Korean laws, correct?
7          MR. ZHU:  Objection.  Asked and
8  answered.
9      A.    I do understand.
10     Q.    Okay.  Now, we're going to skip, going
11 to go through some questions quickly.  Go to Bates
12 stamped 22, some questions I don't want to repeat, so
13 I'll just ask him comprehensive questions.
14         Isn't it true that during the course of
15 employment at the Mission, the Mission was exempt
16 from paying any payroll tax including Social
17 Security, correct?
18         MR. ZHU:  Objection.  Foundation.
19     A.    Correct.
20     Q.    Okay.  Now, page -- no, paragraph 7,
21 No. 5 and 7.  Again, you were aware your performance
22 will be reviewed based on four categories, your
23 diligence, responsibility, your ability to perform
24 your job and your ability to keep information secret.
25 Now, did you do anything that violated this?

Page 68

1      A.    Could you be more specific?
2      Q.    No.  Look, I'm asking you.  If you
3  know, you know.  If you don't know, you don't know.
4  Did you do anything that violated this term?
5          MR. ZHU:  Instruction to my client, if
6  don't understand the question, let us know, ask
7  defense counsel to rephrase or repeat it for you.
8      A.    I mean, unless you ask me specific
9  questions, it would be difficult for me to answer
10 that question because this contract is very broad.
11     Q.    Okay.  Let me ask you this:  Mr. Nam,
12 do you believe, do you believe that you engaged in
13 any act that would violate this particular term,
14 paragraph 7, No. 5, or --
15         MR. ZHU:  I'll object.
16         MR. LIM:  Excuse me.
17         MR. ZHU:  Objection.  Calls for legal
18 conclusion.
19     A.    Particularly what do you mean?
20     Q.    Let me ask you -- let's go to paragraph
21 7.  I'm going to come back to 5.  I want to go over 7
22 first.
23         Did you ever divulge, disclose
24 information that you learned during the course of
25 employment in 2018 to anyone that is not authorized

Page 69

1  to know concerning what the minister did, where the
2  minister went, what the minister discussed, who the
3  minister met?
4          MR. ZHU:  Objection to the form.
5          You can answer if you understand it.
6      A.    I mean, first of all, it's too broad.
7  There has been too many things that occurred and
8  there are many issues.  So if you can be more
9  specific, I may be able to answer your questions.
10     Q.    If you continue to refuse to answer,
11 we're going to call the judge and we're going to have
12 the judge direct you to answer my question.  Okay?
13 I'm going to give you one more chance.
14         MR. ZHU:  That is his answer.
15         MR. LIM:  Excuse me, please.
16     Q.    I'm going to ask you this question --
17         MR. ZHU:  He already answered.  That's
18 harassment.
19         MR. LIM:  It's not harassment.
20         MR. ZHU:  That's harassment.
21         MR. LIM:  Please, put an objection on
22 the record.  Just stop.
23     Q.    Do you believe, do you believe --
24 okay --
25         MR. ZHU:  Objection --

Page 70

1          MR. LIM:  Excuse me.  I understand you
2  can put an objection on the record.
3     Q.    Now let me --
4          MR. ZHU:  He already answered.
5          MR. LIM:  Excuse me.
6     Q.    Do you believe --
7          MR. ZHU:  Asked and answered.
8          MR. KWAK:  He did not answer.  He said
9  he cannot answer because it's broad.
10          MR. ZHU:  That's the answer.
11          MR. KWAK:  He specifically refused to
12  answer.  Stop.
13          MR. ZHU:  Let's get a judge.  I
14  instruct my client not going forward --
15          MR. LIM:  You know what, let's call the
16  judge.
17          MR. ZHU:  That's the answer.  Maybe
18  it's something you don't want, but that's the answer.
19          MR. KWAK:  He specifically refused to
20  answer.
21          (Discussion off the record.)
22          (Call placed to Judge Nathan.)
23          MR. LIM:  So I just want to put it on
24  the record, I'll ask you and let me know what your
25  answer is so that we can use that as a basis to speak

Page 71

1  to the judge about it.  Okay?
2          MR. ZHU:  You can move on.
3          MR. LIM:  No, I'm going to put it on
4  the record so that -- look, this is the witness's
5  answer so that we can tell the judge this what we
6  have, let us know whether or not we can ask more.
7          MR. KWAK:  Can you just read back the
8  last question.
9          (The record was read as follows:
10          "QUESTION:  Did you ever divulge, disclose
11          information that you learned during the
12          course of employment in 2018 to anyone that
13          is not authorized to know concerning what the
14          minister did, where the minister went, what
15          the minister discussed, who the minister met?
16  Q.    Your answer?
17     A.    It's difficult for me to answer it
18  because there are a lot of personal matters that
19  occurred.  And with regard to the duties that I
20  performed, I don't know if all of them were official
21  or personal.  It's difficult to decipher those two.
22     Q.    Okay.  Do you believe that you have
23  violated this term?
24          MR. ZHU:  Objection to the form.  Calls
25  for a legal conclusion.

Page 72

1     A.    With regard to the violation of that
2  particular term, that was already discussed with my
3  attorney and I notified them of what that violation
4  was.
5     Q.    I don't want you to tell me what you
6  discussed with your counsel.  I'm not entitled to
7  know.  I'm not interested in knowing.
8          Tell me the violations that you have
9  committed according to your belief.
10     A.    Because in the past I was never
11  instructed with a clear line as to what I should do
12  and what I should not do and therefore I was not sure
13  or I'm not sure what I have violated.
14     Q.    Mr. Nam, you're under oath.  You
15  testified earlier that you clearly knew what the
16  minister did, who the minister met, what the minister
17  discussed was top secret and you said you never
18  divulged it to anyone.  Now, let me ask you this
19  again, are you lying now or did you lie before?
20     A.    In 2016 and 2017 I complied with the
21  requirement -- with the conditions of the contracts.
22     Q.    But in 2018 you did not?
23     A.    No.
24     Q.    Didn't I just show you the 2018
25  contract is identical as 2016 and 2017 contracts?

Page 73

1  Now, let me ask you, did you violate the terms of
2  this contract in 2018 or do you believe?  If you
3  don't believe, that's fine, we're moving on.
4     A.    Well, I don't believe I violated any
5  conditions.
6     Q.    Okay.  So, let's go to 2019.  This is,
7  in fact, the same contract as 2016, '17 and '18,
8  correct?
9     A.    Correct.
10     Q.    Okay.  Now, isn't it true that if you
11  look at the document Bates No. 28, No. 8 and 9, how
12  you will be evaluated, there are four categories,
13  right, diligence, responsibility, your ability to
14  perform your job, your ability to keep information
15  top secret, right?
16     A.    Correct.
17     Q.    And, in fact, these terms appear in
18  every contract, correct?
19     A.    Yes.
20     Q.    In fact, the next one, No. 9, you could
21  be terminated for not keeping the information,
22  classified information secret, that could be a ground
23  for termination, correct?
24     A.    Yes.
25     Q.    In fact, this requirement appears in

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                   Pages 74..77

Page 74

```
1   every contract, right?
2        A.   Yes.
3        Q.   Okay.  Let's go to pledge agreement,
4   Bates stamp No. 30.  Now, I want to direct your
5   attention to paragraph 3 of this pledge agreement.
6   There it says if the Mission requires, you will
7   submit yourself voluntarily to the polygraph test
8   concerning whether or not you violated your duties
9   and responsibilities concerning keeping information
10  secret, correct?
11       A.   Correct.
12       Q.   Have you ever submitted yourself to a
13  polygraph test?
14       A.   No.
15       Q.   Has ever anyone requested a polygraph
16  test?
17       A.   No.
18       Q.   Let's go to the next one.  And I just
19  want to confirm because it's the same questions, so I
20  want to quickly just confirm, 2019 contract, Bates
21  No. 31, essentially these are the same contracts as
22  2016, '17 and '18; is that correct?
23       A.   Correct.
24       Q.   Okay.  In fact, No. 6, under paragraph
25  2 -- I'm sorry, No. 5, you're not supposed to engage
```

Page 75

```
1   in any act that's contrary to the national interests
2   of South Korea; is that right?  This is the same term
3   that appears in every contract, right?
4        A.   Yes, that's correct.
5        Q.   And No. 6, the same term appears in
6   every contract, right?
7        A.   Yes.
8        Q.   Let's go to Bates stamp No. 34, under
9   paragraph 7, No. 8 and 9, the same terms you will
10  be evaluated, that's the same term that appears in
11  every other contract; is that right?
12       A.   Correct.
13       Q.   In fact, again and again every contract
14  you signed reminds you of how important it is for you
15  to keep the classified information secret; is that
16  right?
17       A.   Correct.
18       Q.   Okay.  You have never done anything in
19  violation of this agreement willfully, right?
20       A.   Correct.
21       Q.   You did your absolute best to comply
22  with the term, though, correct?
23       A.   Correct.
24       Q.   Then let's go to document Bates stamped
25  No. 36.  The contract here you signed?
```

Page 76

```
1              MR. ZHU:  I don't have Bates stamp 36
2   here.
3              MR. LIM:  You don't?
4              MR. ZHU:  Yeah, I got it.  It's D-5
5   right now?
6              MR. KWAK:  Yes.
7        Q.   36, this contract is virtually
8   substantially similar to the previous ones that we
9   have reviewed so far; is that right?
10       A.   Correct.
11       Q.   Okay.
12       A.   But not identical, though, because the
13  person -- the signer who signed his name is
14  different.
15       Q.   Of course.  That goes without saying.
16  That goes without saying.
17       A.   So, my answers were in accordance with
18  what I just said.
19       Q.   Okay.  No problem.
20            Let's go to Bates No. 39 and I'll just
21  quickly go through this.  Again, under paragraph 7,
22  No. 8 and 9, the same terms that appear in previous
23  contracts appear here again; is that right?
24       A.   Yes.
25       Q.   Again and again you're reminded of how
```

Page 77

```
1   important it is for you to keep classified
2   information secret; is that right?
3        A.   Correct.
4        Q.   Okay.  Let's go to page 41.  Here
5   paragraph 3, again it says if the Mission requires,
6   you will submit yourself to a polygraph test.  Do you
7   see, correct?  You consent to a polygraph test; is
8   that right?
9        A.   Correct.
10       Q.   Okay.  And, all right, let's go to page
11  42.  We're almost there.
12            MR. ZHU:  We're talking about D-6 right
13  now.
14       Q.   All right.  I'd like to direct your
15  attention to paragraph 2, No. 2.  In this particular
16  contract something new was added, that's protocols or
17  ceremonial orders.  Do you see that?
18       A.   Correct.
19       Q.   And that means when the minister
20  attends international events, and you have to comply
21  with the ceremonial orders or protocols that are
22  required for each event; is that right?
23       A.   Correct.
24       Q.   And your testimony is you faithfully
25  complied with every ceremonial order and protocols
```

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                         Pages 78..81

Page 78

1   required for each event; is that right?
2        A.    Correct.
3        Q.    And because it is important for you to
4   keep that because you were part of the Mission,
5   correct?
6        A.    Correct.
7        Q.    Now, I want to direct you to the next
8   document.
9               (Defendant's Exhibit 9, dictionary
10              definition of the protocols, was marked for
11              identification.)
12              MR. ZHU:  For the record, it appears to
13  be a Web printed document and contents four pages.
14       Q.    Okay.  Mr. Nam, if you could just -- I
15  want to take a look at, just a quick look at what
16  I just presented to you.
17       A.    Okay.
18       Q.    Okay.  Did you understand that?
19       A.    Yes.
20       Q.    You understand the significance of the
21  Korean word there, right?
22       A.    Yes.
23       Q.    Okay.  Were you part of that ceremony
24  when the minister attended event, meaning you gave
25  him a ride?

Page 79

1        A.    I only drove.
2        Q.    Okay.  And you waited until the
3   minister -- until the event was finished, correct?
4        A.    Correct.
5        Q.    Did you also drive the minister's
6   guests sometimes, counterparts, officers, that were
7   invited to those events?
8        A.    Correct.
9        Q.    Okay.  And those guests are sometimes
10  government officials, high government officials from
11  other countries?
12       A.    Correct.
13       Q.    Did you also drive along with South
14  Korea president's car and attend U.N. events?
15       A.    No.
16       Q.    Now, where are we?  We're on the 2019
17  contract.  We're on the 2021, Bates stamp No. 42.
18              Now, I want to direct your attention to
19  paragraph 7, No. 8 and 9.  These two terms appear in
20  every contract you signed; is that correct?
21       A.    Correct.
22       Q.    And No. 10 here, they ask you to notify
23  the Mission in case you marry someone that's not a
24  South Korean national; is that right?
25       A.    Correct.

Page 80

1               MR. ZHU:  I object to the form.
2        Q.    Okay.  Let's go to the next question.
3   Now, 47, the same pledge agreement that you signed
4   before; is that right?
5        A.    Correct.
6        Q.    And paragraph 3 also requires -- I'm
7   sorry, strike that.
8               Paragraph 3 also says that in case the
9   Mission requests, you would consent to voluntarily
10  submitting yourself to a polygraph test concerning
11  paragraphs 1 and 2; is that correct?
12       A.    Correct.
13       Q.    Okay.  Now, in 2019, 2020 and 2021, do
14  you believe as you sit here today that you engaged in
15  any act that would violate the term that requires you
16  not to divulge any information you acquired during
17  the course of your employment to anyone that's not
18  authorized to know?
19              MR. ZHU:  Objection to the form.
20       Q.    Do you believe?
21       A.    I don't believe that.
22       Q.    Because you tried to keep all the terms
23  to the best of your ability?
24       A.    Correct.
25       Q.    Now, when you drove for the minister or

Page 81

1   ministers, their safety was a very important concern
2   to you, was it not?
3        A.    Correct.
4        Q.    And, in fact, because of that you
5   always operated the vehicle in a safe manner,
6   correct?
7        A.    Correct.
8        Q.    And the ministers are very important
9   government officials in South Korea, right?
10       A.    Correct.
11       Q.    And since the safety of the ministers
12  was important, did you sometimes check inside the car
13  to make sure that the car was in good condition?
14       A.    Yes.
15       Q.    And did you always try to make sure
16  that there are no trackers inside the car, there are
17  no spying devices or anything like that inside the
18  car?
19              MR. ZHU:  Objection.  Relevancy.
20              You can answer.
21       A.    I only followed the instructions that I
22  was given.  I was never given an instruction to do
23  that.
24       Q.    So I understand that.  Did you or did
25  you not -- in other words, did you sweep the car to

HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS
Hyunhuy Nam on 02/22/2022                                    Pages 82..85

Page 82

1  make sure that there is no device installed in your
2  car?
3       A.    No.
4       Q.    When you were at the Mission's building
5  waiting for the ministers' directions, did you
6  perform any tasks or did you simply just wait at the
7  building, at the office?
8       A.    No, I simply waited.
9       Q.    You knew that the ministers that you
10  served, they were considered high level government
11  officials inside Korea, right?
12       A.    Yes.
13       Q.    And now back in March 2018 you gave a
14  ride to the secretary of U.N. secretary general,
15  right?
16       A.    I would have to see my note to get the
17  clear information.
18       MR. KWAK:  All right.  This is Exhibit
19  10.
20            (Defendant's Exhibit 10, document Bates
21       stamped P DOC S 000048, was marked for
22       identification.)
23       Q.    No question pending.
24            All right.  I want to direct your
25  attention to your notes.  I just handed to you the

Page 83

1  exhibit that's been marked as D-10 which is your
2  notes.  All right.  I want to direct your attention
3  to the portion dated March 2nd.  Do you see that,
4  sir?
5       A.    Yes.
6       Q.    Okay.  According to your note, the
7  minister that you served at that time had a meeting
8  with the secretary of U.N. secretary general; is that
9  correct?
10       A.    Yes.
11       Q.    Okay.  They had lunch together?
12       A.    Yes.
13       Q.    And you gave a ride to both the
14  minister and the secretary?
15       A.    Correct.
16       Q.    Okay.  And they discussed something?
17       A.    I don't remember what they discussed
18  about.
19       Q.    Now, I'm looking at your notes.  It
20  appears that you jotted down what they discussed.  Do
21  you see that?
22       A.    You know, based on this memo it seems
23  to me that this is what I heard but I don't know the
24  details about this particular conversation.
25       Q.    Mr. Nam?

Page 84

1       MR. ZHU:  Objection to the form.
2       MR. LIM:  I haven't even asked.  What
3  are you objecting to?
4       MR. ZHU:  You asked him yes, that he
5  has to provide an answer.
6       MR. LIM:  No.
7       Q.    Mr. Nam, can you look me in the eye?
8  You were not supposed to write down anything that
9  they discussed, correct?  Nonetheless you wrote it
10  down, did you not?
11       A.    This is my diary.
12       Q.    Okay.  Look, listen to my question.
13  You were not allowed to write down any notes
14  concerning what these officials discussed,
15  nonetheless you did so, did you not?
16       MR. ZHU:  Objection.  It's harassment.
17  Don't harass my client.
18       A.    Well, I had the right to.
19       Q.    You have the right.  What right did you
20  have and who gave you the right?
21       MR. ZHU:  Objection.  Calls for legal
22  conclusion.
23       A.    This was my journal.
24            (Discussion off the record.)
25            (Defendant's Exhibit 11, document Bates

Page 85

1       stamped P DOC S 000272, was marked for
2       identification.)
3  BY MR. LIM:
4       Q.    I want to direct your attention to
5  Exhibit D-11.  I want to direct your attention to the
6  portion of your memo dated October 13.
7       A.    Okay.
8       Q.    There you indicate who the minister
9  met, that is Mr. Seo Hoon.  Do you see that?
10       A.    Yes.
11       Q.    That's your handwriting, right?
12       A.    Yes.
13       Q.    You picked him up at JFK Airport,
14  right?
15       A.    Yes.
16       Q.    And, in fact, Mr. Seo is the director
17  of National Security Office to the South Korean
18  president; is that right?
19       A.    I don't know what the title is.
20       Q.    That's a counterpart of National
21  Security Advisory in the United States?
22       MR. ZHU:  Is there a question?
23       MR. LIM:  I'm asking.
24       A.    Okay.  Yes.
25       Q.    Now, I'm not going to get into the

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                    Pages 86..89

Page 86

1  details, but in your memo you indicated where he
2  went?
3        A.    Yes.
4        Q.    Why did you do that?
5        A.    This is my diary.
6        Q.    Where the national security advisor to
7  the president, where he went is your diary?
8              MR. ZHU: Objection. That's
9  argumentative.
10       A.    I'm allowed to write anything I want in
11  my diary.
12       Q.    Did you tell anyone about this?
13       A.    No, I've never told anyone about it.
14  The only thing I did was to provide this diary
15  journal to my attorney.
16       Q.    You did not tell anyone because you
17  thought it was important, correct, not to tell
18  anyone, right?
19       A.    No, not because it was important.
20  Other than the private matter, I never recorded any
21  information in my journal.  I am saying because this
22  is my private diary, this is where I decided to write
23  down the information and other than in my diary, I
24  never divulged this information to anyone.
25             MR. LIM: Okay. We're going to take a

Page 87

1  five-minute break.
2              (Discussion off the record.)
3              (Recess taken.)
4  BY MR. LIM:
5        Q.    Now isn't it true that the president of
6  South Korea came here every year except for once,
7  right, since 2016 to 2021?
8        A.    Correct.
9        Q.    And when the president attended events,
10  the minister that you drove for also attended those
11  events, correct?
12       A.    I wouldn't know because I was not part
13  of the force who attended those events.
14       Q.    That's not my question.  My question
15  is, do you recall whether or not the ministers that
16  you drove for attended some events if not all, some
17  event that the president of South Korea attended?
18       A.    No.
19       Q.    Are you saying that the ministers never
20  attended events where the president of South Korea
21  ever attended?
22             MR. ZHU: Objection. Foundation.
23       A.    No.
24       Q.    Okay.  Have you -- strike that.
25             Did the ministers ever attend events

Page 88

1  where the heads of the states participated?
2        A.    Not to my recollection.
3        Q.    Did the ministers ever attend
4  international events where high ranking government
5  officials from other states participated?
6              MR. ZHU: Objection. Foundation.
7        A.    No.
8        Q.    Do you know the high-level week?
9        A.    Yes.
10       Q.    What is it?
11       A.    A week that has important events
12  scheduled.
13       Q.    In fact, this is related to United
14  Nations General Assembly, right?
15       A.    I was not really familiar with the
16  scheduled events.  I just went or drove wherever I
17  was told to go to.
18       Q.    I understand that.  I understand that.
19  My question to you is, the high-level week is an
20  event related to United Nations General Assembly,
21  right?
22       A.    Yes.
23       Q.    In fact, all of the heads of the
24  country would convene to attend that during the week,
25  correct?

Page 89

1              MR. ZHU: Objection. Foundation.
2        A.    I wouldn't know that.
3        Q.    In fact, it happens -- it goes on for
4  about a week or so, right?
5              MR. ZHU: Objection. Foundation.
6        A.    Yes.
7        Q.    And, in fact, it happens sometime in
8  September or October every year?
9        A.    Yes.
10       Q.    Isn't it true that ministers attended
11  those events during that week?
12       A.    Well, I don't know if the ministers
13  attended those events.  However, I certainly did not
14  attend any.
15       Q.    I understand that.  Did the ministers
16  attend those events?
17             MR. ZHU: Objection. Foundation. He's
18  not there.
19       A.    I have never gotten a request to drive
20  somebody to those events.
21       Q.    Did you drive them -- so as you sit
22  here today, your testimony under oath is you never
23  went to any of those events?  Are you sure?
24       A.    Now, I have never told -- I have never
25  been told by my employer what type of event I was

Page 90

1   driving people to.  The only way I found out what
2   kind of events were happening was through newspapers.
3        Q.    Sir, see, now you're giving me a
4   narrative again.  I'm just asking a simple question.
5   If you don't know, you don't know.  Just say yes or
6   no.  Okay?
7              Now, you say you knew what the
8   high-level week was.  You said that.  Now, did you
9   attend any event -- did the ministers attend any
10  event during the high-level week?
11             MR. ZHU:  Objection.  Foundation.
12       A.    I do not know.
13       Q.    Then how did you come to know what the
14  high-level week was?
15       A.    From a newspaper.
16       Q.    You know that when the president of
17  South Korea came, did you ever follow the ministers
18  to inspect the route the president of South Korea was
19  going to take?
20       A.    Well, prior to any event I was never
21  told what type of event was going to take place.  As
22  long as I was told to drive them somewhere, I
23  followed that instruction and I drove them.
24       Q.    So, again, that wasn't my question.
25  Okay?  We're going to be here all day if you keep

Page 91

1   answering that way.
2              Let me ask you this:  Did you ever
3   drive the ministers or did you ever drive for the
4   ministers because the ministers had to inspect the
5   route that the president of South Korea was going to
6   take when he came here?
7              MR. ZHU:  Objection.  Foundation.
8        A.    I don't know because I was never
9   explained what my task was prior to being asked to do
10  a task.
11       Q.    I see.  Do you remember D-8?
12       A.    Yes.
13       Q.    You testified earlier that this is what
14  you wrote down, right?
15       A.    Correct.
16       Q.    Everything in there, right?
17       A.    Well, I was told what and how to write
18  it by the minister, so I followed that instruction.
19       Q.    Sir, again, don't give me the
20  narrative.  I'm asking you did you write it down,
21  that's my question.  Yes or no?
22       A.    Yes.
23       Q.    Okay.  Now, everything in here you
24  wrote it down, correct, meaning that's your
25  handwriting?

Page 92

1        A.    Yes.
2              MR. ZHU:  For the record, defense
3   counsel has a certain page -- defendant pulled out
4   some certain -- a certain page and put a document in
5   front of the witness.
6              MR. LIM:  We'll do that.  I don't know
7   what your problem is, counsellor.  We're showing him
8   the same document that you're seeing and I'm seeing.
9              MR. ZHU:  Can I know the Bates?
10             MR. KWAK:  Hold on, please.
11             MR. LIM:  All right.  Bates stamped No.
12  97.
13  BY MR. LIM:
14       Q.    This is the hours and notes that you
15  wrote down, correct?
16       A.    Correct.
17       Q.    I want direct your attention to the
18  entry dated September 11th.
19       A.    Okay.
20       Q.    You see that, sir?
21       A.    Yes.
22       Q.    And you're claiming that you worked
23  beyond the designated work hours this day, correct?
24       A.    Yes.
25       Q.    Because you went to 56th Street?

Page 93

1        A.    Correct.
2        Q.    And right below that you see VIP
3   related events?  You see that?
4        A.    Yes.
5        Q.    That's your handwriting?
6        A.    It's not my handwriting.
7        Q.    Whose handwriting is that?
8        A.    I don't know.
9        Q.    That VIP in fact is referring to the
10  president of South Korea, right?
11             MR. ZHU:  Objection.  Foundation.
12       A.    I presented what I wrote down and I
13  don't know with regard to the part that you're
14  talking about, I don't know how it's there.
15       Q.    You know that at the Mission the
16  president of South Korea is referred to as the VIP?
17  Tell the truth.  Right?
18       A.    No, the truth is that the president was
19  not called -- referred to as VIP.  They used some
20  other terminology.
21       Q.    What's the terminology?
22       A.    I can't recall it but it wasn't VIP.
23       Q.    Do you know whether or not then that
24  term VIP refers to someone else other than the
25  president?

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022          Pages 94..97

Page 94

```
1      A.    No.  At the time I really was not
2  interested in anything like this.  I just drove when
3  I was asked to drive.
4      Q.    In fact, you got a security clear pass
5  to attend, to access the events during the high-level
6  week, correct?
7            MR. ZHU: Objection.  Time frame.
8      A.    Correct.
9      Q.    All right.  You know that the Mission
10 spends months to prepare for the U.N. General
11 Assembly events, right?
12     A.    Like I said before, other than driving
13 for people who needed the transportation, other than
14 that, I was not privied to other information or not
15 interested in other information.
16     Q.    Okay.  Did you ever scout the U.N.
17 vicinity and president's route with the ministers?
18 In other words, when the ministers performed this
19 duty, did you give them a ride?
20     A.    Now, in the five years that I worked
21 for the Mission, I was never given a schedule for
22 that day or the purpose of my task.  What I was
23 privied to was once people got into my car, I would
24 be told what the immediate destination is but then I
25 wouldn't be told if there are other further
```

Page 95

```
1  additional destinations.  So only when people get
2  into my car, that's when I will know where I should
3  be taking them.
4      Q.    I understand.  But do you know at the
5  Mission there were other drivers besides you?
6      A.    A lot.
7      Q.    About four or five drivers?
8      A.    Yes.
9      Q.    And there was one driver for the
10 ambassador?
11     A.    Correct.
12     Q.    I'm not going to name who they are but
13 there are about four Korean drivers?
14     A.    Correct.
15     Q.    Okay.  And they were on rotation to
16 drive official vehicles, any official vehicle
17 available at the Mission, correct?
18           MR. ZHU: Objection to the form.
19     A.    No.
20     Q.    Are you telling me that they drove your
21 vehicle?  You already testified that they never drove
22 your vehicle.
23     A.    Now, with regard to the car that I
24 drove, no one else drove it because it was designated
25 to me.
```

Page 96

```
1      Q.    Okay.  Now, do you know whether or not
2  these other drivers drove for your ministers?
3      A.    As far as I know, no.
4      Q.    Have you spoken with any of them since
5  you left the Mission?
6            MR. ZHU: Objection.  Relevancy.
7      A.    No, never.
8      Q.    And these drivers, the four drivers
9  that we did not name, these drivers, their primary
10 responsibility was to pick up diplomatic pouches or
11 bags from the airport, right?
12           MR. ZHU: Objection.  Foundation.
13     A.    I wouldn't know.
14     Q.    But you didn't do any of this, right,
15 picking up diplomatic pouch and bags from the
16 airport?
17     A.    That's correct.
18     Q.    In fact, you went to the airport by
19 yourself if the ministers were not available to pick
20 up ministers' guests at the airport, right?
21     A.    Never.
22     Q.    Never?
23     A.    Correct.
24     Q.    You always --
25     A.    It was always with somebody in the car.
```

Page 97

```
1      Q.    Okay.  Government officials?
2      A.    Correct.
3      Q.    Okay.  Do you know whether or not these
4  drivers that we did not name, did they have a
5  designated vehicle like you did?
6      A.    I don't know.
7      Q.    Do you know whether or not these
8  drivers signed the same pledge agreement as you did?
9      A.    I don't know that either.
10     Q.    Do you know whether or not these
11 drivers signed the employment contracts like you did?
12     A.    I don't know.
13     Q.    Do you know whether or not these
14 drivers went through a security clearance like you
15 did?
16           MR. ZHU: I'll object to this line of
17 question as to relevance.
18     A.    I don't know.
19     Q.    Other than your counsel, did you
20 disclose or divulge any information you had learned
21 or acquired through the course of employment at the
22 Mission to your CPA or other professionals?
23     A.    No.
24     Q.    Now, you knew that according to South
25 Korean laws you were to retire at the age of 60,
```

HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS
Hyunhuy Nam on 02/22/2022                                    Pages 98..101

Page 98

1    correct?
2         A.    Well, as far as under the Korean law
3    with regard to the short-term, for an employee who
4    signed the short-term contract, there is no age limit
5    as far as the retirement.
6         Q.    Sir, here is my question:  When you
7    began to work for the Mission, isn't it true that Mr.
8    Choi told you you would have to retire at the age of
9    60 according to Korean law?
10        A.    He didn't.
11        Q.    Did anybody ever tell you that you
12   should retire at the age of 60 according to South
13   Korean law?
14              MR. ZHU:  Objection.  Asked and
15   answered.
16        A.    That was Mr. Lee.
17        Q.    You mean the Minister Lee?
18        A.    Correct.
19        Q.    That's back in 2018?
20        A.    As far as I can remember, I believe it
21   was in 2019.
22        Q.    Okay.  In 2019, how old were you?  Were
23   you 58?
24        A.    What was the year?
25        Q.    Or 59, right?

Page 99

1         A.    We're talking about 2019, right?
2         Q.    Correct.
3         A.    Yes.
4         Q.    In fact, in 2019 you signed two
5    different contracts, right?
6         A.    Correct.
7         Q.    One was for a period of two or three
8    months?
9         A.    We're talking about 2019, right?
10        Q.    Yep.
11        A.    No, in 2019 I only signed one one-year
12   contract.
13        Q.    And you became 60 years old in 2020?
14        A.    Correct.
15        Q.    And when you became -- when you turned
16   60 years old, the Mission told you that according to
17   South Korean law, you have to retire?
18              MR. ZHU:  Objection.
19        Q.    Correct?
20              MR. ZHU:  Is there a question?
21        A.    Yes.
22        Q.    And then you then asked Mr. Jo who is
23   sitting here today because of the pandemic you could
24   not find a job elsewhere, therefore you asked the
25   Mission to extend your employment to extend the

Page 100

1    employment, correct?  Yes or no?
2         A.    Yes.
3         Q.    In fact, you told him that because of
4    the pandemic your wife is out a job, you cannot find
5    a job, so you asked the Mission to extend your
6    employment beyond 60 years old?
7               MR. ZHU:  Objection.  Asked and
8    answered.
9         A.    No.
10        Q.    Your wife had a job at the time?
11        A.    No, she lost her job due to the
12   pandemic.
13        Q.    I understand in 2020 during the
14   pandemic you could not find a job elsewhere, correct?
15        A.    Correct.
16        Q.    So you asked the Mission to extend the
17   employment and they did, right?
18              MR. ZHU:  Objection.  Asked and
19   answered.
20        Q.    Correct?
21        A.    Yes.
22        Q.    In fact, in order for you to get the
23   extension, the Mission had to get permission from
24   Korea, right?
25              MR. ZHU:  Objection.  Foundation.

Page 101

1         A.    Well, at the time Mr. Jo made requests
2    and I complied with those requests.  However, later
3    on I found out those requests were not honest or
4    truth, so that's why I objected.
5         Q.    Are you saying that the Mission never
6    contacted Korea to extend your employment?
7         A.    Well, I don't know that for sure,
8    however, at the time he told me that in order for my
9    employer to extend my employment, I was supposed to
10   follow a certain procedures.
11        Q.    I understand that.  That's not my
12   question.  My question is this:  You were told in
13   2019 that you had to retire at the age of 60,
14   correct?
15        A.    Correct.
16        Q.    And you asked for an extension,
17   correct?
18        A.    Correct.
19        Q.    And they granted you an extension about
20   14 months after they got permission from Korea; is
21   that right?
22              MR. ZHU:  Objection.  Foundation.
23        A.    Correct.
24        Q.    And, in fact, they told you that in
25   order to make an exception for you, they had to get

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                    Pages 102..105

Page 102

1   permission from Korea, correct?

2       A.      Correct.

3       Q.      In fact, they -- because you pled with

4   them that you could not find a job during the

5   pandemic, you said you need more time, correct?  Yes

6   or no?

7       A.      Yes.

8       Q.      Okay.  And it took a few months to get

9   permission from Korea to extend your employment,

10  correct?

11      A.      Correct.

12      Q.      Now, and for that you signed a

13  contract?

14      A.      Yes.

15      Q.      Now, and one of the requirements that

16  you had to comply with or that Mission requested was

17  in order for you to get an extension of your

18  employment was to sign an agreement that you're not

19  going to assert any claims with respect to your

20  termination at the Mission, correct?  We're going to

21  ask you the questions.  Just answer my question.

22  Correct?

23      A.      Correct.

24      Q.      Okay.  Now, while we're waiting for an

25  exhibit, while you worked at the Mission, you saw

Page 103

1   other people retiring from their job when they

2   reached the age of 60?

3       A.      Never.

4       Q.      You never saw anyone?

5       A.      No, I didn't see anyone who retired at

6   the age of 60.  However, I saw someone retiring at

7   the age of 62 and another person retiring at the age

8   of 61.

9       Q.      In this case, you're retired or

10  separated from the Mission at the age of 61 because

11  of extension, correct?

12      A.      Correct.

13      Q.      Okay.  Now, we're going to introduce

14  that exhibit.

15          MR. KWAK:  Exhibit 12.

16          (Defendant's Exhibit 12, Settlement

17      Agreement, was marked for identification.)

18          MR. ZHU:  I'll put on the record I'll

19  object to you introducing the settlement agreement

20  since it's already been concluded by the Court.

21          MR. LIM:  There was a pre-answer

22  motion.

23  BY MR. LIM:

24      Q.      Now, this is your signature, correct?

25  This is your name?

Page 104

1       A.      Correct.

2       Q.      And in order for the Mission to be able

3   to extend your employment, you were told that you had

4   to sign this, correct?

5       A.      Correct.

6       Q.      And according to this agreement, you

7   are not allowed or you agreed, you agreed not to

8   assert any claims with respect to your termination as

9   your employment ends on June 30, 2021?

10      A.      Correct.

11      Q.      And after you signed this, at the time

12  you signed this, you assured the employees at the

13  Mission that you would abide by this agreement,

14  correct?

15      A.      Well, once I signed this document,

16  someone took this document.  I was not immediately

17  given a copy, so it took about six months for me to

18  get a copy.

19      Q.      I understand that.  You got a copy of

20  it.  And at the time you signed this, you had every

21  intention in good faith to abide by this agreement,

22  correct?

23      A.      My understanding was that this

24  agreement would extend my employment for one year.

25      Q.      I understand that.  So according to

Page 105

1   Korean law you're supposed to retire in 2020 but your

2   employment was extended until June 30, 2021, correct?

3       A.      No, that's wrong.

4       Q.      What is wrong?

5       A.      Well, for an employee who signs a

6   yearly contract is not subject -- an employee who

7   signs a yearly contract is not subject to retirement

8   age.

9       Q.      Okay.  That's not my question.

10          My question is this:  According to this

11  contract when you signed it, you agreed not to assert

12  any claims related to your employment at the Mission,

13  correct?

14          MR. ZHU:  Objection.  It's not a fair

15  reading.

16      Q.      Okay.  Just answer my question.

17      A.      No.

18      Q.      What was your intention?

19      A.      My understanding of this agreement is

20  that any issues arising out of this one-year

21  extension I was not going to make any type of claims.

22      Q.      Okay.  So, after you separated from the

23  Mission, as you testified earlier, you were able to

24  find a job a month later, correct?

25      A.      Yes.

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                      Pages 106..109

Page 106

1      Q.      Now, because of your separation from
2  the Mission, did you ever have to see a doctor or
3  take any medication?
4      A.      Yes.
5      Q.      Okay.  What's the name of the doctor?
6      A.      Dr. Haeyang Chung.
7      Q.      What kind of doctor is he?
8      A.      Internal.
9      Q.      Internist?
10     A.      Yes.
11     Q.      And did the doctor diagnose you that
12 whatever condition -- strike that.
13 (REQ)      MR. LIM:  We're going to make a request
14 for the production of medical records.  We'll send
15 you a medical authorization so you can sign off ON it
16 and produce the medical records.
17           MR. ZHU:  We'll take it under
18 advisement.
19 BY MR. LIM:
20     Q.      So, now, Mr. Nam, where is the doctor
21 in Jersey or New York?
22     A.      New Jersey.
23     Q.      Where is his office?
24     A.      On Broadway, Palisades Park.
25     Q.      And when was the first time you saw

Page 107

1  this doctor?
2      A.      I believe it was in or around June 20,
3  2021.
4      Q.      That was the first time you saw this
5  doctor?
6      A.      Correct.
7      Q.      Did you see any other doctor other than
8  this one?
9      A.      No.
10     Q.      Okay.  And what did the doctor tell
11 you?  Strike that.
12           What are the symptoms that caused you
13 to go see this doctor?
14     A.      I get depression.  Couldn't get a good
15 night sleep, anxiety and loss of motivation.
16     Q.      So if I look at your doctor's records,
17 will they show what you just testified?
18     A.      I don't know but the doctor gave me a
19 list of tests to have done.  However, at the time my
20 medical insurance was about to end, so because of the
21 financial situation, I didn't.
22     Q.      What are the tests that he recommended
23 that you undertake?
24     A.      Well, lung and heart test and endoscopy
25 and colonoscopy.

Page 108

1      Q.      Mr. Nam, did the doctor tell you that
2  your symptoms are related to your work experience at
3  the Mission?  Did he say that?
4      A.      No.
5      Q.      Did you take any medication afterwards?
6      A.      No.
7      Q.      Is there any professional that you can
8  produce in this case that will testify for you that
9  your medical conditions, your alleged medical
10 conditions are related to your experience at the
11 Mission?
12           MR. ZHU:  Objection.  It calls for a
13 legal conclusion and is subject to discovery.
14     A.      No.
15     Q.      Other than the one occasion you
16 described, did you see the doctor afterwards?
17     A.      Yes.
18     Q.      Is it related to your work experience
19 at the Mission?
20     A.      Yes, that's what I believe.  So because
21 I didn't get a clear answer from Dr. Chung, I went
22 for a second opinion.
23     Q.      Who is that second opinion?
24     A.      It was a non-Korean doctor.
25     Q.      What's the name of the doctor?

Page 109

1      A.      I don't remember because it was not a
2  Korean name.
3      Q.      What kind of doctor is he?
4      A.      I believe he was a general medicine.
5      Q.      Okay.  When did you see him?
6      A.      In August.
7      Q.      2000 what, '21?
8      A.      Yes.
9      Q.      What did you do?
10     A.      Blood tests, EKG.
11     Q.      Okay.  Did he tell you that whatever
12 symptoms you had at the time are related to your job
13 experience at the Mission?
14     A.      No, the doctor didn't say that.
15 However, I did explain my symptoms to my doctor.
16     Q.      What's the address of this doctor?
17     A.      Can I look at my phone?
18     Q.      Please.
19           MR. KWAK:  And if you can look for the
20 name too, please do.
21     A.      No, I can't find the name of the
22 doctor.  Sorry, I don't have the doctor's address
23 stored in my phone, so...
24     Q.      Do you know the town by any chance?
25     A.      West New York.

HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS
Hyunhuy Nam on 02/22/2022                                    Pages 110..113

**Page 110**

1   Q.   The name, please?
2   A.   I can't find it.
3   Q.   Okay.  Now, any other doctor that you
4   can name?
5   A.   So, in August I didn't get an answer
6   from my second doctor, so I went back to Dr. Chung in
7   December.
8   Q.   Okay.  And did the doctor tell you that
9   whatever symptoms you had at the time were caused by
10  or related to your experience at the Mission?
11  A.   I never talked about my work with the
12  doctor.  I only explained what my symptoms were.
13  Q.   Okay.  We're going to take a
14  five-minute bathroom break.  I'll be right back.
15       (Recess taken.)
16       (Defendant's Exhibit 13, handwritten
17       notes, was marked for identification.)
18  MR. KWAK:  I'm going to give him the
19  marked copy for now.  He'll use that and at the end
20  of the day, we'll take the original back.
21  BY MR. LIM:
22  Q.   Mr. Nam, we marked your handwritten
23  notes D-13.
24  A.   Okay.
25  Q.   These are the notes that you took

**Page 111**

1   during the course of deposition today, right?
2   A.   Yes.
3   Q.   And I'm going through, if you could
4   just read the first line to the translator so the
5   translator can translate for us, let's do that.
6   Now, with regards to the first
7   paragraph that you see at the top of the paper, I had
8   originally written this before I came to deposition
9   today in order to remind myself how to or how not to
10  answer.  So when I wanted to talk about this with my
11  attorney, my attorney stopped me from speaking with
12  him about it during the deposition.  So, other than
13  that, the other paragraphs below are the
14  subjects that came out today which I hadn't discussed
15  prior to today, so I decided to write a note.
16  Q.   Okay.  What was your intention in
17  taking these notes?  Were you going to send this to
18  someone else outside of this proceeding?
19  A.   No, just to remind myself.
20  Q.   Mr. Nam, I just have to respectfully
21  remind you of the confidentiality order signed by
22  Judge Nathan and the pledge agreements you signed.
23  A.   Yes.
24  Q.   You are not allowed to talk to anyone
25  not authorized to know certain information.

**Page 112**

1   A.   Okay.
2   Q.   In fact, you cannot contact the media
3   to disclose the information that has been deemed
4   confidential or top secret or classified information.
5   Do you understand that, sir?
6   A.   I do.
7   Q.   If you violate that, there will be some
8   legal consequences.
9   A.   Okay.
10  Q.   Now, let's come back to this note.  I'm
11  not going to go over everything and I want you to
12  read the statement that you made next to No. 3.
13  A.   "I worked as a chauffeur to" --
14       THE INTERPRETER:  May the interpreter
15  ask one word, please?
16       MR. LIM:  Official vehicle, you already
17  translated.
18  A.   -- "and I drove the official vehicle.
19  I was not a personal driver."
20  Q.   Okay.  In fact, that's your testimony
21  throughout the proceeding today?
22  A.   Correct.
23  Q.   Okay.  And how about the next?
24  A.   "Because I did not receive any specific
25  security related training, it's difficult for me to

**Page 113**

1   answer specific questions."
2   Q.   That's the note that you made for
3   yourself, correct?
4   A.   Correct.
5   Q.   So you were going to answer according
6   to this quote guideline?
7   A.   No.  After that is deposition was over,
8   I didn't want to forget about the dep today, so I
9   made a note to remind myself.
10  Q.   Once again, I'm going to -- we marked
11  it but don't discuss certain information with anyone
12  outside of this litigation, please.
13       MR. ZHU:  Objection.  No question
14  pending.
15  A.   Understood.
16  Q.   That includes your friends, okay?  Do
17  you understand that, sir?
18  A.   Yes.
19  Q.   After you left the Mission, you were
20  supposed to be paid a severance according to South
21  Korean law, correct?
22  A.   Correct.
23  Q.   In fact, the Mission offered to pay you
24  a severance according to the South Korean law
25  calculation, correct?

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022
Pages 114..117

Page 114

| | | |
|---|---|---|
| 1 | A. | Correct. |
| 2 | Q. | In fact, you did not come and pick up |
| 3 | the check, correct?  Yes or no? | |
| 4 | A. | I did, once. |
| 5 | Q. | When did you come to pick up the check? |
| 6 | A. | I believe it was in or around June |
| 7 | 29th. | |
| 8 | Q. | June 29, 2021? |
| 9 | A. | Yes. |
| 10 | Q. | Okay.  What time did you come? |
| 11 | A. | Around 11 a.m. |
| 12 | Q. | Okay.  Who did you talk to? |
| 13 | A. | Mr. Chung and Mr. Kim. |
| 14 | Q. | And at the time you were not even |
| 15 | terminated by the Mission? | |
| 16 | A. | Correct. |
| 17 | Q. | So it's not that you came to pick up |
| 18 | the check after you left the Mission, you were still | |
| 19 | working for the Mission at the time, correct? | |
| 20 | A. | Correct. |
| 21 | Q. | So, now, are you saying that at the |
| 22 | time you were still working at the Mission, the | |
| 23 | Mission offered you a severance? | |
| 24 | A. | I was told to visit the Mission because |
| 25 | they wanted to talk to me about something. | |

Page 115

| | | |
|---|---|---|
| 1 | Q. | Okay.  And you just testified that you |
| 2 | came to pick up the check for the severance, correct? | |
| 3 | A. | That's what I was thinking.  I was |
| 4 | thinking maybe they are trying to give me a check for | |
| 5 | the severance pay. | |
| 6 | Q. | Okay.  My question is this:  Did anyone |
| 7 | tell you at the time that you would pick up the | |
| 8 | check, you would be paid severance today on June 28th | |
| 9 | or June 29th? | |
| 10 | A. | No. |
| 11 | Q. | So then listen to my question, sir. |
| 12 | After you left the Mission, did anyone offer you a | |
| 13 | severance, yes or no? | |
| 14 | A. | I mean, there was no specific |
| 15 | instruction as to when the check was going to be | |
| 16 | paid, however, there was a discussion about how it | |
| 17 | was going to be paid. | |
| 18 | Q. | Okay.  And, in fact, isn't it true that |
| 19 | Mr. Jo sitting here today contacted you via Kakao | |
| 20 | Talk asking you to come and pick up the check for the | |
| 21 | severance which was calculated according to South | |
| 22 | Korean law, correct? | |
| 23 | A. | No, Mr. Jo never send me a message and |
| 24 | Mr. Kim never asked me to do that either. | |
| 25 | Q. | Did anyone at the Mission ask you to |

Page 116

| | | |
|---|---|---|
| 1 | come and pick up the check for the severance? | |
| 2 | A. | No. |
| 3 | Q. | Never? |
| 4 | A. | Correct, no. |
| 5 | Q. | And your testimony is as you sit here |
| 6 | today I want to pick up the check but I was advised | |
| 7 | not to pick up the check? | |
| 8 | | MR. ZHU:  Objection to the form. |
| 9 | Q. | Is that right? |
| 10 | A. | Well, I was never advised not to do |
| 11 | that.  However, I was told that the severance pay | |
| 12 | would be paid in check.  However, I didn't end up | |
| 13 | receiving one. | |
| 14 | Q. | Again, now, listen to me.  So you were |
| 15 | told by someone at the Mission to pick up the check | |
| 16 | for the severance, correct?  Yes or no? | |
| 17 | A. | No. |
| 18 | Q. | Never? |
| 19 | A. | No. |
| 20 | Q. | So no one ever told you to receive a |
| 21 | check for severance? | |
| 22 | | MR. ZHU:  Objection.  Asked and |
| 23 | answered. | |
| 24 | A. | Correct. |
| 25 | | MR. LIM:  We're going to mark an |

Page 117

| | | |
|---|---|---|
| 1 | exhibit.  Just wait.  We're going to print it out. | |
| 2 | | (Pause in the proceedings.) |
| 3 | | (Defendant's Exhibit 14, text messages, |
| 4 | | were marked for identification.) |
| 5 | | MR. LIM:  All right.  Let's show him |
| 6 | D-14. | |
| 7 | BY MR. LIM: | |
| 8 | Q. | Mr. Nam, I just presented to you what's |
| 9 | been marked as D-14.  These are the text messages | |
| 10 | that you exchanged with Mr. Kim who is present in | |
| 11 | this proceeding today. | |
| 12 | | MR. ZHU:  Put on the record our |
| 13 | objection.  This document was not produced any time | |
| 14 | before today. | |
| 15 | | MR. LIM:  It's for impeachment purposes |
| 16 | only.  So we can go ahead. | |
| 17 | Q. | Now, Mr. Nam, you recognize these text |
| 18 | messages, correct? | |
| 19 | A. | Yes. |
| 20 | Q. | In fact, you exchanged these messages |
| 21 | with Mr. Kim, correct? | |
| 22 | A. | Yes. |
| 23 | Q. | In fact, at the top of the page and |
| 24 | Mr. Kim told you that severance pay is now available, | |
| 25 | we wanted to check the message.  Do you see that text |

HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS
Hyunhuy Nam on 02/22/2022                    Pages 118..121

**Page 118**

1  message, sir?

2      A.    Yes.

3      Q.    And in fact you responded to that

4  saying I cannot call you for some reason, right?

5      A.    Correct.

6      Q.    In fact, and then Mr. Kim in response

7  to that said "Do you want me to call you tomorrow?"

8  Correct?

9      A.    Yes.

10     Q.    You say yes to that?

11     A.    Yes.

12     Q.    And Mr. Kim on July 14 at 11:20 a.m.,

13 he text you again "When you're available, please call

14 me."  Correct?

15     A.    Correct.

16     Q.    In response to that you said "My phone

17 is not working well.  Call me now."  Correct?

18     A.    Yes.

19     Q.    And on July 29, 9:29 a.m., Mr. Kim

20 texts you again saying "Mr., when are you coming to

21 pick up the check for severance?"  Correct?

22     A.    Yes.

23     Q.    So you got this text, correct?

24     A.    Yes.

25     Q.    Now, Mr. Nam, why did you say -- why

**Page 119**

1  did you lie earlier that Mr. Kim never contacted you

2  about severance?

3      A.    You know, I mean, it was never verbally

4  communicated.  What I was trying to say was that I

5  was told multiple times the severance pay was

6  available, however, I was not given a specific date

7  as to when the severance check would be available.

8      Q.    In fact, if you turn to the next page,

9  you said on July 29, "I'll go see you on Monday or

10 Tuesday because I'm in Maryland right now."  Do you

11 see that text?

12     A.    Yes.

13     Q.    And then Mr. Kim responded to you

14 saying "Okay.  I'll see you then."  Do you see that?

15     A.    Yes.

16     Q.    But you never went there on that day,

17 correct?

18     A.    Correct.

19     Q.    And August 2nd at 1:50 p.m. Mr. Kim

20 texts you again "Can I speak to you?"

21     A.    Yes.

22     Q.    You said "in 40 minutes," correct?

23     A.    Yes.

24     Q.    And Mr. Kim then said "I'll call you to

25 discuss your severance at the time."  Do you see

**Page 120**

1  that?

2      A.    Yes.

3      Q.    You said "Understood."  Correct?

4      A.    Yes.

5      Q.    Now, on August 13th Mr. Kim texts you

6  again "Please let me know your account information so

7  that I can send you severance payment information."

8  Do you see that?

9      A.    Yes.

10     Q.    You responded to that saying you're

11 fishing, correct?

12     A.    Yes.

13     Q.    And Mr. Kim asked you "Are you not

14 coming to pick up the check for severance?"

15     A.    Correct.

16     Q.    He asked you again?

17     A.    Yes.

18     Q.    You said "Thank you for taking care of

19 this matter."  Do you see your text there?

20     A.    Yes.

21     Q.    Right?

22     A.    Correct.

23     Q.    And you said "I can give you my wire

24 transfer information," correct?

25     A.    Yes.

**Page 121**

1      Q.    In response Mr. Kim said "Let me know

2  so that I can wire it," correct?

3      A.    Yes.

4      Q.    You did not provide your wiring

5  information, did you?

6      A.    Correct.

7      Q.    So, once again, Mr. Nam, look me in the

8  eye, why did you lie that no one at the Mission

9  contacted you about severance?

10     A.    I never said no one contacted me.  I

11 said that I never received a specific information as

12 to when and where I would be receiving the severance

13 check.

14     Q.    When Mr. Kim time and time again asked

15 when you coming to pick up the check, what's your

16 wire information, did you ever provide your wire

17 information in response?

18           MR. ZHU:  Objection.  Argumentative.

19 The documents speaks for itself.

20     A.    Well, you're insisting that I avoided

21 picking up the check.  However, I'm just trying to

22 explain my situation to you what my situation was at

23 the time.  I was in Maryland and since I was not in

24 New Jersey, I was going to -- and then I was told

25 that once I come to New Jersey, the severance pay

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                    Pages 122..125

Page 122

1  would be paid, however, I was never given information
2  as to when and where I should pick up the check.
3          Q.    On August 17 when Mr. Kim asked you
4  about your wire information so they can wire it, you
5  never provided that information, did you?  Did you or
6  did you not?
7          A.    No.
8          MR. ZHU:  Objection.  Let the witness
9  speak.  You have to let the witness speak.
10         Q.    Now, later on you said you don't know
11 Mr. Kim's email address, correct?
12         A.    Yes.
13         Q.    But you do know his email address,
14 correct?
15         A.    Well, I received his email address once
16 and I sent him an email.  However, at some point that
17 email along with other emails just disappeared from
18 my records.  So I contacted Microsoft and I found out
19 those information -- those emails were gone.
20         Q.    Then Mr. Kim asked you again "What is
21 your home address so that we can mail it?"
22         A.    Yes.
23         Q.    Now, he asked you what your bank
24 account information was; you never did provide it.
25 He asked you what your mailing address was; you never

Page 123

1  provided, correct?  Correct?  Did you?
2          A.    Yes, I did once.
3          Q.    Okay.  Show me your text.
4          A.    My recollection is that when we were on
5  the phone, I gave him my address.
6          Q.    So it must be after August 17.
7          MR. ZHU:  Is there a question?
8          Q.    Correct?
9          A.    No, they knew my address.  I don't
10 remember ever receiving any emails from Mr. Kim,
11 however, I may have mailed a letter with my address
12 in it.
13         Q.    In response to Mr. Kim's last text
14 which is on August 17, did you respond to this?  When
15 he asked you whether or not he should mail it to your
16 home address, did you respond to that?
17         A.    I had a phone call afterward and I told
18 him to send it.
19         Q.    Okay.  Now, do you have the same phone
20 with you?
21         A.    No, I don't have the same phone with me
22 but using my previous phone, that's what I said.
23         Q.    When did you change your phone?
24         A.    In September.
25 (REQ) Q.    I want you to produce phone records

Page 124

1  showing that you contacted Mr. Kim after August 17,
2  2021.  If you lied, you are committing perjury here.
3          MR. ZHU:  Objection.  Argumentative.
4  Is there a question pending?
5          MR. LIM:  Yes.
6          Q.    Do you understand that, sir?
7          A.    How am I going to find the recording of
8  our conversation?
9          Q.    I want you to contact your phone
10 company, get a phone record for the month of August
11 2021.
12         MR. ZHU:   Objection.  No question
13 pending.
14         MR. LIM:  Okay, I'm telling him.
15         Q.    And produce the record that
16 indicates --
17         MR. ZHU:  Please --
18         MR. LIM:  Excuse me, I'm speaking.
19         Q.    What did you say just say, sir?  What
20 did you just say?
21         A.    Why the heck --
22         MR. LIM:  Go off the record.
23         (Discussion off the record.)
24         MR. ZHU:  Now we're back on the record.
25 Put on the record, please ask the question.  Do

Page 125

1  not harass my client.
2  (REQ) Q.    Excuse me.  Please produce a phone record
3  that indicates that you did speak to Mr. Kim after
4  August 17.  Okay?  We're going to follow up on this
5  request.
6          MR. ZHU:  We take it under advisement
7  and we request that request to be put in writing.
8          Q.    Can you explain to me why you did not
9  go the following Monday or Tuesday as you promised
10 you would according to your text?
11         A.    Now, at the time my plan was to go to
12 New Jersey, however, I got busy with other matters in
13 Maryland.
14         Q.    Did you notify the Mission that you
15 cannot make it either on Monday or Tuesday?
16         A.    I don't recall.  I may have.
17         MR. LIM:  Give me five minutes.  I'm
18 going to review my questions and maybe we'll be done.
19         (Recess taken.)
20 BY MR. LIM:
21         Q.    Mr. Nam, did you know or do you know
22 that according to South Korean laws even if you sign
23 a contract for a term of one year, if you end up
24 working more than two years, you are required to
25 retire at the age of 60?  Did you know that or do you

**Page 126**

1   know that?

2        A.   Yes.  Now, at the time I didn't know

3   about it but at some point I saw on the Internet that

4   if I worked for more than two years, then I would be

5   subject to age 60 retirement requirement.  This was a

6   one-year contract.

7   (DIR)    Q.    And did you ever consult a lawyer

8   in Korea whether or not if you end up working for

9   more than two years even if you have a one-year

10  contract, you are required to retire at the age of

11  60?

12             MR. ZHU:  Objection as privileged

13  information.  I instruct my client to not answer.

14             Do not answer.

15             MR. KWAK:  That is not privileged.

16             MR. LIM:  That's not privileged.

17             MR. KWAK:  Do not answer.

18             MR. LIM:  Hold on.

19  (DIR)    Q.    I'm not asking what the attorney

20  told you.  Did you ever contact a lawyer?  That's my

21  question.

22             MR. ZHU:  Do not answer.

23             MR. LIM:  No, that's -- don't do that.

24             MR. ZHU:  I already did.

25             MR. KWAK:  Whether someone contacted --

**Page 127**

1             MR. LIM:  Contacted is not privileged

2   information.

3             MR. ZHU:  You have the substance.

4             MR. KWAK:  Their discussion is --

5             MR. ZHU:  That is substance.

6             MR. KWAK:  It's contacting a lawyer to

7   seek legal advice.  That's it.

8             MR. LIM:  We're going to rephrase the

9   question.

10            MR. ZHU:  Rephrase the question.

11  BY MR. LIM:

12       Q.    Did you ever contact a lawyer in Korea?

13            MR. ZHU:  Don't put a subject.

14       Q.    Did you ever contact a lawyer in Korea

15  to find out about the labor laws?

16       A.    No.

17       Q.    So all your knowledge of South Korean

18  labor law is based on what you saw on the Internet?

19       A.    Yes.

20       Q.    Okay.  So as you sit here today, is

21  this the first time you ever heard that in Korea even

22  if you have a one-year contract, if you end up

23  working more than two years, the mandatory retirement

24  age would apply?  This is the first time you heard

25  it?

**Page 128**

1             MR. ZHU:  Objection.  Foundation.

2        A.    Now, this was not a legal consultation

3   but what I saw on the Internet was just a question

4   and answer and the answer was with regard to somebody

5   working more than two years under a one-year

6   contract, automatically that employment would be

7   considered the long-term contract and that employee

8   would be under the mandatory retirement age.

9        Q.    Okay.  There is no question pending.

10            MR. ZHU:  You have to let the witness

11  finish.  He hasn't finished.

12       Q.    Go ahead.

13       A.    However, it said additionally that if

14  you are under a one-year contract, then this doesn't

15  apply to you.  That's what it said.

16       Q.    That's what the Internet says?

17       A.    Yes.

18       Q.    You don't know the author of that, do

19  you?

20       A.    So this was somebody who works for the

21  labor department in Korea and that person was

22  answering a question.

23       Q.    Do you know the name of the person?

24       A.    I do not know.

25            MR. LIM:  Mark this.

**Page 129**

1             (Defendant's Exhibit 15, letter from

2             the Ministry of Foreign Affairs of the

3             Republic of Korea, was marked for

4             identification.)

5        Q.    Well, Mr. Nam, you just testified that

6   when you checked someone at the Department of Labor

7   via Internet, the answer you received was it really

8   depends on the policy of the organization that you

9   work for, correct?

10       A.    Yes, as far as I can remember, that's

11  what it said.

12       Q.    Okay.  According to the internal

13  policies of the Mission, are you aware that according

14  to Article 62 retirement age is at 60?

15            MR. ZHU:  Objection.  Foundation.

16       Q.    Do you know that?

17       A.    I didn't know about it.

18       Q.    Now, if you look at Article 64, it

19  shows how severance should be paid.  And do you know

20  whether or not the severance you have not picked up

21  yet -- strike that.

22            Do you know that the severance you have

23  not picked up yet has been computed based on Article

24  64?

25       A.    I didn't know about it.  I thought it

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                                   Pages 130..133

Page 130

```
 1   was calculated based on the calculation that appears
 2   on my employment contract.
 3        Q.   Isn't it true that Mr. Jo here also
 4   told you that according to this internal policy, the
 5   Ministry of Foreign Affairs Guidelines, you had to
 6   retire at the age of 60?  Didn't they tell you that,
 7   correct?
 8        A.   Yes.
 9        Q.   Nothing further.
10             MR. ZHU:  I have a few follow-up.
11   Redirect.
12   EXAMINATION
13   BY MR. ZHU:
14        Q.   Earlier you said you need to clarify a
15   question concerning whether any driver drove the car
16   you being assigned.  You said you have something to
17   clarify.  Can you speak it now?
18        A.   I was told that the official vehicle
19   shall be used for official purposes only and I
20   strictly abide by that rule.  And, however, from time
21   to time when I had to go to work not for work
22   purposes, on weekends, I did use that vehicle.
23        Q.   I put what's in front of you D-2, Bates
24   stamped 19.  Earlier you said you have something to
25   say about minister's signature.  What are you about
```

Page 131

```
 1   to say at that time?
 2        A.   Are you talking about the signature of
 3   Mr. Ko?
 4        Q.   Yes.
 5        A.   No, I have nothing to say about that
 6   signature.
 7        Q.   Okay.
 8        A.   I mean, I wanted to say that prior to
 9   signing this document, I didn't have sufficient time
10   to read and understand this document and therefore I
11   didn't fully understand the content of this document.
12   However, my signing this document was more of a
13   reactionary -- it was reactionary more than anything
14   else.
15        Q.   Earlier you gave some testimony about
16   the national interests of the Republic of Korea.  Can
17   you specify your understanding of the national
18   interests of the Republic of Korea, what does that
19   mean?
20        A.   I never really thought about national
21   interests, I just focused on what I could do as far
22   as what I was -- as far as the test that I was given
23   and so I drove an official car.  I assisted these
24   officers by driving them and I believe that's how I
25   was helping the national interest.
```

Page 132

```
 1        Q.   All right.  I have no further
 2   questions.
 3             MR. LIM:  Okay.  Thank you.
 4             (Witness excused.)
 5             (Time noted:  3:54 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 133

```
 1                C E R T I F I C A T E
 2   STATE OF NEW YORK    )
 3                        :ss.
 4   COUNTY OF NEW YORK   )
 5
 6             I, CELESTE A. GALBO, a Registered
 7   Professional Reporter, Register Merit Reporter and
 8   Notary Public of the State of New York and State of
 9   New Jersey, do hereby certify:
10             THAT HYUNHUY NAM the witness whose
11   deposition is hereinbefore set forth, was remotely
12   duly sworn by me and that such deposition is a true
13   record of the testimony given by the witness.
14             I further certify that I am not related
15   to any of the parties to this action by blood or
16   marriage, and that I am in no way interested in the
17   outcome of this matter.
18             IN WITNESS WHEREOF, I have hereunto set
19   my hand this 28th day of February 2022.
20
21
22   _____
23        CELESTE A. GALBO, RPR, RMR
24
25
```

**HYUNHUY NAM vs PERMANENT MISSION OF REPUBLIC OF KOREA TO UNITED NATIONS**
Hyunhuy Nam on 02/22/2022                                    Pages 134..136

**Page 134**

1        DEPOSITION ERRATA SHEET
2   Case Caption:  Hyunhuy Nam vs. Permanent Mission of
    the Republic of Korea to the United Nations
3
         DECLARATION UNDER PENALTY OF PERJURY
4
5        I declare under penalty of perjury that I have
6   read the entire transcript of my Deposition taken in
7   the captioned matter or the same has been read to me,
8   and the same is true and accurate, save and except
9   for changes and/or corrections, if any, as indicated
10  by me on the DEPOSITION ERRATA SHEET hereof, with the
11  understanding that I offer these changes as if still
12  under oath.
13      _____
14             HYUNHUY NAM
15  Subscribed and sworn to on the ____day of _____,
16  20__ before me.
17
18  _____
19  Notary Public,
20  In and for the State of New York
21  _____
22
23
24
25

**Page 135**

1        DEPOSITION ERRATA SHEET
2   Page No.____Line No.____Change to:_____
3   _____
4   Reason for change:_____
5   Page No.____Line No.____Change to:_____
6   _____
7   Reason for change:_____
8   Page No.____Line No.____Change to:_____
9   _____
10  Reason for change:_____
11  Page No.____Line No.____Change to:_____
12  _____
13  Reason for change:_____
14  Page No.____Line No.____Change to:_____
15  _____
16  Reason for change:_____
17  Page No.____Line No.____Change to:_____
18  _____
19  Reason for change:_____
20  Page No.____Line No.____Change to:_____
21  _____
22  Reason for change:_____
23  Page No.____Line No.____Change to:_____
24  _____
25  Reason for change:_____

**Page 136**

1        DEPOSITION ERRATA SHEET
2   Page No.____Line No.____Change to:_____
3   _____
4   Reason for change:_____
5   Page No.____Line No.____Change to:_____
6   _____
7   Reason for change:_____
8   Page No.____Line No.____Change to:_____
9   _____
10  Reason for change:_____
11  Page No.____Line No.____Change to:_____
12  _____
13  Reason for change:_____
14  Page No.____Line No.____Change to:_____
15  _____
16  Reason for change:_____
17  Page No.____Line No.____Change to:_____
18  _____
19  Reason for change:_____
20  Page No.____Line No.____Change to:_____
21  _____
22  Reason for change:_____
23
24  SIGNATURE:_____DATE:_____
25