# EXHIBIT 3

Nam v. Permanent Mission of the ROK to UN
SDNY 1:21-cv-06165-AJN                    Defendant's Motion for Summary Judgment

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

HYUNHUY NAM,

                    Plaintiff,

          -against-

                         Case No. 1:21-cv-06165-AJN


PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE
UNITED NATIONS,

                    Defendants.


-----------------------------------------------X

                         136-20 38th Avenue
                         Flushing, New York

                         April 4, 2022
                         10:25 A.M.




    DEPOSITION of JO JINHO, a non-party witness on

behalf of the Defendant herein, taken by the

attorneys for their respective parties, pursuant

to Notice, held at the above time and place before

Maria Lemmo, a Stenotype Reporter and Notary Public

within and for the State of New York.

                                                                    2

1    A P P E A R A N C E S:

2


3    HANG & ASSOCIATES, PLLC
     Attorneys for Plaintiff
4         136-20 38th Avenue, Suite 10G
          Flushing, New York 11354
5
     BY:  SHAN ZHU, ESQ.
6          YONGJIN BAE, ESQ.

7
     KIM, CHO &  LIM, LLC
8    Attorneys for Defendant
          460 Bergen Boulevard, Suite 305
9         Palisades Park, New Jersey 07650

10   BY:   JOSHUA S. LIM, ESQ.

11

12

13

14   ALSO PRESENT:

15   SEAN KIM, Korean Interpreter
     Eiber Translations
16

17

18

19

20

21

22

23

24

25

3

1

2    S E A N   K I M, the Korean Interpreter herein,

3    was duly sworn to interpret the questions from

4    English into Korean and the answers from Korean

5    into English, to the best of his ability:

6    J O   J I N H O, the witness herein, having been

7    duly sworn through the Interpreter, was examined

8    and testified as follows:

9    EXAMINATION BY

10   SHAN ZHU, ESQ.:

11       Q.   What is your name, please?

12       A.   Jo Jinho.

13       Q.   What is your address?

14       A.   335 East 45th Street, New York, New York

15   10017.

16       Q.   Mr. Jinho, my name is Shan Zhu.  I'm

17   counsel for Mr. Nan.  Are you familiar with this

18   person?

19       A.   Yes, I'm aware of him.

20       Q.   Are you aware a few weeks before your

21   attorney has conducted Mr. Nan's deposition?

22       A.   Yes.

23       Q.   Is that true you were physically present

24   in that deposition as well?

25       A.   Which deposition?

8

1                      J. Jinho

2     various topics that the UN meetings deal with,

3     topics such as politics, economy, cultural

4     climate change, et cetera, these were the topics

5     that UN deals with.  Among them, I work with

6     specifically the politics related work so that's

7     where I am involved with in terms of

8     participation among the variety of meetings that

9     take place there.

10        Q.   Is there any other individual who has

11    been assigned to work on political affairs with

12    you concerning the meetings with UN?

13        A.   Mr. Hyunhuy Nam, when he did the work as

14    he took care of the Ministers, those Ministers did

15    the same type of work that I did as a team, same

16    team.

17        Q.   Can you spell the name of Mr. Nam that

18    you just testified?

19            MR. LIM:  I think we can stipulate that

20         it was the name of the Plaintiff.  Mr. Nam,

21         that he mentioned is actually the Plaintiff

22         in the pleading.  He's referring to the

23         Plaintiff, H-Y-U-N-H-U-Y and N-A-M is his

24         last name.

25        Q.   Earlier you said Mr. Nam, are you

1                    J. Jinho

2        A.   Got it.

3        Q.   You're free to talk with him while

4    you're off the stand or excused as a witness.  It

5    should not impair your ability to talk with him;

6    are we clear about this?

7        A.   Yes, got it.  I would like to see my

8    record the confirm whether the spelling is

9    C-H-U-N-G or J-U-N-G.

10       Q.   You need to refer to a certain record.

11   Do you have any idea of what this record would

12   look like?

13            MR. LIM:  You first named him as a

14       defendant.  It got dismissed.

15            MR. ZHU:  It's C-H-U-N-G.

16       A.   Complaint.

17       Q.   Back to the boss Minister maybe the last

18   name is Chung or Jung, can you tell me why you

19   refer to him or her as the boss Minister?

20       A.   So this Minister, his work is something

21   that requires high level security.  So therefore,

22   as according to the Republican of Korean's law,

23   he is categorized as a high level Minister of the

24   government.  So therefore, Mr. Nam, his work was

25   to support someone who needed a high level

12

                          J. Jinho

1

2        stipulated the boss Minister the witness is

3        referring to his last is name C-H-U-N-G.

4        Q.    So the question will be does Mr. Chung,

5    earlier you said the instruction, would those

6    instructions include your working schedule?

7        A.    What exactly is the work schedule by

8    your definition, please?

9        Q.    When I say working schedule, that means,

10   when you're supposed to start work, when you're

11   supposed to leave work in a given week, Monday,

12   Tuesday, Wednesday, Thursday, Friday; were those

13   instructions including your working schedules?

14       A.    So basically as far as this type of work

15   related issues, we follow the Korean law, Korean

16   principles, so when one goes to vacation, we're

17   supposed to let them know beforehand giving

18   notification.  And as far as the schedule part,

19   first of all, in general, the general practice is

20   we have to follow the general practice.  However,

21   specifically depending on the real circumstances

22   of the day or time, we would discuss with Mr.

23   Chung the specific schedule together and based on

24   his instruction, it was followed.  Based on his

25   decision, it was followed.

16

1                    J. Jinho

2          MR. ZHU:  If he don't understand --

3          MR. LIM:  I just ask for clarification.

4     If the answer is fuzzy, I'll ask for

5     clarification.

6     A.    Could you repeat that?

7     Q.    Let me try another way to the extent of

8     your knowledge as to those instructions.  Is there

9     any time that those instructions include when Mr.

10    Nam should report to work?

11    A.    When to report to work?

12    Q.    Yes.

13    A.    So basically as far as Mr. Nam's time to

14    report to work and time to go home hours,

15    basically his work schedule you're asking, it was

16    already decided by the Korean law system as well

17    as general practice.  Although, if there's some

18    task that needed to be done quickly and Mr. Nam

19    needed to come to work quickly, in those types of

20    cases, Minister Chung would tell directly to Mr.

21    Nam about it and that was what happened except

22    because we are the same team, we were aware that

23    that's the day that some important stuff is

24    happening so he's reporting to work early, so we

25    are kind of aware of it as well.

21

1                     J. Jinho

2          MR. LIM:  Let's spell the names

3     correctly.  As defendant's counsel, I would

4     be more than happy to stipulate that Mr. Nam

5     worked for several Ministers in the past,

6     besides Mr. Chung who is also the Minister.

7     The names are as follows, I believe Mr. Nam

8     testified under oath last month, I believe

9     the first Minister he worked for from 2016

10    to 2017 B-O-N-G W-O-O K-O.  The second

11    Minister Mr. Nam worked for was J-E-O-N-G,

12    J-A-E  L-E-E, that's his last name.  I

13    believe he worked for this Minister Lee from

14    2018 through 2019 or whatever the contract

15    provides.  Then the third Minister he worked

16    for was K-Y-U-N-G Y-U-L H-A-N.  These are

17    the Ministers Mr. Nam worked for in the

18    past.  Beginning from 2016 and I believe

19    Minister Chung.

20          I want to clarify the record.  I'll be

21    happy to stipulate that Mr. Nam worked for

22    several Ministers the names of which were

23    announced a minute ago.  The sequence in

24    terms of who he worked for and when he

25    worked for, I believe, the sequence goes

22

1                       J. Jinho

2          something like this Minister Ko first and

3          Minister Han next and Minister Lee third and

4          Minister Chung last.  So Mr. Nam worked for

5          these Ministers in the manner that I just

6          indicated.  Are we clear about this?

7               MR. ZHU:  Yes.

8               MR. LIM:  I'll be more than happy to

9          stipulate.

10          Q.   While you and Mr. Nam working as a team,

11     can you describe Mr. Nam's job function?

12          A.   So Mr. Nam was doing the task of

13     supporting the foreign affairs Minister, such as

14     Minister Chung, who required high level security,

15     and since Minister Chung is someone who is

16     categorized as a high level officer and Mr. Nam

17     was the head.  Mr. Nam had no other choice but to

18     come to know where Minister Chung is going, with

19     whom he is meeting with and what kind of

20     conversation he's having with that other person,

21     in what location.  Since that was what he was

22     doing and because Mr. Nam had this special

23     characteristic of a job that he would be able to

24     find out information such as top secret

25     information, classified information in the process

23

```
1                      J. Jinho
2    of working with Minister Chung.  So therefore,
3    Mr. Nam needed a separate security clearance from
4    us.  From the time of the employment, Mr. Nam was
5    required to the background check, of course with
6    his agreement to that and every year that is why
7    we required his signature for renewed security,
8    security pledges and because of that his job
9    function -- you told me to make it brief earlier,
10   but could I add to that --
11            MR. ZHU:  Please go ahead.
12       A.   For example because Mr. Nam's job
13   required this type of high level security, to
14   give an example let's say if a cabinet level VIP
15   is visiting from the Republican of Korea, Mr.
16   Nam's car was used to give transportation for
17   such individual in the same car with Minister
18   Chung, and of course because of security reason
19   I cannot reveal of this information, but at one
20   point Mr. Nam directly drove national security
21   advisor to the president himself even.
22       Q.   Isn't Mr. Nam's function as a driver of
23   Ministers although he often time need a security
24   clearance from time to time?
25       A.   Well, the responsibility of Mr. Nam's,
```

1                        J. Jinho

2    yes, his main job is the vehicle operation of

3    Minister, that was what he was assigned to do as

4    his main job, but other than that what is

5    included in this contract is diplomatic protocol

6    work admission work is also included as well.

7            MR. LIM:  Objection to the translation.

8        He used to word designated.

9        A.   Who drove was the designated Minister's

10   vehicle.

11           MR. LIM:  Are we clear that we have a

12       correct translation that he was a driver for

13       the designated Minister's vehicle?  Off the

14       record.

15           (Whereupon a discussion was held off the

16       record.)

17           MR. LIM:  We have pre-marked certain

18       exhibits which were used for Mr. Nam's

19       deposition.  To avoid confusion, we would

20       rather use the same exhibits so that we're

21       referring to the same documents we can

22       stipulate --

23           MR. BAE:  We will call it Plaintiff's 1.

24           MR. LIM:  I thought we already marked it

25       as P1.  Why don't you refer to it as P1 so

1                    J. Jinho

2      lay the foundation.

3         A.   I don't mean that at all.  My point is

4      this: what I was pointing out was Mr. Nam's work

5      hours, whether it's overtime hours or whatnot, it

6      was an honor system where Mr. Nam was the one who

7      wrote it himself, and whatever he wrote was

8      confirmed.  That was the system and the reason

9      that I'm pointing that out is because you pointed

10     out that Mr. Nam's starting work time is way

11     earlier always than what the contract says, but

12     I'm pointing out that that is what Mr. Nam agreed

13     to voluntarily and because he said that is

14     possible and that means that before it was done

15     it was discussed.  That's what I'm pointing out.

16        Q.   Let me ask a different question.  How

17     did you hire Mr. Nam?

18             MR. LIM:  Do you mean the Mission, not

19         him individually, how did the Mission hire

20         Mr. Nam?

21             MR. BAE:  Yes.

22        A.   So basically it's the same process.  It

23     is according to the principal set by the Korea

24     and the general practice, a person is hired.  So

25     initially there's a help wanted that is put up in

39

1                    J. Jinho

2    participated in these interviews where you obtain

3    the candidate from either third-party website or

4    Mission's official website?

5       A.    So first of all, Mr. Nam's case, the

6    person who was in charge at the time who was Mr.

7    C-H-O-I was the one, and the Minister who was

8    there at the time Mr. Ko was the one who

9    conducted the interview.

10      Q.    What is the position of Mr. Choi?

11      A.    So Mr. Choi's position was

12   administratively manager, the position like Mr.

13   Nam's.

14      Q.    Do you consider Mr. Choi diplomatic

15   staff?

16      A.    Yes.

17      Q.    Based on your knowledge, did Mr. Choi

18   register with the Department of State?

19      A.    Of course, yes.

20      Q.    Based on your knowledge, does Mr. Nam,

21   did or does, Mr. Nam register with the Department

22   of State?

23            MR. LIM:  As a diplomatic staff?  Is

24      that the question?

25            MR. ZHU:  Yes.

42

                    J. Jinho
1
2    Based on your knowledge who decides whether
3  the person should be hired by the Mission other
4  than the security check?
5         MR. LIM:  Not an objection, but we're
6      talking about general practice, not Mr. Nam?
7         MR. ZHU:  Yes.
8         MR. LIM:  I'm afraid every position is
9      different.  I don't know where we're going
10      with this.
11     A.   Well, in Mr. Nam's case it would be the
12  Minister who Mr. Nam would directly serve in the
13  end, so finally it would be the Minister who would
14  say oh, this person looks good.
15     Q.   Have the Mission ever fired anybody?
16         MR. LIM:  What's the timeframe?
17     Q.   From the year 2016 until present based
18  on your knowledge?
19     A.   To my understanding, no.
20     Q.   Based on your understanding, is there a
21  firing process employed by the Mission?
22         MR. LIM:  Again he used a word and I
23      just want to clarify.  Are you talking about
24      voluntary termination or involuntary, firing
25      is involuntary.  He used the word it includes

1                    J. Jinho

2    to Mr. Nam as diplomatic staff.

3            MR. LIM:  He already said several times

4        he was not registered, he was not a

5        diplomatic staff.

6        A.    I never said that.

7        Q.    There's a misunderstanding.  I heard you

8    talk Mr. Nam has not registered with diplomat

9    Department of State, but you mentioned Mr. Nam

10   was diplomatic staff, no?

11       A.    Never said that.  What I was thinking at

12   the time briefly was that in the case of Mr. Nam,

13   so what happens is there's a week called high

14   level week and general UN, general assembly.  In

15   that type of period, the whole neighborhood

16   around the UN is blocked.  So as part of the UN

17   representative team, Mr. Nam receives a pass to

18   get through that traffic, security pass and in

19   that sense he was registered, in that sense.

20   That's what I was briefly contemplating there.

21       Q.    Regardless of registering issue, do you

22   think Mr. Nam worked as a diplomatic staff or

23   non-diplomatic staff?

24           MR. LIM:  Asked and answered.

25       A.    Like I told you earlier, he worked as a

47

1                    J. Jinho

2    non-diplomatic staff.

3            MR. LIM:  For the record, he did say

4        that Mr. Nam was registered with the UN in

5        order to receive a security pass during the

6        high level week.  Your question was whether

7        he was registered with the Department of

8        State.  He said no, he was registered with

9        the UN during the high level week to receive

10       a security pass.  Are we clear?

11   CONTINUED EXAMINATION BY

12   SHAN ZHU:

13       Q.   Is that true the registration of Mr. Nam

14   to the UN is for limited event or he was

15   registered throughout this employment period?

16       A.   So there are the security passes that's

17   the only issued for that period of time for that

18   event, so Mr. Nam received that pass.

19           MR. BAE:  Mark this as Plaintiff's 3,

20       P3.

21           (Whereupon security pass was marked

22       Plaintiff's Exhibit 3 for Identification.

23           MR. LIM:  Did you produce this during

24       Discovery?  I don't think you did.  The

25       exhibit that was just marked as P3 is what

                                                        52

1                     J. Jinho

2    CONTINUED EXAMINATION BY

3    YONGJIN BAE:

4        Q.   As to background check, diplomatic staff

5    and non-diplomatic staff are both required to go

6    through background check?

7        A.   In general, yes.

8        Q.   But it's not specific occasion for Mr.

9    Nam, right?

10           MR. LIM:  Do you mean it's not even

11       special?

12       Q.   I'm rephrasing my question, I'm sorry.

13   Mr. Nam is not the only person along

14   non-diplomatic employees who have been going

15   through security background check?

16           MR. LIM:  Off the record.

17           (Whereupon a discussion was held off the

18       record.)

19           MR. LIM:  The question is whether or not

20       Mr. Nam had to go through different security

21       clearance compared to other non-diplomatic

22       staff.  Is that your question?

23           MR. BAE:  That is correct.

24       A.   So like I said earlier, Mr. Nam had a

25   task to help the Minister who needed the high

53

1                       J. Jinho

2     level security, so compared to other

3     non-diplomatic staff, Mr. Nam had to go through

4     high level security clearance and every year he

5     had to fill out the security pledge to renew it,

6     and he even said that he would voluntarily go

7     through polygraph test and he agreed to do that

8     and all these matters all written in the contract

9     already, and no one else went through such

10    security clearance like Mr. Nam for other

11    non-diplomatic staff.

12        Q.   Was Mr. Nam the only driver at Missions?

13             MR. LIM:  From 2016 to 2020, correct?

14             MR. BAE:  Yes.

15        A.   No, not so.  There were other drivers as

16    well.

17        Q.   Why the other driver has not gone

18    through security clearance?

19        A.   The reason is that Mr. Nam's position

20    required to work for the Minister who requires

21    high level security and therefore, whoever

22    Minister meets, what kind of discussion Minister

23    has or whatever discussion is taking place in the

24    car, Mr. Nam was in a position to find out

25    naturally.  So being that the case, those kind of

1                    J. Jinho

2    information were top secret or classified

3    information based on the Republican Korean law

4    and this is something that Mr. Nam is fully aware

5    of and fully known, and that is why he had to go

6    through high security clearance unlike other

7    non-diplomatic staff.

8        Q.   Is there a designated driver for

9    Ambassador Cho?

10       A.   Yes, there is?

11       Q.   What's difference between Mr. Nam and

12   Ambassador Cho driver?  Ambassador Cho should be

13   higher than Minister ranking, right?

14       A.   So I believe the biggest difference is

15   whether the person is Korean citizen or not and

16   whether the person could speak Korean language or

17   not.

18           MR. LIM:  I think the question is

19       whether or not the ambassador's driver is

20       subject to the same security clearance; is

21       that your question?

22       A.   As a reference, of course, the

23   Ambassador is also high level security required

24   individuals so therefore Ambassador's driver also

25   is required a very special security clearance as

57

1                          J. Jinho

2     of all, it is fact that Mr. Nam went through the

3     high level security clearance and he's the only

4     person, Mr. Nam was the only one.  However, since

5     your question was, wasn't that required for the

6     Ambassador's driver as well so wouldn't it have

7     been possible.  So my thought was that, yes, that

8     can be something that I could verify or confirm

9     or find out.  To my knowledge --

10              THE INTERPRETER:  And that's when the

11         counsel interjected something, but again the

12         witness goes on.

13         A.   Let me put it this way, the Ambassador's

14    driver is something that I have to verify

15    additionally, but to my knowledge, Mr. Nam was

16    the unique non-diplomatic personnel who had to go

17    through the security clearance as well as every

18    year had to submit the pledge to renew it.

19              MR. BAE:  Nothing further.

20    CONTINUED EXAMINATION BY

21    SHAN ZHU:

22         Q.   I want to draw your attention to P2 so

23    for your time record, can you generally tell me

24    how this document was, if you can go through and

25    let me know if you're ready.

68

1                    J. Jinho

2    knowledge, that was what happened.

3            One thing I want to add, as you already

4    know, this form is basically the form by the

5    Korean government, that Korean government uses

6    and from 2016 until the present time, they remain

7    almost the same identical and Mr. Nam probably

8    has all the copies from the past as well, and so

9    if Mr. Nam wanted to think about what was

10   explained at that meeting, if he requested it,

11   that was probably granted and then signed later

12   probably, but to my understanding this procedure

13   is followed according to the general practice.

14       Q.   So do you know for this specific

15   contract we're looking at whether Mr. Nam signed

16   this contract on the spot?

17       A.   To my understanding, yes, that was done.

18       Q.   Does mission have EIN number?

19           MR. LIM:  You have to explain what that

20       is.  It's a tax ID number.

21       A.   To my understanding, the Mission is

22   subject to the -- to my understanding the Mission

23   is tax exempt status.

24       Q.   That's not my question.  My question is

25   regardless of whether it Mission is tax except or

73

```
 1                    J. Jinho
 2    reflected in the contract.
 3         Q.   Is there any written document you gave
 4    to Mr. Nam which document how his wage being
 5    calculated other than on the paid ledger in front
 6    of you, the ledger meaning P2?
 7         A.   So you're asking other than this ledger
 8    is there any other document?
 9         Q.   Right.
10         A.   To my understanding there is nothing
11    else.
12         Q.   If you may go back to the contract term
13    five, let's say if you're going to go back to P1
14    term five, so other than the regular wage there
15    are housing, medical insurance and the off
16    schedule wage phone access.  So based on your
17    understanding, if any of them is discretionary by
18    the Mission?
19         A.   So depending on the cases, there
20    occasions where we give out like encouraging
21    money or encouraging funds so called.  For
22    example, at the end of the year or after big
23    events, to express our sort of gratitude good
24    work guys, type of thing.
25         Q.   Let me try another way.  Under term 5-2
```

74

                          J. Jinho

1

2    it says housing $1,450 per month.  Is this amount

3    discretionary by Mission or Mission will give to

4    Mr. Nam regardless of his work?

5         A.   So this is a condition where basically

6    that amount is given out monthly.

7         Q.   Why you say basically, is there any

8    exception when the housing is not paid?

9         A.   To my understanding as to Mr. Nam, there

10   wasn't.

11        Q.   Let's move onto the medical insurance, a

12   $1,087 per month, would you consider this

13   discretionary from the Mission?

14             MR. LIM:  Versus mandatory?  I don't

15        understand.

16             MR. ZHU:  Discretionary meaning that

17        Mission determined whether to give his or

18        not.  Non-discretionary meaning that Mission

19        will give it to Mr. Nam regardless of his

20        work performance.

21        A.   So it is non-discretionary.  So I said

22   earlier, this was a basic form that Republican of

23   Korean government uses so it is not kind of

24   characteristic where if an employee or Mr. Nam is

25   lazy and not work, this is not given, it is

75

1                     J. Jinho

2    given.

3         Q.    What about the $1,900 bonus per year

4    described in term four, is that discretionary or

5    not?

6         A.    Non-discretionary.

7              MR. ZHU:  I don't have further question

8         for you Mr. Jo so my colleague will take

9         over.

10   CONTINUED EXAMINATION BY

11   YONGJIN BAE:

12        Q.    Mr. Jo, I have few questions before you

13   are being excused.

14        A.    Yes.

15        Q.    How many hours do you work per week?

16             MR. LIM:  Objection to that question.

17        It's not about him individually.  He's a

18        representative of the Mission.

19        Q.    Is it common that any employees in

20   Mission working 92 hours per week, more than 92

21   hours per week?

22             MR. LIM:  You're asking such a broad

23        question.

24        Q.    I want to know general practice.

25        A.    Basically it is fact that employees who

76

1                    J. Jinho

2   work at missions work overtime hours, meaning

3   overnight work.

4        Q.   According to the employment contract

5   between Mission and Mr. Nam in 2016, his overtime

6   was capped by $570 per month, right?

7        A.   Yes, that is correct.

8        Q.   In 2017, there was some change from

9   South Korean law regarding working hours called

10  capped 52 hours that applies to all organization

11  in Korea?

12            MR. LIM:  What do you mean by

13       organization?

14            MR. BAE:  Whether government or private

15       entity.  Mission shouldn't be applied at 52

16       hours.  That's the reason why 52 hours

17       capped.

18            MR. LIM:  There are exceptions, you know

19       that, right?  That law doesn't apply.

20            MR. BAE:  But here it applies.

21            MR. LIM:  You didn't ask whether it

22       applies, that's why I'm confused.  Are you

23       aware of the law?  You skipped that, that's

24       why I don't understand.

25       Q.   One question here did Mr. Nam have any

78

1                         J. Jinho

2    to the Mission's building while the Minister was

3    having a meal at the meeting place, at the

4    restaurant.  So sometimes if it takes two hours

5    then Mr. Nam would come back to pick him up

6    according to that hour.  That is my understanding

7    of how it was done, and occasionally when the

8    meeting place was somewhere far that is when Mr.

9    Nam waited outside the restaurant until it was

10   done which happened not frequently.

11           MR. BAE:  No further questions.

12   EXAMINATION BY

13   JOSHUA LIM:

14       Q.   Mr. Jo, you have come a long way.  I'm

15   just going to ask a few follow-up questions.

16   Let's talk about the UN high level week that you

17   mentioned earlier.  Tell us a little bit about

18   what that is?

19       A.   So what UN does on usually, typically

20   about September month, they open up this event

21   called general assembly high level week which

22   invites the head of each of the states and they

23   participate in this event.

24       Q.   So during the time that Mr. Nam was

25   working for the Mission, did this high level week

1                    J. Jinho

2   event occur every year?

3       A.   Other than the year of the pandemic

4   which is 2020, it took place every year, correct.

5       Q.   So for this event, the high level

6   government officials from Korea come to

7   participate in this event?

8       A.   Correct.

9       Q.   When you say high level, are they high

10  level government cabinet officials?

11      A.   Correct.

12      Q.   After they arrive, where these high

13  level government officials go, is that considered

14  a secret by Korean law?

15      A.   That is correct because this has to do

16  with the safety and security issues.  So whenever

17  VIP visits, whether it's high level week or not,

18  so it's that just high level week apply, but

19  other week, the routes where they go is kept

20  secret and it's not revealed.

21      Q.   Prior to the arrival of these high level

22  government officials, did the mission ever

23  inspect the route beforehand?

24      A.   That is correct.  This is very important

25  matter in terms of security, so before the event

1                        J. Jinho

2     take place Mission visits the route and the

3     location of the event beforehand and do those

4     things.

5          Q.    Was this information concerning the

6     route known and shared with Mr. Nam?

7          A.    So basically Mr. Nam's job and his role

8     is to help the work of the Minister in foreign

9     affairs with the high level security requirement

10    needed.  So therefore, it is very challenging to

11    separate Mr. Nam and Minister.  There is some

12    aspect to that, it's difficult to do that.  So

13    obviously, before the events take place, the

14    information with regard to the route and the

15    visitation of the location beforehand, those

16    information is shared with Mr. Nam.

17         Q.    When these high level government

18    officials came from Korea who shuffled them

19    around?

20         A.    So Mr. Nam did the work of chauffeuring

21    these cabinet level VIPs related to that work.

22    For example, there was national security advisor

23    to the president who visited and it was Mr. Nam

24    who chauffeured that cabinet member, and other

25    than that, there are many other places in

81

1                         J. Jinho

2    personnel that Mr. Nam chauffeured, but I think

3    it is inappropriate to divulge this information

4    here.

5       Q.   When the national security advisor to

6    the president came, did the Mission receive

7    assistance from the local law enforcement?

8       A.   Yes, like I said, this type of VIP visit

9    requires a very important security protocol, so

10   of course local law enforcement work together

11   with them and, of course, Mr. Nam was sort of a

12   team when he worked in that capacity.

13      Q.   When the mission worked with a local law

14   enforcement, did the local law enforcement give

15   instructions as to how they would guide the high

16   government officials?

17      A.   That is correct.  Guidelines were

18   provided because they have to move together.

19      Q.   Is it fair to say there was a motorcade?

20      A.   Yes, there was a motorcade.

21      Q.   Did Mr. Nam receive information

22   concerning how the motorcade will be done?

23      A.   That is correct, because at occasions the

24   motorcade have to move very quickly so obviously

25   also Mr. Nam was provided with the guidelines.

83

1                A C K N O W L E D G M E N T:

2

3    STATE OF NEW YORK)

4                    ) ss.:

5    COUNTY OF        )

6                I, JO JINHO, hereby certify that I

7    have read the transcript of my testimony taken

8    under oath in my deposition of April 4, 2022;

9    that the transcript is a true, complete and

10   correct record of what was asked, answered and

11   said during this deposition, and that the

12   answers on the record as given by me are true

13   and correct.

14

15

16                       _____

17                            JO JINHO

18   Subscribed and sworn to

19   before me this _____ day

20   of _____, 2022.

21

22   _____

23        NOTARY PUBLIC

24

25

84

```
 1                        I N D E X

 2

 3    EXAMINATION OF        BY                      PAGE

 4    JO JINHO              SHAN ZHU                3-25

 5                          YONGJIN BAE             25-34

 6                          SHAN ZHU                34-45

 7                          YONGJIN BAE             45-47

 8                          SHAN ZHU                47-49

 9                          YONGJIN BAE             49-51

10                          SHAN ZHU                51-52

11                          YONGJIN BAE             52-57

12                          SHAN ZHU                57-75

13                          YONGJIN BAE             75-78

14                          JOSHUA LIM              78-82

15

16                    E X H I B I T S

17    PLAINTIFF'S           DESCRIPTION             PAGE

18        1                 Mr. Nam's Employment

19                          Contract                25

20        2                 Mr. Nam's work hours    30

21        3                 Security pass           47

22        4                 Employment contract     61

23

24

25
```

85

1            C E R T I F I C A T I O N

2

3            I, MARIA LEMMO, a Notary Public of the

4      State of New York do hereby certify:

5            That the testimony in the within

6      proceeding was held before me at the aforesaid

7      time and place.

8            That said witness was duly sworn before

9      the commencement of the testimony, and that the

10     testimony was taken stenographically by me, then

11     transcribed under my supervisor, and that the

12     within transcript is a true record of the

13     testimony of said witness.

14           I further certify that I am not related

15     to any of the parties to this action by blood or

16     marriage, that I am not interested directly or

17     indirectly in the matter in controversy, nor am I

18     in the employ of any of the counsel.

19           IN WITNESS WHEREOF, I have hereunto set

20     my hand this 27th day of April, 2022.

21

22

23     _____

24           MARIA LEMMO

25