# EXHIBIT 33

Nam v. Permanent Mission of the ROK to UN
SDNY 1:21-cv-06165-AJN                                    Defendant's Motion for Summary Judgment

1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

HYUNHUY NAM,

                    Plaintiff,

        -against-

                        Case No. 1:21-cv-06165-AJN


PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE
UNITED NATIONS,

                    Defendants.


---------------------------------------------------X

                        136-20 38th Avenue
                        Flushing, New York

                        April 4, 2022
                        3:45 p.m.
```

   DEPOSITION of TAEHO KIM, a non-party witness on behalf of the Defendant herein, taken by the attorneys for the Plaintiff, pursuant to Notice, held at the above time and place before Maria Lemmo, a Stenotype Reporter and Notary Public within and for the State of New York.

```
                                                                    2
 1   A P P E A R A N C E S:

 2

 3   HANG & ASSOCIATES, PLLC
     Attorneys for Plaintiff
 4        136-20 38th Avenue, Suite 10G
          Flushing, New York 11354
 5
     BY:  SHAN ZHU, ESQ.
 6        YONGJIN BAE, ESQ.

 7
     KIM, CHO & LIM, LLC
 8   Attorneys for Defendant
          460 Bergen Boulevard, Suite 305
 9        Palisades Park, New Jersey 07650

10   BY:   JOSHUA S. LIM, ESQ.

11

12

13

14   ALSO PRESENT:

15   SEAN KIM, Korean Interpreter
     Eiber Translations
16

17

18

19

20

21

22

23

24

25
```

3

1

2   S E A N   K I M, the Korean Interpreter herein,

3   was duly sworn to interpret the questions from

4   English into Korean and the answers from Korean

5   into English, to the best of his ability:

6   T A E H O   K I M, the witness herein, having

7   been duly sworn through the Interpreter, was

8   examined and testified as follows:

9   EXAMINATION BY

10  SHAN ZHU, ESQ.:

11      Q.   What is your name, please?

12      A.   Taeho Kim.

13      Q.   What is your address?

14      A.   335 East 45th Street, New York, New York

15  10017.

16      Q.   Mr. Kim, you were here with Mr. Jo

17  throughout his deposition; is that correct?

18      A.   Yes.

19      Q.   So we can go direct to the questions and

20  you're familiar with the rules concerning how to

21  conduct a deposition?

22      A.   Yes, I heard it because at the beginning

23  I heard guidelines.

24      Q.   If you need any break, just let us know.

25      A.   Yes.

5

1                    T. Kim

2   day-to-day job duties?

3        A.   So like Mr. Jo explained earlier about

4   what UN does and the kind of meetings that take

5   place.  I also get involved and I participate in

6   the area of political affairs among these

7   discussions and meetings.

8        Q.   Is that fair to say you will participate

9   in these meetings with Mr. Jo?

10       A.   I cannot say I'm always there with Mr.

11  Jo in all these meetings, because under the

12  political affairs umbrella there are a variety

13  of meetings that take place.  So I attend

14  together with Mr. Jo in some meetings and

15  sometimes we go in separate meetings.

16       Q.   Is that fair to say majority of the time

17  you participated with Mr. Jo together?

18       A.   So it's difficult for me to say it's

19  most of the time that's the case.  I think to put

20  it another sense, we work in the same department.

21       Q.   Also, earlier Mr. Jo identified Mr. Nam

22  as his team member.  Are you his team member;

23  would you consider Mr. Nam and Mr. Jo as your

24  team member as well?

25       A.   Yes, in the aspect of the same

                                                                6
 1                          T. Kim
 2   department, yes, I would say he's the same team.
 3        Q.   Other than you, Mr. Jo and Mr. Nam as
 4   well as the Minister Mr. Chung, is there any
 5   other person who you consider as the team member?
 6        A.   Well, with regard to this litigation
 7   with Mr. Nam's case, I would say just Minister
 8   Chung, Mr. Jo and myself are the team members.
 9             MR. LIM:  During 2020 and 2021.  If you
10        say Ministers, let's include 2016.  We're
11        talking about 2016 to 2021 because I'm
12        confused.
13        Q.   Let's say for the timeframe February
14   2020 until 2021 July, is there any other person
15   that you consider as a team member other than Mr.
16   Nam, Mr. Kim, Mr. Jo and Minister Chung?
17        A.   So the mission's characteristic is that
18   there's a lot of fluctuation because a lot of
19   turnover happens, someone is assigned someone is
20   not assigned.  This kind of cycle repeats itself,
21   but for the time period that you mentioned, it
22   is true that those three people and Mr. Nam were
23   considered as one team.
24        Q.   My question is, is there any other
25   person?

7

1                T. Kim
2    A.   In that period of time, we were the ones
3    who mostly worked together as a team.
4    Q.   Procedurally were you required just as
5    the P1 which was submitted by Mr. Nam?
6    A.   So when you say were you required, are
7    you asking me did I also pen my name, put my name
8    down like this?
9    Q.   Yes.
10   A.   No, I don't do that.
11   Q.   Basically under the Mission's policy,
12   who is required to submit the timesheet?
13   A.   So the reason that I did not have to
14   submit this or write is because I was assigned
15   from Korea, so I don't need to submit this or
16   write this.  But as for Mr. Nam's case, he had to
17   do.  Mr. Nam was Korean person here and he was
18   locally hired person so based on the Korean law
19   and principle, he had to do that.
20   Q.   Is that fair statement that any
21   individual who is hired locally is required to
22   record their time?
23   A.   According to the Korean legal system,
24   yes.
25   Q.   Do you consider everyone hired local a

8

1        T. Kim
2   diplomatic staff or non-diplomatic staff as based
3   on your understanding?
4        A.   It's not a matter of whether one is
5   diplomatic considered or non-diplomatic
6   considered required to sign this form
7   necessarily, but it's based on the Korean system
8   application.  So if someone is assigned from
9   Korean and come here, one has to follow the
10  Korean system and in the same way if a person is
11  locally hired, that person also has to follow in
12  the Korean system has to be applied for that
13  person as well.
14           MR. LIM:  Off the record.
15           (Whereupon a discussion was held off the
16      record.)
17       Q.   Again, if you know, would you consider
18  the local hired people both diplomatic staff and
19  non-diplomatic staff?
20       A.   That is correct.  Even though one person
21  is hired locally, that person can play a role of
22  diplomatic staff or non-diplomatic staff, yes, I
23  believe so.
24       Q.   As to Mr. Nam, would you consider he's a
25  diplomatic employee or non-diplomatic employee?

35

 1                    T. Kim
 2      only like one liner, but here it's like six
 3      lines, seven lines.  Where does that come
 4      from?  Where does that come from?
 5           MR. ZHU:  Let's save this dispute.
 6      Q.   Please see Plaintiff's Exhibit 4, 2021
 7   contract.
 8      A.   Yes.
 9      Q.   In 2021 Mr. Nam should've retired
10   according to Korean retirement law, right,
11   according to the Korean law, right?
12      A.   So according to Korean law, if a person
13   reaches 60 years of age, then he is of retirement
14   age.  If he becomes 60 at this time, yes, it is
15   correct that retirement age is reached.
16      Q.   But Mission made another contract with
17   Mr. Nam, right?
18           MR. LIM:  Extended contract, is that
19      what you're saying, extended employment
20      time?
21           MR. BAE:  No, they made different
22      contract after Mr. Nam should've retired at
23      the age of 60.
24      A.   So you're saying that the contract was
25   entered into beyond the retirement age; is that

36

1					T. Kim

2	your question?

3		Q.	Correct.

4		A.	Well, if you look at P4 document, the

5	term of the contract is written on paragraph

6	three, the date is June 30, 2021.  That's when

7	the contract terminates.  So on that year, I

8	remember that there was one-year extension that

9	was agreed to in the year 2020 until he's 61

10	years old, that he agreed to in the previous

11	year.  By June 31, 2021, so he didn't go beyond

12	that, so I cannot say that it went over his

13	retirement age.

14			MR. LIM:  By the way, Counsel, I told

15		you that Mr. Kim is here to answer the

16		questions only related to the ledgers, not

17		anything else.  You're already going beyond

18		the scope of it.  He's not able to answer

19		questions related to anything other than the

20		ledger.  I told you specifically, he's here

21		to answer questions related to the ledgers

22		only.

23			MR. BAE:  I mean then these were related

24		to Mr. Kim.

25			MR. LIM:  That's fine.

```
                                                                42
 1                A C K N O W L E D G M E N T
 2
 3   STATE OF NEW YORK)
 4             ) ss.:
 5   COUNTY OF       )
 6             I, TAEHO KIM, hereby certify that I
 7   have read the transcript of my testimony taken
 8   under oath in my deposition of April 4, 2022;
 9   that the transcript is a true, complete and
10   correct record of what was asked, answered and
11   said during this deposition, and that the
12   answers on the record as given by me are true
13   and correct.
14
15
16                          _____
17                              TAEHO KIM
18   Subscribed and sworn to
19   before me this ____ day
20   of _____, 2022.
21
22   _____
23        NOTARY PUBLIC
24
25
```

```
                                                              43
 1                        I N D E X

 2

 3   EXAMINATION OF       BY                          PAGE

 4   Taeho Kim            SHAN ZHU                    4-20

 5                        YONGJIN BAE                 20-40

 6

 7                        E X H I B I T S

 8   PLAINTIFF'S          DESCRIPTION                 PAGE

 9        5               Personal user vehicle        20

10        6               Phone records                37

11        7               One-page document            37

12        8               Notes from deposition        41

13

14

15

16

17

18

19

20

21

22

23

24

25
```

                                                                    44

1                C E R T I F I C A T I O N

2

3          I, MARIA LEMMO, a Notary Public of the

4    State of New York do hereby certify:

5          That the testimony in the within

6    proceeding was held before me at the aforesaid

7    time and place.

8          That said witness was duly sworn before

9    the commencement of the testimony, and that the

10   testimony was taken stenographically by me, then

11   transcribed under my supervisor, and that the

12   within transcript is a true record of the

13   testimony of said witness.

14         I further certify that I am not related

15   to any of the parties to this action by blood or

16   marriage, that I am not interested directly or

17   indirectly in the matter in controversy, nor am I

18   in the employ of any of the counsel.

19         IN WITNESS WHEREOF, I have hereunto set

20   my hand this 27th day of April, 2022.

21

22

23                _____

24                      MARIA LEMMO

25