UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYUNHUY NAM,

           Plaintiff,

-against-

PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS;

           Defendants.

Case No.: 1:21-cv-06165

~~[PROPOSED]~~
**ORDER SETTING FORTH BRIEFING SCHEDULE**

RONNIE ABRAMS, U.S.D.J.:

WHEREAS, both Plaintiff and Defendant filed their respective motions for summary judgment on July 28, 2022 pursuant to Rule 56 of the Federal Rules of Civil Procedure;

IT IS ON THIS __2nd__ day of August 2022,

ORDERED:

- Plaintiff and Defendant shall each submit their respective opposition to the other party's motion for summary judgment by August 29, 2022;

- Plaintiff and Defendant shall each submit their respective reply to the other party's foregoing opposition by September 19, 2022;

IT IS SO ORDERED.

                                                 Hon. Ronnie Abrams, U.S.D.J.
                                                 August 2, 2022

SO STIPULATED AND AGREED.

Dated: 8/1/2022

_____
Hang & Associates, PLLC
Yongjin Bae, Esq.
136-20 38th Avenue, Suite 10G
Flushing, New York 11354
dseo@hanglaw.com
*Attorneys for Plaintiff*

Dated: 8/1/2022

_____
Kim, Cho & Lim, LLC
Sean S. Kwak, Esq.
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650
seankwak@kcllawfirm.com
*Attorneys for Defendant*

HENRY L. KIM\*
JOSHUA S. LIM\*
KENDAL SIM\*
SEAN S. KWAK\*
NICHOLAS J. DUBOIS\*
JOHN CHEN\*

OF COUNSEL
CRAIG A. BORGEN\*\*♦

\* Admitted in NJ & NY
\*\* Admitted in CA, NJ, NY & PA
♦ Certified by the Supreme Court
   of New Jersey as a Civil Trial Attorney

**KIM, CHO & LIM, LLC**
Attorneys at Law

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

NY Office:
164-01 Northern Boulevard
2nd Floor
Flushing, NY 11358
F: 877.833.2007

Reply to NJ Address only

August 1, 2022

Via ECF only
Southern District of New York
Attn: Hon. Ronnie Abrams, U.S.D.J.
40 Foley Square, Courtroom 1506
New York, New York 10007

**RE:   HYUNHUY NAM v. PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS, et al.
CASE NO.: 1:21-cv-6165-RA
REQUEST FOR BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**

Dear Judge Abrams:

As Your Honor is aware, this firm represents the defendant, the Permanent Mission of the Republic of Korea to the United Nations ("Mission" or "Defendant"), in the above-referenced matter. Defendant writes with the consent of Plaintiff's counsel to respectfully request that the Court issue an order setting forth the briefing schedule for the parties' respective motion for summary judgment, both filed on July 28, 2022.

The parties have conferred and agreed to the following:

- The parties' respective motions for summary judgment due July 28, 2022 (past)
- The parties' respective oppositions due August 29, 2022; and
- The parties' respective replies due September 19, 2022.

A proposed form of order setting forth the foregoing briefing schedule is annexed hereto.

Thank you, Your Honor, for your time and attention in this matter.

Respectfully yours,

*/s/ Joshua S. Lim*

Joshua S. Lim

JSL/ssk