UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNHUY NAM,<br><br>                    Plaintiff,<br><br>-against-<br><br>PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS,<br><br>                    Defendant. | 21-CV-06165 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

It is HEREBY ORDERED that, by **January 13, 2023,** Plaintiff shall submit further briefing, with citations to admissible evidence, setting forth the monetary damages he seeks under the Fair Labor Standards Act (FLSA) and the New York Labor Law (NYLL) pursuant to his partial motion for summary judgment (ECF No. 79), even if those damages are approximate. Plaintiff's brief shall include calculations of his regular rate, the required overtime rate, and any alleged underpayment. Plaintiff's brief shall be no more than 10 pages, exclusive of exhibits. Defendant shall file its response, if any, within the same page limits, by **January 20, 2023**.

Dated: January 3, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge