UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hyunhuy Nam,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>Permanent Mission of the Republic of Korea to the United Nations,<br><br>　　　　　　　　　Defendants. | Case No. 1:21-cv-06165<br><br>**ATTORNEY AFFIRMATION IN SUPPLEMENTAL DAMAGE ANALYSIS BRIEF TO FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

### DECLARATION OF YONGJIN BAE, ESQ

I, YONGJIN BAE, under penalty of perjury, affirm as follows:

1. I am an attorney licensed to practice before the Courts of the State of New York and admitted in the Southern District of New York. I am associated with Hang & Associates, PLLC, attorneys for Plaintiff Hyunhuy Nam.

2. I am making this affirmation in supplemental damage analysis brief to further support of plaintiff's motion for partial summary judgment and place before the Court certain documents on file with the clerk. I affirm, under penalty of perjury, that the above information is true and correct.

Dated: Flushing, New York
　　　　January 13, 2023

　　　　　　　　　　　　　　　　　　　　HANG & ASSOCIATES, PLLC.
　　　　　　　　　　　　　　　　　　　　/s/ *Yongjin Bae*　　　　　　　
　　　　　　　　　　　　　　　　　　　　Yongjin Bae, Esq.
　　　　　　　　　　　　　　　　　　　　136-20 38th Ave., Suite 10G
　　　　　　　　　　　　　　　　　　　　Flushing, New York 11354
　　　　　　　　　　　　　　　　　　　　Tel: 718.353.8588

 E-mail: ybae@hanglaw.com
*Attorneys for Plaintiff*