# EXHIBIT A

# 운전원 월급 수령 내역

(886까)
의료보험
未지로
이론と회
84% 거든

| 일자 | 액수 | 서명 | 확인 | 비고 |
|---|---|---|---|---|
| 2016.7.20 | $4,437 | (sig) | choi | 운전원 신입 (7.1부) |
| 2016.8.19 | $4,437 | (sig) | choi | |
| 2016.9.20 | $4,437 | (sig) | choi | |
| 2016.10.19 | $4,437 | (sig) | choi | |
| 2016.11.21 | $4,437 | (sig) | choi | |
| 2016.12.19 | $4,437 | (sig) | choi | |
| 2017.1.20 | $4,437 | (sig) | choi | |
| 2017.2.22 | $4,437 | (sig) | choi | |
| 2017.3.17 | $4,389 | (sig) | choi | 보험지참금 $48?불 인하 (불부 보냄) |
| 2017.4.21 | $4,389 | (sig) | choi | 4월 |
| 2017.5.19 | $4,389 | (sig) | choi | |
| 2017.6.19 | $1,900 | (sig) | choi | 상여금 $1,900 |
| 2017.6.22 | $4,389 | (sig) | choi | |
| 2017.7.19 | $4,389 | (sig) | choi | |
| 2017.8.14 | $50 | (sig) | choi | 근속수령1원 |
| 2017.8.25 | $4,389 | (sig) | choi | 8월분여 |
| 2017.9.19 | $4,439 | (sig) | choi | 9월중여 |
| 2017.10.19 | $4,439 | (sig) | choi | 10월중여 |
| 2017.11.20 | $4,439 | (sig) | choi | 11월중여 |
| 2017.12.19 | $4,439 | (sig) | choi | 12월중여 |
| 2017.12.19 | $50 | (sig) | choi | 근속수령8월슴 |

ROKPM0051

## 월급 수령 내역

| 일 자 | 액 수 | 서 명 | 확 인 | 비 고 |
|---|---|---|---|---|
| 1. 19 | $4,439 | | choi | |
| 2. 22 | $4,439 | | choi | |
| 3. 19 | $4,439 | | choi | |
| 4. 23 | $4,439 | | choi | |
| 5. 22 | $4,439 | | choi | |
| 6. 21 | $4,439 | | choi | |
| 6. 21 | $1,900 | | choi | 상여금. |
| 6. 27 | -$87 | | choi | 3-6월 보험료차액 환납 |
| 7. 26 | $4,559 | | choi | 보험 인상 470 월급인상 450 |
| 8. 22 | $4,559 | | | |
| 9. 19 | $4,559 | | | |
| 10. 18 | $4,559 | | | |
| 11. 28 | $4,559 | | | |
| 12. 19 | $4,559 | | | |
| 1. 23 | $4,559 | | | |
| 2. 21 | $4,559 | | | 2月 분여 |
| 2019. 3.21 | $4,559 | | | 3月 |
| 2019. 4.17 | $4,614 | | | 4月 |
| 2019. 5.15 | $5,558 | | | 5月 |
| 2019. 6.26 | $7,396 | | | 6月 |
| 2019. 7.16 | $5,461 | | | 7月 |
| 2019. 8.21 | $5,461 | | | 8月 |

ROKPM0050

## 월급 수령 내역

&lt;2019&gt;

| 일자 | 액수 ₩ | 서명 | 확인 | 비고 |
|---|---|---|---|---|
| 9.18 | 5,461 | | | |
| 10.16 | 6,011 | | | |
| 11.18 | 6,011 | | | |
| 12.18 | 6,011 | | | |

&lt;2020&gt;

| 일자 | 액수 ₩ | 서명 | 확인 | 비고 |
|---|---|---|---|---|
| 1.15 | 6,011 | | | |
| 2.19 | 6,011 | | | |
| 3.20 | 6,011 | | | |
| 4.20 | 5,966 | | | |
| 5.19 | 5,021 | | | |
| 6.19 | 7,202 | | | |
| 7.20 | 5,737 | | | |
| 8.20 | 6,011 | | | |
| 9.22 | 5,441 | | | |
| 10.20 | 5,741 | | | |
| 11.23 | 5,715 | | | |
| 12.18 | 5,515 | | | |

&lt;2021&gt;

| 일자 | 액수 ₩ | 서명 | 확인 | 비고 |
|---|---|---|---|---|
| 1.21 | 5,754 | | | |
| 2.19 | 5,701 | | | |
| 3.19 | 5,409 | | | |
| 4.23 | 7,375 | | | |
| 5.24 | 5,608 | | | |
| 6.21 | 7,230 | | | |

ROKPM0049