# EXHIBIT B

# EXHIBIT 17

Nam v. Permanent Mission of the ROK to UN
SDNY 1:21-cv-06165-AJN                    Defendant's Motion for Summary Judgment

<u>운전원 채용 계약서</u>

주유엔 대한민국대표부 고봉우 공사(이하 "고용주"라 칭함)와 고용원
남현희(남, 60.4.9생)은 2016년 7월 1일 다음과 같이 채용 계약을
체결한다.

1. 계약 당사자

 (1) 고용주명 : 고봉우 공사

 (2) 대상자

  o 성명 : 남현희

  o 생년월일 : 1960.4.9

  o 주소 : 55 w homestead ave, Palisades Park, NJ 07650

2. 고용원은 본 계약서에 서명함으로써 '주유엔 대한민국대표부
   고용원 내규'에 규정된 모든 의무와 책임을 이행하며, 특히
   다음과 같은 의무와 책임을 진다.

 (1) 고용원으로서 의무와 책임을 최선을 다해 성실하게 수행한다.

 (2) 운전을 비롯한 기타 행정업무 등 고용주의 직무상 명령에
     복종해야 한다.

 (3) 고용주의 허가 또는 정당한 사유없이 근무처를 이탈하여서는
     아니된다.

 (4) 고용원이 고용계약서상 업무이외 경제적 이득을 취할 수 있는
     영리업무에 종사하고자 할 경우에는 반드시 고용주의 사전
     허가를 받아야 한다.

ROKPM0010

(5) 대한미국의 이익에 위배되는 일체의 행위를 하지 아니한다.

(6) 근무중 지득한 비밀 및 일반 사실을 고용기간중 또는 퇴직후 외부에 발설하지 아니하며 이를 위반할 경우 대한민국법에 따라 처벌받는다.

3. 채용기간은 2016년 7월 1일부터 2017년 7월 1일까지로 한다.

채용기간은 1년 단위로 연장할 수 있다.

4. 근무시간은 09:00부터 18:00까지로 한다. 고용주가 주말이나 공휴일 등 시간외 근무를 요청할 경우 고용원은 이를 따라야 하며 근무시간이 변경될 경우 이를 준수하여야 한다.

5. 月 보수는 기본급, 시간외 근무수당, 의료보험료 보조금 등을 포함한다.

(1) 月 기본급은 1,900불로 한다. 급료는 월단위(1개월 미만시 하루 단위) 매월 19일 지급한다.
  * 봉급은 기본급(1,900불)과 근속수당을 합하고 근속수당은 1년당 50불씩 최대 20년 범위내 가산한다

(2) 주거보조비 1,450불을 매월 지급한다.

(3) 의료보험료 보조금 1,087불을 매월 지급한다.

(3) 시간외 수당은 시간당 평일 12불·주말 15불로 하되 최대 월 570불 내에서 지급한다.

(4) 상여금(年1,900불)은 매년 6월에 지급한다

(5) 퇴직금은 1년 이상 근무시 지급한다.

ROKPM0011

(6) 주재국 법령이 규정하고 있더라도 고용주는 고용원을 위하여
사회보장세 등 어떠한 조세도 지불하지 아니한다.

6. 고용주는 고용원의 업무추진실적 및 직무수행태도에 대한 근무
실적 평가를 년 2회(6월,12월) 실시, 인사자료로 참고한다.


7. 고용주는 고용원이 다음 각호의 사유에 해당될 경우 채용계약을
즉시 해지할 수 있다. 또한 고용원이 계약 해지를 희망할 경우
고용주에게 2개월전 서면 통보해야한다.

(1) 천재지변 또는 전시·사변이나 기타 사유로 생사 또는 소재가
불분명하게된 경우
(2) 범죄 또는 중대한 과실을 범한 경우
(3) 직무를 태만히 하거나 소행이 불량한 경우
(4) 상사의 직무상 명령에 복종하지 아니한 경우
(5) 근무실적 평가결과 4개 항목(성실감,책임감,업무능력,보안성)중
2개 항목 이상 부문에서 '불량' 평가를 받는 경우
(6) 계약사업을 계속할 필요성이 소멸한 경우
(7) 보안준수 의무사항을 이행하지 아니한 경우


8. 고용주는 고용원이 1년 이상 근무하고 퇴직할 경우에 다음
기준에 의해 퇴직금을 지급한다.

o 1년 근속시마다 보수월액(최종 기본급 3개월분 평균액+1개월분
상여금)의 100%를 지급한다.

  * 퇴직금 : 최종기본급 3개월분/3+연 상여금/12)X근무연수

ROKPM0012

9. 고용주는 고용원에게 근무기간에 따라 아래와 같이 유급휴가를
   줄 수 있다.
 (1) 3개월 이상 6개월 미만 : 3일
 (2) 6개월 이상 1년 미만 : 6일
 (3) 1년 이상 3년 미만 : 10일
 (4) 3년 이상 : 14일
 (5) 단, 지각, 조퇴가 3회일 경우 연가 1일로 산정, 연가일수에서
     제외하나, 고용주가 인정하는 경우는 연가 삽입에서 제외할
     수 있다.

10. 고용주는 고용원이 신체·정신상의 장애로 장기 요양을 원할시
    3개월 이내에 한하여 무급 휴직을 줄 수 있다.

11. 고용주는 고용원이 보험미가입 또는 주재국 제도 불비로 인한
    문제 발생시 이에 대한 책임을 지지 않는다.

본 계약서 2부를 작성하여 각각 1부씩 보관한다.

2016년  7월  1일

고용주                           고용원
주유엔 대한민국대표부 공사          (1960.4.9生)

고 봉 우                          남 현 희
(서명)                           (서명)

ROKPM0013

# EXHIBIT 18

Nam v. Permanent Mission of the ROK to UN
SDNY 1:21-cv-06165-AJN                    Defendant's Motion for Summary Judgment

# EMPLOYMENT CONTRACT

Minister Bong-Woo Ko of the Permanent Mission of the Republic of Korea to the United Nations (hereinafter "Employer") and the Employee, Hyunhuy Nam (Male, DOB 4/9/60), hereby execute the employment agreement as follows on this 1st day of July 2016.

1. Parties to the Contract

   (1) Employer Name: Minister Bong-Woo Ko

   (2) Subject

     o  Name: Hyunhuy Nam

     o  Date of Birth: 4/9/1960

     o  Address: 55 w homestead ave, Palisades Park, NJ 07650

2. By signing this agreement, the Employee shall perform all duties and responsibilities set forth in the internal Employment Policy of the Permanent Mission of the Republic of Korea to the United Nations and particularly the following duties and responsibilities.

   (1) The Employee shall faithfully perform his duties and responsibilities to the best of his ability.

   (2) Obey job-related instructions including chauffeuring and other executive duties.

   (3) Must not leave the employment site without the Employer's permission or good cause.

   (4) In the event the Employee wishes to engage in activities, apart from his duties under this agreement, from which he may gain financial benefits, he must first obtain the Employer's permission in advance.

(5) Shall not engage in any act of any kind which may be contrary to the national interest of the Republic of Korea

(6) Shall not disclose, during his employment and after the termination thereof, any classified information and facts acquired during his employment. In the event such obligation is breached, the Employee shall be subject to punishment under the laws of the Republic of Korea.

3. The employment period shall be from July 1, 2016 through July 1, 2017.
The employment period may be extended in one-year increments

4. The work hours shall be 09:00 through 18:00. The Employee shall comply with the Employer's request to work during off-schedule hours including on the weekends or national holidays.

5. Monthly compensation shall include regular wages, off-schedule wages, and medical insurance subsidy, etc.

(1) Monthly regular wages shall be $1,900. Wages shall be paid one-month increments (daily increment if less than 1 month) on the 19th of each month.
*Total wages shall be the regular wages ($1,900) plus long-term service allowance, and the long-term service allowance shall be $50 per year, up to a maximum of 20 years.

(2) Be paid housing subsidy of $1,450 per month.

(3) Be paid medical insurance subsidy of $1,087 per month.

(3) Off-schedule wages shall be $12 per hour on weekdays and $15 per hour on weekends but shall be capped at a maximum of $570 a month.

(4) Bonus ($1,900 per year) will be paid in June of each year.

(5) Severance pay will be paid if employed for one year or longer.

(6) Notwithstanding the laws of the receiving State, the Employer shall be exempt from paying social security tax or any other payroll tax for the Employee.

6. The Employer shall conduct a review concerning the Employee's job performance twice per year (June, December) and be referenced as human resources records.

7. The Employer may immediately terminate this agreement where any one of the following is applicable. In the event the Employee wishes to terminate the agreement, he must provide a two-month advanced notice to the Employer.

(1) When survival or the whereabouts become unclear due to Act of God or war/incident.

(2) Commits a crime or a gross negligence

(3) Neglects work duties or exhibits substandard behavior

(4) Fails to obey supervisor's work-related orders

(5) Receives "Unsatisfactory" in two or more categories of the following four categories (Diligence, Responsibility, Ability to Perform, and Ability to Keep Matters Secret) in performance evaluation

(6) Cessation of work

(7) Failure to abide by the security guidelines.

8.  The Employer shall pay the Employee a severance pay as follows if his employment terminates after one year or more of employment.

o   100% of monthly wages (average to last 3 months' regular wages + 1 month's portion of yearly bonus) per each year of continuous employment.

  * Severance: Last 3 months' wages/3 + Yearly Bonus/12) x years of employment

9. The Employer may allow the Employee paid time off in accordance with the following.

(1) More than 3 months, less than 6 months: 3 days

(2) More than 6 months, less than 1 year: 6 days

(3) More than 1 year, less than 3 years: 10 days

(4) More than 3 years: 14 days

(5) Three lateness or early leaves shall be calculated as one day of paid time off and be deducted from the number of days of paid time off, but the Employer may not deduct it at his discretion.

10. In the event the Employee requests an extended leave due to his physical or mental disability, the Employer may grant him unpaid leave up to 3 months.

11. The Employer shall not be responsible for any issues arising from the Employee's own failure to procure insurance or lack of provision by the receiving State.


This agreement is executed in 2 copies and each party shall keep 1 copy.

July 1, 2016.


Employer                                    Employee

Permanent Mission of the Republic of Korea        (DOB: 4/9/1960)
to the United Nations

Bong-woo Ko
                                           Hyunhuy Nam
(signature)    [signed]
                                           (signature)    [signed]

# EXHIBIT 19

# 운전원 채용 계약서

주유엔 대한민국대표부 고봉우 공사(이하 "고용주"라 칭함)와 고용원 남현희(남, 60.4.9생)은 2017년 7월 1일 다음과 같이 채용 계약을 체결한다.

1. 계약 당사자
 (1) 고용주명 : 고봉우 공사
 (2) 대상자
  o 성명 : 남현희
  o 생년월일 : 1960.4.9
  o 주소 : 55 w homestead ave, Palisades Park, NJ 07650

2. 고용원은 본 계약서에 서명함으로써 '주유엔 대한민국대표부 고용원 내규'에 규정된 모든 의무와 책임을 이행하며, 특히 다음과 같은 의무와 책임을 진다.

 (1) 고용원으로서 의무와 책임을 최선을 다해 성실하게 수행한다.
 (2) 운전을 비롯한 기타 행정업무 등 고용주의 직무상 명령에 복종해야 한다.
 (3) 고용주의 허가 또는 정당한 사유없이 근무처를 이탈하여서는 아니된다.
 (4) 고용원이 고용계약서상 업무이외 경제적 이득을 취할 수 있는 영리업무에 종사하고자 할 경우에는 반드시 고용주의 사전 허가를 받아야 한다.

(5) 대한미국의 이익에 위배되는 일체의 행위를 하지 아니한다.

(6) 근무중 지득한 비밀 및 일반 사실을 고용기간중 또는 퇴직후 외부에 발설하지 아니하며 이를 위반할 경우 대한민국법에 따라 처벌받는다.

3. 채용기간은 2017년 7월 1일부터 2018년 7월 1일까지로 한다.

   채용기간은 1년 단위로 연장할 수 있다.

4. 근무시간은 09:00부터 18:00까지로 한다. 고용주가 주말이나 공휴일 등 시간외 근무를 요청할 경우 고용원은 이를 따라야 하며 근무시간이 변경될 경우 이를 준수하여야 한다.

5. 月 보수는 기본급, 시간외 근무수당, 의료보험료 보조금 등을 포함한다.

(1) 月 기본급은 1,900불로 한다. 급료는 월단위(1개월 미만시 하루 단위) 매월 19일 지급한다.

   * 봉급은 기본급(1,900불)과 근속수당을 합하고 근속수당은 1년당 50불씩 최대 20년 범위내 가산한다

(2) 주거보조비 1,450불을 매월 지급한다.

(3) 의료보험료 보조금 1,039불을 매월 지급한다.

(3) 시간외 수당은 시간당 기준액 {(月 기본급 + 상여금 × 1/12) ÷ 209 × 150%}에 따라 지급한다(月 52시간 한도)

(4) 상여금(年1,900불)은 매년 6월에 지급한다

(5) 퇴직금은 1년 이상 근무시 지급한다.

ROKPM0016

(6) 주재국 법령이 규정하고 있더라도 고용주는 고용원을 위하여 사회보장세 등 어떠한 조세도 지불하지 아니한다.

6. 고용주는 고용원의 업무추진실적 및 직무수행태도에 대한 근무실적 평가를 년 2회(6월,12월) 실시, 인사자료로 참고한다.

7. 고용주는 고용원이 다음 각호의 사유에 해당될 경우 채용계약을 즉시 해지할 수 있다. 또한 고용원이 계약 해지를 희망할 경우 고용주에게 2개월전 서면 통보해야한다.

(1) 천재지변 또는 전시·사변이나 기타 사유로 생사 또는 소재가 불분명하게된 경우
(2) 범죄 또는 중대한 과실을 범한 경우
(3) 직무를 태만히 하거나 소행이 불량한 경우
(4) 상사의 직무상 명령에 복종하지 아니한 경우
(5) 근무실적 평가결과 4개 항목(성실감,책임감,업무능력,보안성)중 2개 항목 이상 부문에서 '불량' 평가를 받는 경우
(6) 계약사업을 계속할 필요성이 소멸한 경우
(7) 보안준수 의무사항을 이행하지 아니한 경우

8. 고용주는 고용원이 1년 이상 근무하고 퇴직할 경우에 다음 기준에 의해 퇴직금을 지급한다.

o 1년 근속시마다 보수월액(최종 기본급 3개월분 평균액+1개월분 상여금)의 100%를 지급한다.

  * 퇴직금 : 최종기본급 3개월분/3+연 상여금/12)X근무연수

ROKPM0017

9. 고용주는 재외공관 행정직원 운용지침 및 공관 내규의 행정 직원 휴가 관련 규정 범위내에서 재량에 따라 고용원에게 휴가를 부여할 수 있다.

10. 고용주는 고용원이 신체·정신상의 장애로 장기 요양을 원할시 3개월 이내에 한하여 무급 휴직을 줄 수 있다.

11. 고용주는 고용원이 보험미가입 또는 주재국 제도 불비로 인한 문제 발생시 이에 대한 책임을 지지 않는다.

본 계약서 2부를 작성하여 각각 1부씩 보관한다.

2017년  7월  1일

고용주
주유엔 대한민국대표부 공사
고 봉 우
(서명)

고용원
(1960.4.9生)
남 현 희
(서명)

# EXHIBIT 20

# EMPLOYMENT CONTRACT

Minister Bong-Woo Ko of the Permanent Mission of the Republic of Korea to the United Nations (hereinafter "Employer") and the Employee, Hyunhuy Nam (Male, DOB 4/9/60), hereby execute the employment agreement as follows on this 1st day of July 2017.

1. Parties to the Contract

    (1) Employer Name: Minister Bong-Woo Ko

    (2) Subject

        o   Name: Hyunhuy Nam

        o   Date of Birth: 4/9/1960

        o   Address: 55 w homestead ave, Palisades Park, NJ 07650

2. By signing this agreement, the Employee shall perform all duties and responsibilities set forth in the internal Employment Policy of the Permanent Mission of the Republic of Korea to the United Nations, and particularly the following duties and responsibilities.

    (1) The Employee shall faithfully perform his duties and responsibilities to the best of his ability.

    (2) Obey job-related orders including chauffeuring and other executive duties.

    (3) Must not leave the employment site without the Employer's permission or good cause.

    (4) In the event the Employee wishes to engage in activities, apart from his duties under this agreement, from which he may gain financial benefits apart, he must first obtain the Employer's permission in advance.

(5) Shall not engage in any act of any kind which may be contrary to the national interest of the Republic of Korea.

(6) Shall not disclose, during his employment and after the termination thereof, any classified information and facts acquired during his employment. In the event such obligation is breached, the Employee shall be subject to punishment under the laws of the Republic of Korea.

3. The employment period shall be from July 1, 2017 through July 1, 2018.

   The employment period may be extended in one-year increments

4. The work hours shall be 09:00 through 18:00. The Employee shall comply with the Employer's request to work during off-schedule hours including on the weekends or national holidays.

5. Monthly compensation shall include regular wages, off-schedule wages, and medical insurance subsidy, etc.

   (1) Monthly regular wages shall be $1,900. Wages shall be paid one-month increments (daily increment if less than 1 month) on the 19th of each month.

      *Total wages shall be the regular wages ($1,900) plus long-term service allowance, and the long-term service allowance shall be $50 per year, up to a maximum of 20 years.

   (2) Be paid housing subsidy of $1,450 per month.

   (3) Be paid medical insurance subsidy of $1,039 per month.

   (3) Off-schedule wages shall be paid at the standard amount {(monthly regular wages + Bonus × 1/12) ÷ 209 × 150%} (Maximum 52 hours per month)

   (4) Bonus ($1,900 per year) will be paid in June of each year.

   (5) Severance pay will be paid if employed for one year or longer.

(6) Notwithstanding the laws of the receiving State, the Employer shall be exempt from paying social security tax or any payroll tax for the Employee.

6.  The Employer shall conduct a review concerning the Employee's job performance twice per year (June, December) and be referenced as human resources records.

7.  The Employer may immediately terminate this agreement where any one of the following is applicable. In the event the Employee wishes to terminate the agreement, he must provide a two-month advanced notice to the Employer.

(1) When survival or the whereabouts become unclear due to Act of God or war/incident.

(2) Commits a crime or a gross negligence

(3) Neglects work duties or exhibits substandard behavior

(4) Fails to obey supervisor's work-related orders

(5) Receives "Unsatisfactory" in two or more categories of the following four categories (Diligence, Responsibility, Ability to Perform, and Ability to Keep Matters Secret) in the performance evaluation

(6) Cessation of work

(7) Failure to abide by the security guidelines.

8.   The Employer shall pay the Employee a severance pay as follows if his employment terminates after one year or more of employment.

o   100% of monthly wages (average to last 3 months' regular wages + 1 month's portion of yearly bonus) per each year of continuous employment.

* Severance: Last 3 months' wages/3 + Yearly Bonus/12) x years of employment

ROKPM00017 - T

9.  The Employer may permit vacation days at its discretion subject to compliance with the Republic of Korea's Diplomatic Offices Executive Employee Guidelines and the provisions concerning executive employees' vacation days in the Mission's policies.

10. In the event the Employee requests an extended leave due to his physical or mental disability, the Employer may grant him unpaid leave up to 3 months.

11. The Employer shall not be responsible for any issues arising from the Employee's own failure to procure insurance or lack of provision by the receiving State.


This agreement is executed in 2 copies and each party shall keep 1 copy.

July 1, 2017.


Employer                                             Employee

Permanent Mission of the Republic of Korea          (DOB: 4/9/1960)
to the United Nations

Bong-woo Ko
                                                    Hyunhuy Nam
(signature)     [signed]
                                                    (signature)     [signed]

# Certification of Translation Accuracy

I, Fran S. Yoon, a professional interpreter and translator having no relation to

the client hereby certify that:

1. I am a Korean/English interpreter and translator with 20 years of

experience.

2. I am currently registered with the United States District Court for the Southern District of New

York.

3. The attached documents bearing Bates Stamp "ROKPM0010–T" through "ROKPM0048–T"

(bottom right corner), to my knowledge, ability and belief, is a true and accurate translation of

the original documents bearing Bates Stamp "ROKPM0010" through "ROKPM0048" (bottom

right corner).


Fran S. Yoon

February 18, 2022

# EXHIBIT 21

Nam v. Permanent Mission of the ROK to UN
SDNY 1:21-cv-06165-AJN                    Defendant's Motion for Summary Judgment

# 운전원 채용 계약서

주유엔 대한민국대표부 이정재 공사(이하 "고용주"라 칭함)와 고용원 남현희(남, 60.4.9생)은 2018년 7월 1일 다음과 같이 채용 계약을 체결한다.

1. 계약 당사자
 (1) 고용주명 : 이정재 공사
 (2) 대상자

  o 성명 : 남현희
  o 생년월일 : 1960.4.9
  o 주소 : 128 w Central Blvd. Palisades Park, NJ 07650

2. 고용원은 본 계약서에 서명함으로써 '주유엔 대한민국대표부 고용원 내규'에 규정된 모든 의무와 책임을 이행하며, 특히 다음과 같은 의무와 책임을 진다.

 (1) 고용원으로서 의무와 책임을 최선을 다해 성실하게 수행한다.
 (2) 운전을 비롯한 기타 행정업무 등 고용주의 직무상 명령에 복종해야 한다.
 (3) 고용주의 허가 또는 정당한 사유없이 근무처를 이탈하여서는 아니된다.
 (4) 고용원이 고용계약서상 업무이외 경제적 이득을 취할 수 있는 영리업무에 종사하고자 할 경우에는 반드시 고용주의 사전 허가를 받아야 한다.

ROKPM0020

  (5) 대한미국의 이익에 위배되는 일체의 행위를 하지 아니한다.

  (6) 근무중 지득한 비밀 및 일반 사실을 고용기간중 또는 퇴직후 외부에 발설하지 아니하며 이를 위반할 경우 대한민국법에 따라 처벌받는다.

3. 채용기간은 2018년 7월 1일부터 2019년 7월 1일까지로 한다.

  채용기간은 1년 단위로 연장할 수 있다.

4. 근무시간은 09:00부터 18:00까지로 한다. 고용주가 주말이나 공휴일 등 시간외 근무를 요청할 경우 고용원은 이를 따라야 하며 근무시간이 변경될 경우 이를 준수하여야 한다.

5. 月 보수는 기본급, 시간외 근무수당, 의료보험료 보조금 등을 포함한다.

  (1) 月 기본급은 1,900불로 한다. 급료는 월단위(1개월 미만시 하루 단위) 매월 19일 지급한다.

    * 봉급은 기본급(1,900불)과 근속수당을 합하고 근속수당은 1년당 50불씩 최대 20년 범위내 가산한다

  (2) 주거보조비 1,450불을 매월 지급한다.

  (3) 공관 단체 의료보험료의 80% 보조금(1,109불)을 매월 지급한다.

  (3) 시간외 수당은 시간당 기준액 {(月 기본급 + 상여금 × 1/12) ÷ 209 × 150%}에 따라 지급한다

  (4) 상여금(年1,900불)은 매년 6월에 지급한다

ROKPM0021

(5) 퇴직금은 1년 이상 근무시 지급한다.

(6) 주재국 법령이 규정하고 있더라도 고용주는 고용원을 위하여 사회보장세 등 어떠한 조세도 지불하지 아니한다.

6. 고용주는 고용원의 업무추진실적 및 직무수행태도에 대한 근무실적 평가를 년 2회(6월,12월) 실시, 인사자료로 참고한다.

7. 고용주는 고용원이 다음 각호의 사유에 해당될 경우 채용계약을 즉시 해지할 수 있다. 또한 고용원이 계약 해지를 희망할 경우 고용주에게 2개월전 서면 통보해야한다.

(1) 천재지변 또는 전시·사변이나 기타 사유로 생사 또는 소재가 불분명하게된 경우

(2) 범죄 또는 중대한 과실을 범한 경우

(3) 직무를 태만히 하거나 소행이 불량한 경우

(4) 상사의 직무상 명령에 복종하지 아니한 경우

(5) 근무실적 평가결과 4개 항목(성실감,책임감,업무능력,보안성)중 2개 항목 이상 부문에서 '불량' 평가를 받는 경우

(6) 계약사업을 계속할 필요성이 소멸한 경우

(7) 보안준수 의무사항을 이행하지 아니한 경우

8. 고용주는 고용원이 1년 이상 근무하고 퇴직할 경우에 다음 기준에 의해 퇴직금을 지급한다.

o 1년 근속시마다 보수월액(최종 기본급 3개월분 평균액+1개월분 상여금)의 100%를 지급한다.

 * 퇴직금 : 최종기본급 3개월분/3+연 상여금/12)X근무연수

9. 고용주는 재외공관 행정직원 운용지침 및 공관 내규의 행정
   직원 휴가 관련 규정 범위내에서 재량에 따라 고용원에게
   휴가를 부여할 수 있다.

10. 고용주는 고용원이 신체·정신상의 장애로 장기 요양을 원할시
    3개월 이내에 한하여 무급 휴직을 줄 수 있다.

11. 고용주는 고용원이 보험미가입 또는 주재국 제도 불비로 인한
    문제 발생시 이에 대한 책임을 지지 않는다.


본 계약서 2부를 작성하여 각각 1부씩 보관한다.

                                    2018년  7월  1일


고용주                              고용원
주유엔 대한민국대표부 공사              (1960.4.9生)
이 정 재
(代) 차 병 호                        남 현 희
(서명)                              (서명)

# EXHIBIT 22

# EMPLOYMENT CONTRACT

Minister Jungjae Lee of the Permanent Mission of the Republic of Korea to the United Nations (hereinafter "Employer") and the Employee, Hyunhuy Nam (Male, DOB 4/9/60), hereby execute the employment agreement as follows on this 1st day of July 2018.

1. Parties to the Contract

    (1) Employer Name: Minister Jungjae Lee

    (2) Subject

    o   Name: Hyunhuy Nam

    o   Date of Birth: 4/9/1960

    o   Address: 128 w Central Blvd. Palisades Park, NJ 07650

2. By signing this agreement, the Employee shall perform all duties and responsibilities set forth in the internal Employment Policy of the Permanent Mission of the Republic of Korea to the United Nations, and particularly the following duties and responsibilities.

    (1) The Employee shall faithfully perform his duties and responsibilities to the best of his ability.

    (2) Obey job-related orders including chauffeuring and other executive duties.

    (3) Must not leave the employment site absent the Employer's permission or good cause.

    (4) In the event the Employee wishes to engage in activities, apart from his duties under this agreement, from which he may gain financial benefits, he must first obtain the Employer's permission in advance.

(5) Shall not engage in any act of any kind which may be contrary to the national interest of the Republic of Korea.

(6) Shall not disclose, during his employment and after the termination thereof, any classified information and facts acquired during his employment. In the event such obligation is breached, the Employee shall be subject to punishment under the laws of the Republic of Korea.

3. The employment period shall be from July 1, 2018 through July 1, 2019.

   The employment period may be extended in one-year increments

4. The work hours shall be 09:00 through 18:00. The Employee shall comply with any request to work during off-schedule hours including on the weekends or national holidays and must comply with changes in the work hours.

5. Monthly compensation shall include regular wages, off-schedule wages, and medical insurance subsidy, etc.

   (1) Monthly regular wages shall be $1,900. Wages shall be paid one-month increments (daily increment if less than 1 month) on the 19th of each month.

   *Total wages shall be the regular wages ($1,900) plus long-term service allowance, and the long-term service allowance shall be $50 per year, up to a maximum of 20 years.

   (2) Be paid housing subsidy of $1,450 per month.

   (3) Be paid medical insurance subsidy of 80% of the Mission's group plan ($1,109) per month.

   (3) Off-schedule wages shall be paid at the standard amount {(monthly regular wages + Bonus × 1/12) ÷ 209 × 150%}

   (4) Bonus ($1,900 per year) will be paid in June of each year.

ROKPM00021 - T

(5) Severance pay will be paid if employed for one year or longer.

(6) Notwithstanding the laws of the receiving State, the Employer shall be exempt from paying social security tax or any payroll tax for the Employee.

6. The Employer shall conduct a review concerning the Employee's job performance twice per year (June, December) and be referenced as human resources records.

7. The Employer may immediately terminate this agreement where any one of the following is applicable. In the event the Employee wishes to terminate the agreement, he must provide a two-month advanced notice to the Employer.

(1) When survival or the whereabouts become unclear due to Act of God or war/incident.
(2) Commits a crime or a gross negligence
(3) Neglects work duties or exhibits substandard behavior
(4) Fails to obey supervisor's work-related orders
(5) Receives "Unsatisfactory" in two or more categories of the following four categories (Diligence, Responsibility, Ability to Perform, and Ability to Keep Matters Secret) in the performance evaluation
(6) Cessation of work
(7) Failure to abide by the security guidelines.

8.  The Employer shall pay the Employee a severance pay as follows if his employment terminates after e year or more of employment.

  o 100% of monthly wages (average to last 3 months' regular wages + 1 month's portion of yearly bonus) per each year of continuous employment.

   * Severance: Last 3 months' wages/3 + Yearly Bonus/12) x years of employment

ROKPM00022 - T

9. The Employer may permit vacation days at its discretion subject to compliance with the Republic of Korea's Diplomatic Offices Executive Employee Guidelines and the provisions concerning executive employees' vacation days in the Mission's policies.

10. In the event the Employee requests an extended leave due to his physical or mental disability, the Employer may grant him unpaid leave up to 3 months.

11. The Employer shall not be responsible for any issues arising from the Employee's own failure to procure insurance or lack of provision by the receiving State.

This agreement is executed in 2 copies and each party shall keep 1 copy.

July 1, 2018.

Employer

Permanent Mission of the Republic of Korea
to the United Nations

Jungjae Lee

(deputy) Byungho Cha

(signature)     [signed]

Employee

(DOB: 4/9/1960)

Hyunhuy Nam

(signature)     [signed]

# Certification of Translation Accuracy

I, Fran S. Yoon, a professional interpreter and translator having no relation to

the client hereby certify that:

1. I am a Korean/English interpreter and translator with 20 years of

experience.

2. I am currently registered with the United States District Court for the Southern District of New

York.

3. The attached documents bearing Bates Stamp "ROKPM0010–T" through "ROKPM0048–T"

(bottom right corner), to my knowledge, ability and belief, is a true and accurate translation of

the original documents bearing Bates Stamp "ROKPM0010" through "ROKPM0048" (bottom

right corner).

Fran S. Yoon

February 18, 2022

# EXHIBIT 23

# <u>운전원 채용계약서</u>

駐유엔 대한민국 대표부 이정재 공사(이하 "고용주"라 칭함)와 고용원 남현회(男, 1960.4.9생)은 2019년 7월 1일 다음과 같이 채용계약을 체결한다.

1. 계약 당사자

 (1) 고용주명 : 이정재 공사

 (2) 채용대상자

  o 주 소 : 128 w Central Blvd. Palisades Park. NJ 07650

  o 성 명 : 남현회

  o 생년월일 : 1960년 6월 9일

2. 고용원은 본 계약서에 서명함으로써 '주유엔 대한민국대표부 고용원 내규'에 규정된 모든 의무와 책임을 이행하며, 특히 다음과 같은 의무와 책임을 진다.

 (1) 고용원으로서 의무와 책임을 최선을 다해 성실하게 수행한다.

 (2) 운전을 비롯한 기타 행정업무 등 고용주의 직무상 명령에 따라야 한다.

 (3) 고용주의 허가 또는 정당한 사유없이 근무처를 이탈하여서는

- 1 -

ROKPM0025

아니된다.

(4) 고용원이 고용계약서상 업무이외의 경제적 이득을 취할 수 있는 영리업무에 종사하고자 할 경우에는 반드시 고용주의 사전 허가를 받아야 한다.

(5) 대한미국의 이익에 위배되는 일체의 행위를 하지 아니한다.

(6) 근무중 지득한 비밀 및 일반 사실을 고용기간중 또는 퇴직후 외부에 발설하지 아니하며 이를 위반할 경우 대한민국법에 따라 처벌받는다.

3. 채용기간은 2019年 7月 1日부터 2020年 6月 30日까지로 한다.

4. 근무시간은 09:00부터 18:00까지로 한다. 고용주가 주말이나 공휴일 등 시간외 근무를 요청할 경우 고용원은 이를 따라야 하며, 근무시간이 변경될 경우 이를 준수하여야 한다.

5. 月 보수는 기본급, 시간외 근무수당 등을 포함한다.

(1) 月 기본급은 1,900불로 한다. 급료는 月 단위(1개월 미만시 하루 단위) 매월 중·하순 지급한다.

   * 근속수당은 1년당 $50씩 최대 20년 범위 内 봉급에 가산

(2) 시간 외 수당은 시간당 $14.76로 하되 月 52시간 한도 내에서 지급한다.

(3) 상여금(기본급 100%)은 매년 6월에 지급한다.

- 2 -

ROKPM0026

(4) 주거보조비는 每月 $1,450 지급한다.

(5) 퇴직금은 1년 이상 근무 시 지급한다.

(6) 의료보험료는 月 납입액의 80%를 지급한다.

(7) 주재국 법령이 규정하고 있더라도 고용주는 고용원을 위하여 사회보장세 등 어떠한 조세도 지불하지 아니한다.

6. 고용주는 고용원의 업무추진실적 및 직무수행태도에 대한 근무 실적 평가를 년 2회(6월,12월) 실시, 인사자료로 참고한다.

7. 고용주는 고용원이 다음 各 호의 사유에 해당될 경우 채용계약을 즉시 해지할 수 있다. 또한 고용원이 계약 해지를 희망할 경우 고용주에게 2개월 전 서면 통보해야한다.

(1) 신체·정신상의 이유로 직무를 감당하지 못할 경우

(2) 직제·정원의 개폐 또는 예산의 감소에 의해 인원감축의 대상이 된 경우

(3) 계약사업을 계속할 필요성이 소멸한 때

(4) 천재지변 또는 전시·사변이나 기타 사유로 생사 또는 소재가 불분명하게 된 경우

(5) 범죄 또는 중대한 과실을 범한 경우

(6) 직무를 태만히 하거나 소행이 불량한 경우

- 3 -

ROKPM0027

(7) 상사의 직무상 명령에 복종하지 아니한 경우

(8) 근무실적 평가결과 4개 항목(성실감·책임감·업무능력·보안성) 중 2개 항목 이상 부문에서 '불량' 평가를 받은 경우

(9) 보안준수 의무사항을 이행하지 아니한 경우

8. 고용주는 고용원이 1年 이상 근무하고 퇴직할 경우에 다음 기준에 의해 퇴직금을 지급한다.

   o 1年 근속시마다 보수월액(최종 기본급 3개월분 평균액 + 1개월분 상여금)의 100%를 지급

9. 고용주는 고용원에게 근무기간에 따라 아래와 같이 유급휴가를 줄 수 있다.

   (1) 1년간 8할 이상 출근한 경우 15일의 유급휴가를 준다.(다만 1년간 8할 미만 출근한 경우 개근한 1월에 대하여 1일의 유급휴가를 준다)

   (2) 계속하여 근로한 기간이 1년 미만인 경우 1개월 개근시 1일의 유급휴가를 준다.

   (3) 최초 1년간의 근로에 대하여 유급휴가를 주는 경우에는 제2호에 따른 휴가를 포함하여 15일로 하고, 제2호에 따른 휴가를 이미 사용한 경우에는 그 사용한 휴가 일수를 15일에서 뺀다.

   (4) 3년 이상 근속한 경우 최초 1년을 초과하는 계속 근로연수 매 2년에 대하여 1일을 가산한 유급휴가를 주며, 가산 휴가를 포함

ROKPM0028

한 총 휴가일수는 25일을 한도로 한다

(5) 단, 지각·조퇴가 3회일 경우 연가 1일로 산정, 연가일수에서  제외하나, 고용주가 인정하는 경우는 연가 삽입에서 제외할 수 있다.

10. 고용주는 고용원이 신체·정신상의 장애로 장기 요양을 원할 시  3개월 이내에 한하여 무급 휴직을 줄 수 있다.

11. 고용주는 고용원이 보험미가입 또는 주재국 제도 불비로 인한 문제 발생시 이에 대한 책임을 지지 않는다.

본 계약서 2부를 작성하여 각각 1부씩 보관한다.

2019년  7월 1일

고용주    駐유엔 대한민국 대표부 공사  이 정 재

고용원                                     남 현 희

- 5 -

# EXHIBIT 24

Nam v. Permanent Mission of the ROK to UN
SDNY 1:21-cv-06165-AJN                    Defendant's Motion for Summary Judgment

# EMPLOYMENT CONTRACT FOR CHAUFFEUR

Minister Jungjae Lee of the Permanent Mission of the Republic of Korea to the United Nations (hereinafter "Employer") and the Employee, Hyunhuy Nam (Male, DOB 4/9/60), hereby execute the employment agreement as follows on this 1st day of July 2019.

1. Parties to the Contract

    (1) Employer Name: Minister Jungjae Lee

    (2) Subject of Employment

    o   Address: 128 w Central Blvd. Palisades Park, NJ 07650

    o   Name: Hyunhuy Nam

    o   Date of Birth: June 9, 1960

2. By signing this agreement, the Employee shall perform all duties and responsibilities set forth in the internal Employment Policy of the Permanent Mission of the Republic of Korea to the United Nations, and specifically the following duties and responsibilities.

    (1) The Employee shall faithfully perform his duties and responsibilities to the best of his ability.

    (2) Obey job-related orders including chauffeuring and other executive duties.

    (3) Must not leave the employment site without the Employer's permission or good cause.

- 1 -

(4) In the event the Employee wishes to engage in activities, apart from the duties under this agreement, from which he may gain financial benefits, he must first obtain the Employer's permission in advance.

(5) Shall not engage in any act of any kind which may be contrary to the national interest of the Republic of Korea.

(6) Shall not disclose, during his employment and after the termination thereof, any classified information and facts acquired during his employment. In the event such obligation is breached, the Employee shall be subject to punishment under the laws of the Republic of Korea.

3.  The employment period shall be from July 1, 2019 through June 30, 2020.

4.  The work hours shall be 09:00 through 18:00. The Employee shall comply with the Employer's request to work during off-schedule hours including on the weekends or national holidays.

5.  Monthly compensation shall include regular wages and off-schedule wages, etc.

(1) Monthly regular wages shall be $1,900. Wages shall be paid one-month increments (daily increment if less than 1 month) at the beginning and middle of each month.

   * long-term service allowance is $50 per year for a maximum of 20 years, added to wages.

(2) Off-schedule wages shall be $14.76 but paid at a monthly maximum of 52 hours.

(3) Bonus (100% of regular wages) will be paid in June of each year.

- 2 -

ROKPM00026 - T

(4)  Be paid housing subsidy of $1,450 per month.

(5)  Severance pay will be paid if employed for one year or longer.

(6)  Be paid medical insurance subsidy monthly at 80% of actual payment.

(7)  Notwithstanding the laws of the receiving State, the Employer shall be exempt from paying social security tax or any payroll tax for the Employee.

6.  The Employer shall conduct a review concerning the Employee's job performance twice per year (June, December) and be referenced as human resources records.

7.  The Employer may immediately terminate this agreement where any one of the following is applicable. In the event the Employee wishes to terminate the agreement, he must provide a two-month advanced notice to the Employer.

(1)  Failure to complete tasks for physiological or psychological reasons

(2)  In case the Employee is subject to layoff due to elimination of position, restructuring, or reduction of budget

(3)  Cessation of work

(4)  When survival or the whereabouts become unclear due to Act of God or war/incident.

(5)  Commits a crime or a gross negligence

(6)  Neglects work duties or exhibits substandard behavior

- 3 -

(7) Fails to obey supervisor's work-related orders

(8) Receives "Unsatisfactory" in two or more categories of the following four categories (Diligence, Responsibility, Ability to Perform, and Ability to Keep Matters Secret) in the performance evaluation

(9) Failure to abide by the security guidelines.

8.   The Employer shall pay the Employee a severance pay as follows if his employment terminates after one year or more of employment.

- 100% of monthly wages (average to last 3 months' regular wages + 1 month's portion of yearly bonus) per each year of continuous employment.

9.  The Employer may permit days to the Employee as follows:

(1) 15 days of paid time off if reported to work more than 80% of the time in one year (But if reported to work less than 80% in one year, allow 1 day of paid time off per one month of attendance.)

(2) If continuous employment is less than one year, 1 day of paid time off per 1 month of attendance.

(3) If providing paid time off for the first year, the total will be 15 days including the paid time off pursuant to subsection 2, and if paid time off pursuant to subsection 2 is already used, subtract the used number of days of paid time off from 15 days.

(4) If employed for more than 3 years, allow 1 additional day of paid time off for every 2 years after the first year, but the maximum paid time off including the additional days shall be 25 days.

- 4 -

(5) Three lateness or early leaves shall be calculated as one day of paid time off and be deducted from the number of days of paid time off, but the Employer may not deduct it at his discretion.

10. In the event the Employee requests an extended leave due to his physical or mental disability, the Employer may grant him unpaid leave up to 3 months.

11. The Employer shall not be responsible for any issues arising from the Employee's own failure to procure insurance or lack of provision by the receiving State.

This agreement is executed in 2 copies and each party shall keep 1 copy.

July 1, 2019.

Employer          Permanent Mission of the Republic of Korea to the United Nations

                  Minister Jungjae Lee  [signed]

Employee          Hyunhuy Nam        [signed]

- 5 -

ROKPM00029 - T

# Certification of Translation Accuracy

I, Fran S. Yoon, a professional interpreter and translator having no relation to

the client hereby certify that:

1. I am a Korean/English interpreter and translator with 20 years of

experience.

2. I am currently registered with the United States District Court for the Southern District of New

York.

3. The attached documents bearing Bates Stamp "ROKPM0010–T" through "ROKPM0048–T"

(bottom right corner), to my knowledge, ability and belief, is a true and accurate translation of

the original documents bearing Bates Stamp "ROKPM0010" through "ROKPM0048" (bottom

right corner).


Fran S. Yoon

February 18, 2022

# EXHIBIT 25

Nam v. Permanent Mission of the ROK to UN
SDNY 1:21-cv-06165-AJN                    Defendant's Motion for Summary Judgment

# 운전원 채용계약서

駐유엔 대한민국 대표부 이정재 공사(이하 "고용주"라 칭함)와 고용원
남현희(男, 1960.4.9생)은 2019년 7월 1일 다음과 같이 채용계약을
체결한다. * 9.20 주거보조비 인상으로 재작성 및 서명

1. 계약 당사자

(1) 고용주명 : 이정재 공사

(2) 채용대상자

    o 주 소 : 128 w Central Blvd. Palisades Park. NJ 07650

    o 성 명 : 남현희

    o 생년월일 : 1960년 6월 9일

2. 고용원은 본 계약서에 서명함으로써 '주유엔 대한민국대표부
    고용원 내규'에 규정된 모든 의무와 책임을 이행하며, 특히
    다음과 같은 의무와 책임을 진다.

(1) 고용원으로서 의무와 책임을 최선을 다해 성실하게 수행한다.

(2) 운전을 비롯한 기타 행정업무 등 고용주의 직무상 명령에
    따라야 한다.

(3) 고용주의 허가 또는 정당한 사유없이 근무처를 이탈하여서는

- 1 -

ROKPM0031

아니된다.

(4) 고용원이 고용계약서상 업무이외 경제적 이득을 취할 수 있는 영리업무에 종사하고자 할 경우에는 반드시 고용주의 사전 허가를 받아야 한다.

(5) 대한미국의 이익에 위배되는 일체의 행위를 하지 아니한다.

(6) 근무중 지득한 비밀 및 일반 사실을 고용기간중 또는 퇴직후 외부에 발설하지 아니하며 이를 위반할 경우 대한민국법에 따라 처벌받는다.

3. 채용기간은 2019年 7月 1日부터 2020年 6月 30日까지로 한다.

4. 근무시간은 09:00부터 18:00까지로 한다. 고용주가 주말이나 공휴일 등 시간외 근무를 요청할 경우 고용원은 이를 따라야 하며, 근무시간이 변경될 경우 이를 준수하여야 한다.

5. 月 보수는 기본급, 시간외 근무수당 등을 포함한다.

(1) 月 기본급은 1,900불로 한다. 급료는 月 단위(1개월 미만시 하루 단위) 매월 중·하순 지급한다.

   * 근속수당은 1년당 $50씩 최대 20년 범위 內 봉급에 가산

(2) 시간 외 수당은 시간당 $14.76로 하되 月 52시간 한도 내에서 지급한다.

(3) 상여금(기본급 100%)은 매년 6월에 지급한다.

- 2 -

ROKPM0032

(4) 주거보조비는 每月 $2,000 지급한다.

(5) 퇴직금은 1년 이상 근무 시 지급한다.

(6) 의료보험료는 月 납입액의 80%를 지급한다.

(7) 주재국 법령이 규정하고 있더라도 고용주는 고용원을 위하여 사회보장세 등 어떠한 조세도 지불하지 아니한다.

6. 고용주는 고용원의 업무추진실적 및 직무수행태도에 대한 근무 실적 평가를 년 2회(6월,12월) 실시, 인사자료로 참고한다.

7. 고용주는 고용원이 다음 各 호의 사유에 해당될 경우 채용계약을 즉시 해지할 수 있다. 또한 고용원이 계약 해지를 희망할 경우 고용주에게 2개월 전 서면 통보해야한다.

(1) 신체·정신상의 이유로 직무를 감당하지 못할 경우

(2) 직제·정원의 개폐 또는 예산의 감소에 의해 인원감축의 대상이 된 경우

(3) 계약사업을 계속할 필요성이 소멸한 때

(4) 천재지변 또는 전시·사변이나 기타 사유로 생사 또는 소재가 불분명하게 된 경우

(5) 범죄 또는 중대한 과실을 범한 경우

(6) 직무를 태만히 하거나 소행이 불량한 경우

- 3 -

ROKPM0033

(7) 상사의 직무상 명령에 복종하지 아니한 경우

(8) 근무실적 평가결과 4개 항목(성실감·책임감·업무능력·보안성) 중 2개 항목 이상 부문에서 '불량' 평가를 받은 경우

(9) 보안준수 의무사항을 이행하지 아니한 경우

8. 고용주는 고용원이 1年 이상 근무하고 퇴직할 경우에 다음 기준에 의해 퇴직금을 지급한다.

   o 1年 근속시마다 보수월액(최종 기본급 3개월분 평균액 + 1개월분 상여금)의 100%를 지급  * 주거보조비는 未포함

9. 고용주는 고용원에게 근무기간에 따라 아래와 같이 유급휴가를 줄 수 있다.

   (1) 1년간 8할 이상 출근한 경우 15일의 유급휴가를 준다.(다만 1년간 8할 미만 출근한 경우 개근한 1월에 대하여 1일의 유급휴가를 준다)

   (2) 계속하여 근로한 기간이 1년 미만인 경우 1개월 개근시 1일의 유급휴가를 준다.

   (3) 최초 1년간의 근로에 대하여 유급휴가를 주는 경우에는 제2호에 따른 휴가를 포함하여 15일로 하고, 제2호에 따른 휴가를 이미 사용한 경우에는 그 사용한 휴가 일수를 15일에서 뺀다.

   (4) 3년 이상 근속한 경우 최초 1년을 초과하는 계속 근로연수 매 2년에 대하여 1일을 가산한 유급휴가를 주며, 가산 휴가를 포함

- 4 -

ROKPM0034

한 총 휴가일수는 25일을 한도로 한다

(5) 단, 지각·조퇴가 3회일 경우 연가 1일로 산정, 연가일수에서  제외
하나, 고용주가 인정하는 경우는 연가 삽입에서 제외할 수 있다.

10. 고용주는 고용원이 신체·정신상의 장애로 장기 요양을 원할
시  3개월 이내에 한하여 무급 휴직을 줄 수 있다.

11. 고용주는 고용원이 보험미가입 또는 주재국 제도 불비로 인한
문제 발생시 이에 대한 책임을 지지 않는다.


본 계약서 2부를 작성하여 각각 1부씩 보관한다.


2019년  7월 1일


고용주    駐유엔 대한민국 대표부 공사  이 정 재

고용원                              남 현 희


- 5 -

ROKPM0035

# EXHIBIT 26

# EMPLOYMENT CONTRACT

Minister Jungjae Lee of the Permanent Mission of the Republic of Korea to the United Nations (hereinafter "Employer") and the Employee, Hyunhuy Nam (Male, DOB 4/9/60), hereby execute the employment agreement as follows on this 1st day of July 2019. * 9.20 Re-drafting and re-signing due to increase in housing subsidy.

1. Parties to the Contract

   (1) Employer Name: Minister Jungjae Lee

   (2) Subject of Employment

     o   Address: 128 w Central Blvd. Palisades Park, NJ 07650

     o   Name: Hyunhuy Nam

     o   Date of Birth: June 9, 1960

2. By signing this agreement, the Employee shall perform all duties and responsibilities set forth in the internal Employment Policy of the Permanent Mission of the Republic of Korea to the United Nations, and particularly the following duties and responsibilities.

   (1) The Employee shall perform his duties and responsibilities faithfully and to the best of his ability.

   (2) Obey job-related orders including chauffeuring and other executive duties.

   (3) Must not leave the employment site without the Employer's permission or good cause.

- 1 -

ROKPM00031 - T

(4) In the event the Employee wishes to engage in activities from which he may gain financial benefits apart from the duties under this agreement, he must first obtain the Employer's permission in advance.

(5) Shall not engage in any act of any kind which may be contrary to the national interest of the Republic of Korea.

(6) Shall not disclose, during his employment and after the termination thereof, any classified information and facts acquired during his employment. In the event such obligation is breached, the Employee shall be subject to punishment under the laws of the Republic of Korea.

3. The employment period shall be from July 1, 2019 through June 30, 2020.

4. Work hours shall be 09:00 through 18:00. The Employee shall comply with the Employer's request to work during off-schedule hours including on the weekends or national holidays.

5. Monthly compensation shall include regular wages and off-schedule wages, etc.

(1) Monthly regular wages shall be $1,900. Wages shall be paid one-month increments (daily increment if less than 1 month) at the beginning and middle of each month.

* long-term service allowance is $50 per year for maximum of 20 years, added to wages.

(2) Off-schedule wages shall be $14.76 per hour paid up to 52 hours per month.

(3) Bonus (100% of regular wages) will be paid in June of each year.

- 2 -

ROKPM00032 - T

(4)  Be paid housing subsidy of $2,000 per month.

(5)  Severance pay will be paid if employed for one year or longer.

(6)  Be paid medical insurance subsidy monthly at 80% of actual payment.

(7)  Notwithstanding the laws of the receiving State, the Employer shall be exempt from paying social security tax or any payroll tax for the Employee.

6.  The Employer shall conduct a review concerning the Employee's job performance twice per year (June, December) and be referenced as human resources records.

7.  The Employer may immediately terminate this agreement where any one of the following is applicable. In the event the Employee wishes to terminate the agreement, he must provide a two-month advanced notice to the Employer.

(1)  Failure to complete tasks for physiological or psychological reasons

(2)  In case [the Employee] is subject to layoff due to elimination of position, restructuring, or reduction of budget

(3)  Cessation of need to work

(4)  When survival or the whereabouts become unclear due to Act of God or war/incident.

(5)  Commits a crime or a gross negligence

(6)  Neglects work duties or exhibits substandard behavior

- 3 -

ROKPM00033 - T

(7) Fails to obey supervisor's work-related orders

(8) Receives "Unsatisfactory" in two or more categories of the following four categories (Diligence, Responsibility, Ability to Perform, and Ability to Keep Matters Secret ) in the performance evaluation

(9) Failure to abide by the security guidelines.

8.   The Employer shall pay the Employee a severance pay as follows if his employment terminates after one year or more of employment.

- o   100% of monthly wages (average to last 3 months' regular wages + 1 month's portion of yearly bonus) per each year of continuous employment.  * Excluding housing subsidy.

9.  The Employer may permit days to the Employee as follows:

(1) 15 days of paid time off if reported to work more than 80% of the time in one year (But if reported to work less than 80% in one year, allow 1 day of paid time off per one month of attendance.)

(2) If continuous employment is less than one year, 1 day of paid time off per 1 month of attendance.

(3) If providing paid time off for the first year, the total will be 15 days including the paid time off pursuant to subsection 2, and if paid time off pursuant to subsection 2 is already used, subtract the used number of days of paid time off from 15 days.

(4) If employed for more than 3 years, allow 1 additional day of paid time off for every 2 years after the first year, but the maximum paid time off including the additional days shall be 25 days.

- 4 -

ROKPM00034 - T

(5) Three lateness or early leaves shall be calculated as one day of paid time off and be deducted from the number of days of paid time off, but the Employer may not deduct it at his discretion.

10. In the event the Employee requests an extended leave due to his physical or mental disability, the Employer may grant him unpaid leave up to 3 months.

11. The Employer shall not be responsible for any issues arising from the Employee's own failure to procure insurance or lack of provision by the receiving State.


This agreement is executed in 2 copies and each party shall keep 1 copy.

July 1, 2019.


Employer                    Permanent Mission of the Republic of Korea to the United Nations

                                              Minister Jungjae Lee  [signed]

Employee                                      Hyunhuy Nam          [signed]


- 5 -

ROKPM00035 - T

# Certification of Translation Accuracy

I, Fran S. Yoon, a professional interpreter and translator having no relation to

the client hereby certify that:

1. I am a Korean/English interpreter and translator with 20 years of

experience.

2. I am currently registered with the United States District Court for the Southern District of New

York.

3. The attached documents bearing Bates Stamp "ROKPM0010–T" through "ROKPM0048–T"

(bottom right corner), to my knowledge, ability and belief, is a true and accurate translation of

the original documents bearing Bates Stamp "ROKPM0010" through "ROKPM0048" (bottom

right corner).

Fran S. Yoon

February 18, 2022

# EXHIBIT 27

# <u>운전원 채용계약서</u>

駐유엔 대한민국 대표부 공사(代) 조진호 참사관(이하 "고용주"라
칭함)과 고용원 남현희(男, 1960.4.9생)은 2020년 7월 1일 다음과
같이 채용계약을 체결한다.

1. 계약 당사자

 (1) 고용주명 : 공사(代) 조진호 참사관

 (2) 채용대상자

   o 주 소 : 128 w Central Blvd. Palisades Park. NJ 07650

   o 성 명 : 남현희

   o 생년월일 : 1960년 4월 9일

2. 고용원은 본 계약서에 서명함으로써 '주유엔 대한민국대표부
   고용원 내규'에 규정된 모든 의무와 책임을 이행하며, 특히
   다음과 같은 의무와 책임을 진다.

 (1) 고용원으로서 의무와 책임을 최선을 다해 성실하게 수행한다.

 (2) 운전을 비롯한 기타 행정업무 등 고용주의 직무상 명령에
    따라야 한다.

 (3) 고용주의 허가 또는 정당한 사유없이 근무처를 이탈하여서는

- 1 -

ROKPM0036

아니된다.

(4) 고용원이 고용계약서상 업무이외의 경제적 이득을 취할 수 있는 영리업무에 종사하고자 할 경우에는 반드시 고용주의 사전 허가를 받아야 한다.

(5) 대한미국의 이익에 위배되는 일체의 행위를 하지 아니한다.

(6) 근무중 지득한 비밀 및 일반 사실을 고용기간중 또는 퇴직후 외부에 발설하지 아니하며 이를 위반할 경우 대한민국법에 따라 처벌받는다.

3. 채용기간은 2020年 7月 1日부터 2021年 6月 30日까지로 한다.

4. 근무시간은 09:00부터 18:00까지로 한다. 고용주가 주말이나 공휴일 등 시간외 근무를 요청할 경우 고용원은 이를 따라야 하며, 근무시간이 변경될 경우 이를 준수하여야 한다.

5. 月 보수는 기본급, 시간외 근무수당 등을 포함한다.

(1) 月 기본급은 1,710불로 한다. 급료는 月 단위(1개월 미만시 하루 단위) 매월 중·하순 지급한다.

(2) 시간 외 수당은 시간당 $13.29로 하되 月 52시간 한도 내에서 지급한다.

(3) 상여금(기본급 100%)은 6월·12월 2회로 분할하여 지급한다.

(4) 주거보조비는 공관 실비 상한액 범위내에서 每月 실비를

- 2 -

ROKPM0037

지급한다. ＊2020.10월부

(5) 퇴직금은 1년 이상 근무 시 지급한다.

(6) 의료보험료는 月 납입액의 80%를 지급한다.

(7) 주재국 법령이 규정하고 있더라도 고용주는 고용원을 위하여
    사회보장세 등 어떠한 조세도 지불하지 아니한다.

6. 고용주는 고용원의 업무추진실적 및 직무수행태도에 대한 근무
   실적 평가를 년 2회(6월,12월) 실시, 인사자료로 참고한다.

7. 고용주는 고용원이 다음 各 호의 사유에 해당될 경우 채용계약을
   즉시 해지할 수 있다. 또한 고용원이 계약 해지를 희망할 경우
   고용주에게 2개월 전 서면 통보해야한다.

(1) 신체·정신상의 이유로 직무를 감당하지 못할 경우

(2) 직제·정원의 개폐 또는 예산의 감소에 의해 인원감축의 대상이
    된 경우

(3) 계약사업을 계속할 필요성이 소멸한 때

(4) 천재지변 또는 전시·사변이나 기타 사유로 생사 또는 소재가
    불분명하게 된 경우

(5) 범죄 또는 중대한 과실을 범한 경우

(6) 직무를 태만히 하거나 소행이 불량한 경우

- 3 -

ROKPM0038

(7) 상사의 직무상 명령에 복종하지 아니한 경우

(8) 근무실적 평가결과 4개 항목(성실감·책임감·업무능력·보안성) 중 2개 항목 이상 부문에서 '불량' 평가를 받은 경우

(9) 보안준수 의무사항을 이행하지 아니한 경우

8. 고용주는 고용원이 1年 이상 근무하고 퇴직할 경우에 다음 기준에 의해 퇴직금을 지급한다.

  o 계속근로기간 1년에 대하여 30일분의 평균임금을 지급 * 주거 보조비는 未포함

   * 평균임금은 퇴직·해고 등 사유발생 이전 3개월동안 지급된 임금총액을 그 기간의 총 일수로 나눈 금액(기본급, 상여금, 시간외 근무수당 포함)

9. 고용주는 고용원에게 근무기간에 따라 아래와 같이 유급휴가를 줄 수 있다.

  (1) 1년간 8할 이상 출근한 경우 15일의 유급휴가를 준다.(다만 1년간 8할 미만 출근한 경우 개근한 1월에 대하여 1일의 유급휴가를 준다)

  (2) 계속하여 근로한 기간이 1년 미만인 경우 1개월 개근시 1일의 유급휴가를 준다.

  (3) 최초 1년간의 근로에 대하여 유급휴가를 주는 경우에는 제2호에 따른 휴가를 포함하여 15일로 하고, 제2호에 따른 휴가를 이미 사용한 경우에는 그 사용한 휴가 일수를 15일에서 뺀다.

- 4 -

ROKPM0039

(4) 3년 이상 근속한 경우 최초 1년을 초과하는 계속 근로연수 매 2년에 대하여 1일을 가산한 유급휴가를 주며, 가산 휴가를 포함한 총 휴가일수는 25일을 한도로 한다

(5) 단, 지각·조퇴가 3회일 경우 연가 1일로 산정, 연가일수에서 제외하나, 고용주가 인정하는 경우는 연가 삽입에서 제외할 수 있다.

10. 고용주는 고용원이 신체·정신상의 장애로 장기 요양을 원할 시 3개월 이내에 한하여 무급 휴직을 줄 수 있다.

11. 고용주는 고용원이 보험미가입 또는 주재국 제도 불비로 인한 문제 발생시 이에 대한 책임을 지지 않는다.


본 계약서 2부를 작성하여 각각 1부씩 보관한다.

2020년  7월 1일


고용주        駐유엔 대한민국 대표부 공사(代)  조 진 호  *[signature]*

고용원                                          남 현 희  *[signature]*


– 5 –

ROKPM0040

# EXHIBIT 28

# EMPLOYMENT CONTRACT

(Deputy) Minister Jinho Jo of the Permanent Mission of the Republic of Korea to the United Nations (hereinafter "Employer") and the Employee, Hyunhuy Nam (Male, DOB 4/9/60), hereby execute the employment agreement as follows on this 1st day of July 2020.

1. Parties to the Contract

   (1) Employer Name: (Deputy) Minister Jinho Jo

   (2) Subject of Employment

      o   Address: 128 w Central Blvd. Palisades Park, NJ 07650

      o   Name: Hyunhuy Nam

      o   Date of Birth: April 9, 1960

2. By signing this agreement, the Employee shall perform all duties and responsibilities set forth in the internal Employment Policy of the Permanent Mission of the Republic of Korea to the United Nations, and specifically the following duties and responsibilities.

   (1) The Employee shall perform his duties and responsibilities faithfully and to the best of his ability.

   (2) Obey job-related orders including chauffeuring and other executive duties.

   (3) Must not leave the employment site without the Employer's permission or good cause.

- 1 -

ROKPM00036 - T

(4) In the event the Employee wishes to engage in activities from which he may gain financial benefits apart from the duties under this agreement, he must first obtain the Employer's permission in advance.

(5) Shall not engage in any act of any kind which may be contrary to the national interest of the Republic of Korea.

(6) Shall not disclose, during his employment and after the termination thereof, any classified information and facts acquired during his employment. In the event such obligation is breached, the Employee shall be subject to punishment under the laws of the Republic of Korea.

3. The employment period shall be from July 1, 2020 through June 30, 2021.

4. The work hours shall be 09:00 through 18:00. The Employee shall comply with the Employer's request to work during off-schedule hours including on the weekends or national holidays.

5. Monthly compensation shall include regular wages and off-schedule wages, etc.

(1) Monthly regular wages shall be $1,710. Wages shall be paid one-month increments (daily increment if less than 1 month) at the beginning and middle of each month.

(2) Off-schedule wages shall be $13.29 but paid at a monthly maximum of 52 hours.

(3) Bonus (100% of regular wages) will be paid in June and December in two divided payments.

(4) Be paid housing subsidy for the actual expenses each month subject to the Mission's maximum actual expenses on a monthly basis. * Effective October 2020.

- 2 -

ROKPM00037 - T

(5) Severance pay will be paid if employed for one year or longer.

(6) Be paid medical insurance subsidy monthly at 80% of actual payment.

(7) Notwithstanding the laws of the receiving State, the Employer shall be exempt from paying social security tax or any payroll tax for the Employee.

6. The Employer shall conduct a review concerning the Employee's job performance twice per year (June, December) and be referenced as human resources records.

7. The Employer may immediately terminate this agreement where any one of the following is applicable. In the event the Employee wishes to terminate the agreement, he must provide a two-month advanced notice to the Employer.

(1) Failure to complete tasks for physiological or psychological reasons

(2) In case [the Employee] is subject to layoff due to elimination of position, restructuring, or reduction of budget

(3) Cessation of work

(4) When survival or the whereabouts become unclear due to Act of God or war/incident.

(5) Commits a crime or a gross negligence

(6) Neglects work duties or exhibits substandard behavior

- 3 -

ROKPM00038 - T

(7) Fails to obey supervisor's work-related orders

(8) Receives "Unsatisfactory" in two or more categories of the following four categories
(Diligence, Responsibility, Ability to Perform, and Ability to Keep Matters Secret) in
the performance evaluation.

(9) Failure to abide by the security guidelines.

8.   The Employer shall pay the Employee a severance pay as follows if his employment
terminates after one year or more of employment.

o   For each year of continuous employment, pay 30 days' average wages. *excluding
housing subsidy.

* Average wages mean the total amount paid for 3 months prior to resignation,
termination, or other events divided by the number of days during that period
(include regular wages, bonus, off-schedule wages)

9.  The Employer may permit days to the Employee as follows:

(1) 15 days of paid time off if reported to work more than 80% of the time in one year
(But if reported to work less than 80% in one year, allow 1 day of paid time off per
one month of attendance.)

(2) If continuous employment is less than one year, 1 day of paid time off per 1 month of
attendance.

(3) If providing paid time off for the first year, the total will be 15 days including the paid
time off pursuant to subsection 2, and if paid time off pursuant to subsection 2 is
already used, subtract the used number of days of paid time off from 15 days.

- 4 -

ROKPM00039 - T

(4) If employed for more than 3 years, allow 1 additional day of paid time off for every 2 years after the first year, but the maximum paid time off including the additional days shall be 25 days.

(5) Three lateness or early leaves shall be calculated as one day of paid time off and be deducted from the number of days of paid time off, but the Employer may not deduct it at his discretion.

10. In the event the Employee requests an extended leave due to his physical or mental disability, the Employer may grant him unpaid leave up to 3 months.

11. The Employer shall not be responsible for any issues arising from the Employee's own failure to procure insurance or lack of provision by the receiving State.

This agreement is executed in 2 copies and each party shall keep 1 copy.

July 1, 2020.

Employer          Permanent Mission of the Republic of Korea to the United Nations

                                    (Deputy) Minister Jinho Jo     [signed]

Employee                                  Hyunhuy Nam     [signed]

- 5 -

ROKPM00040 - T

# Certification of Translation Accuracy

I, Fran S. Yoon, a professional interpreter and translator having no relation to

the client hereby certify that:

1. I am a Korean/English interpreter and translator with 20 years of

experience.

2. I am currently registered with the United States District Court for the Southern District of New

York.

3. The attached documents bearing Bates Stamp "ROKPM0010–T" through "ROKPM0048–T"

(bottom right corner), to my knowledge, ability and belief, is a true and accurate translation of

the original documents bearing Bates Stamp "ROKPM0010" through "ROKPM0048" (bottom

right corner).

_____

Fran S. Yoon

February 18, 2022

# EXHIBIT 29

Nam v. Permanent Mission of the ROK to UN
SDNY 1:21-cv-06165-AJN                    Defendant's Motion for Summary Judgment

# <u>운전원 채용계약서</u>

駐유엔 대한민국 대표부 정대용 공사(이하 "고용주"라 칭함)와 고용원 남현희(男, 1960.4.9생)은 2021년 4월 1일 다음과 같이 채용계약을 체결한다.

1. 계약 당사자

 (1) 고용주명 : 정대용 공사

 (2) 채용대상자

  o 주 소 : 128 w Central Blvd. Palisades Park. NJ 07650

  o 성 명 : 남현희

  o 생년월일 : 1960년 4월 9일

2. 채용대상자는 계약기간 동안 운전원로서 다음과 같은 업무를 수행한다.

 (1) 공용차량 운전 업무

 (2) 기타 행정 및 의전 업무

 (3) 상기 업무수행과 관련된 제반 행정 사무 및 본부가 필요하다고 인정하는 업무지원

ROKPM0042

3. 채용기간은 2021年 4月 1日부터 2021年 6月 30日까지로 한다.

4. 근무시간은 週 40시간, 日 09:00부터 18:00까지로 하며 점심 식사 등을 위한 휴게시간 1시간을 부여한다. 고용주가 주말 이나 공휴일 등 시간외 근무를 요청할 경우 고용원은 이를 따라야 하며, 근무시간이 변경될 경우 이를 준수하여야 한다.

5. 月 보수는 기본급, 시간외 근무수당 등을 포함한다.

   (1) 月 기본급은 $1,710로 한다. 급료는 月 단위(1개월 미만시 하루 단위) 매월 중·하순 지급한다.

   (2) 시간외 근무수당은 시간당 $13.29로 하되 근로기준법에 따라 月 52시간 한도 내에서 지급한다.

   (3) 상여금(기본급 100%)은 연간 1회(6月) 지급한다.

   (4) 주거보조비는 每月 $2,000 지급한다.

   (5) 의료보험료는 月 납입액의 80%를 지급한다.

   (6) 성과급은 年 1회(4月) 지급한다.

   (7) 주재국 법령이 규정하고 있더라도 고용주는 고용원을 위하여 사회보장세 등 어떠한 조세도 지불하지 아니한다.

6. 고용주는 고용원의 업무추진실적 및 직무수행태도에 대한 근무 실적 평가를 年 1회(12월) 실시, 인사자료로 참고한다.

ROKPM0043

7. 고용주는 고용원이 다음 각 호의 사유에 해당될 경우 채용계약을 즉시 해지할 수 있다. 또한 고용원이 계약 해지를 희망할 경우 고용주에게 2개월 전 서면 통보해야한다.

   (1) 신체·정신상의 이유로 직무를 감당하지 못할 경우

   (2) 직제·정원의 개폐 또는 예산의 감소에 의해 인원감축의 대상이 된 경우

   (3) 계약사업을 계속할 필요성이 소멸한 때

   (4) 천재지변 또는 전시·사변이나 기타 사유로 생사 또는 소재가 불분명하게 된 경우

   (5) 범죄 또는 중대한 과실을 범한 경우

   (6) 직무를 태만히 하거나 소행이 불량한 경우

   (7) 상사의 직무상 명령에 복종하지 아니한 경우

   (8) 근무실적 평가결과 4개 항목(성실감·책임감·업무능력·보안성) 중 2개 항목 이상 부문에서 '불량' 평가를 받은 경우

   (9) 보안준수 의무사항을 이행하지 아니한 경우

   (10) 외국적자와의 결혼 등 신상 변동사항을 고지하지 아니한 경우


8. 고용주는 고용원이 1年 이상 근무하고 퇴직할 경우에 다음 기준에 의해 퇴직 익월에 퇴직금을 지급한다.

   o 퇴직금 산식 : 퇴직前 3개월 총임금(기본급+ 시간외수당)/3+

- 3 -

ROKPM0044

年상여금/12)】×총근무일수/365

o 퇴직금 산입항목 : 계속근로기간 1년에 대하여 30일분의 평균 임금을 지급 * 평균임금은 퇴직·해고 등 사유발생 이전 3개월동안 지급된 임금총액을 그 기간의 총 일수로 나눈 금액(기본급, 상여금, 시간외 근무수당 포함)

9. 고용주는 고용원에게 근무기간에 따라 아래와 같이 유급휴가를 줄 수 있다.

(1) 1년간 8할 이상 출근한 경우 15일의 유급휴가를 준다.(다만 1년간 8할 미만 출근한 경우 개근한 1월에 대하여 1일의 유급휴가를 준다)

(2) 계속하여 근로한 기간이 1년 미만인 경우 1개월 개근시 1일의 유급휴가를 준다.

(3) 최초 1년간의 근로에 대하여 유급휴가를 주는 경우에는 제2호에 따른 휴가를 포함하여 15일로 하고, 제2호에 따른 휴가를 이미 사용한 경우에는 그 사용한 휴가 일수를 15일에서 뺀다.

(4) 3년 이상 근속한 경우 최초 1년을 초과하는 계속 근로연수 매 2년에 대하여 1일을 가산한 유급휴가를 주며, 가산 휴가를 포함한 총 휴가일수는 25일을 한도로 한다

(5) 단, 지각·조퇴가 3회일 경우 연가 1일로 산정, 연가일수에서 제외하나, 고용주가 인정하는 경우는 연가 삽입에서 제외할 수 있다.

10. 고용주는 고용원이 신체·정신상의 장애로 장기 요양을 원할 시 3개월 이내에 한하여 무급 휴직을 줄 수 있다.

- 4 -

ROKPM0045

11. 고용주는 고용원이 보험미가입 또는 주재국 제도 불비로 인한
    문제 발생시 이에 대한 책임을 지지 않는다.

본 계약서 2부를 작성하여 각각 1부씩 보관한다.

2021년  4월  1일

고용주    駐유엔 대한민국 대표부 공사    정 대 용 (서명)

고용원                                남 현 희 (서명)

- 5 -

ROKPM0046

# EXHIBIT 30

# EMPLOYMENT CONTRACT

Minister, Dae Yong Chung, of the Permanent Mission of the Republic of Korea to the United Nations (hereinafter "Employer") and the Employee, Hyunhuy Nam (Male, DOB 4/9/60), hereby execute the employment agreement as follows on this 1st day of April 2021.

1. Parties to the Contract

    (1) Employer Name: Minister Dae Yong Chung

    (2) Subject of Employment

    o  Address: 128 w Central Blvd. Palisades Park, NJ 07650

    o  Name: Hyunhuy Nam

    o  Date of Birth: April 9, 1960

2. The Subject of Employment shall perform the following tasks as a chauffeur.

    (1) Driving a government vehicle.

    (2) Performing other executive duties as well as activities of ceremony, formality, protocol, etiquette on diplomatic occasions.

    (3) Performing supporting tasks including executive and office work necessary to perform the foregoing tasks as the headquarters may determine as necessary.

- 1 -

ROKPM00042 - T

3.  The employment period shall be from April 1, 2021 through June 30, 2021.

4.  The work hours shall be 40 hours per week, 09:00 through 18:00 per day, permitting break time of 1 hour for lunch, etc. The Employee shall comply with the Employer's request to work during off-schedule hours including on the weekends or national holidays.

5.  Monthly compensation shall include regular wages and off-schedule wages, etc.

    (1) Monthly regular wages shall be $1,710. Wages shall be paid one-month increments (daily increment if less than 1 month) at the beginning and middle of each month.

    (2) Off-schedule wages shall be $13.29 but paid at a monthly maximum of 52 hours pursuant to Korea's Labor Standards Law.

    (3) Bonus (100% of regular wages) will be paid once per year (June).

    (4) Be paid housing subsidy of $2,000 per month.

    (5) Be paid medical insurance subsidy monthly at 80% of actual payment.

    (6) Be paid a performance bonus once per year (April).

    (7) Notwithstanding the laws of the receiving State, the Employer shall be exempt from paying social security tax or any payroll tax for the Employee.

6.  The Employer shall conduct a review concerning the Employee's job performance and once per year (December) and be referenced as human resources records.

ROKPM00043 - T

- 2 -

7.  The Employer may immediately terminate this agreement where any one of the following

is applicable. In the event the Employee wishes to terminate the agreement, he must

provide a two-month advanced notice to the Employer.

(1) Failure to complete tasks for physiological or psychological reasons

(2) In case [the Employee] is subject to layoff due to elimination of position,
restructuring, or reduction of budget

(3) Cessation of need to work.

(4) When survival or the whereabouts become unclear due to Act of God or war/incident.

(5) Commits a crime or a gross negligence

(6) Neglects work duties or exhibits substandard behavior

(7) Fails to obey supervisor's work-related orders

(8) Receives "Unsatisfactory" in two or more categories of the following four categories

(Diligence, Responsibility, Ability to Perform, and Ability to Keep Matters Secret) in

the performance evaluation

(9) Failure to abide by the security guidelines.

(10)    Failure to inform of changes in identification status, including marriage with a
foreign national

8.   The Employer shall pay the Employee a severance pay as follows if his employment

terminates after one year or more of employment.

o   Calculation for severance payment: Total wages for 3 months before separation

(regular wages + off-schedule wages)/3 + Yearly Bonus/12] x total workdays/365

- 3 -

        o   Included in severance pay: For each year of continuous employment, pay 30 days' average wages. * Average wages mean the total amount paid for 3 months prior to resignation, termination, or other events divided by the number of days during that period (include regular wages, bonus, off-schedule wages)

9.   The Employer may permit days to the Employee as follows:

     (1) 15 days of paid time off if reported to work more than 80% of the time in one year (But if reported to work less than 80% in one year, allow 1 day of paid time off per one month of attendance.)

     (2) If continuous employment is less than one year, 1 day of paid time off per 1 month of attendance.

     (3) If providing paid time off for the first year, the total will be 15 days including the paid time off pursuant to subsection 2, and if paid time off pursuant to subsection 2 is already used, subtract the used number of days of paid time off from 15 days.

     (4) If employed for more than 3 years, allow 1 additional day of paid time off for every 2 years after the first year, but the maximum paid time off including the additional days shall be 25 days.

     (5) Three lateness or early leaves shall be calculated as one day of paid time off and be deducted from the number of days of paid time off, but the Employer may not deduct it at his discretion.

10. In the event the Employee requests an extended leave due to his physical or mental disability, the Employer may grant him unpaid leave up to 3 months.

- 4 -

11. The Employer shall not be responsible for any issues arising from the Employee's own

    failure to procure insurance or lack of provision by the receiving State.


This agreement is executed in 2 copies and each party shall keep 1 copy.

April 1, 2021.


Employer            Permanent Mission of the Republic of Korea to the United Nations

                                    Daeyong Chung        [signed]

Employee                            Hyunhuy Nam          [signed]


- 5 -

ROKPM00046 - T

# Certification of Translation Accuracy

I, Fran S. Yoon, a professional interpreter and translator having no relation to

the client hereby certify that:

1. I am a Korean/English interpreter and translator with 20 years of

experience.

2. I am currently registered with the United States District Court for the Southern District of New

York.

3. The attached documents bearing Bates Stamp "ROKPM0010–T" through "ROKPM0048–T"

(bottom right corner), to my knowledge, ability and belief, is a true and accurate translation of

the original documents bearing Bates Stamp "ROKPM0010" through "ROKPM0048" (bottom

right corner).

Fran S. Yoon

February 18, 2022