# EXHIBIT C

## 시간외근무 확인대장 (운전원)

| 날짜 | 근무자 | 초과근무 현황 ||| 초과근무 사유 | 확인관 서명 |
|---|---|---|---|---|---|---|
| | | 시작시각 | 종료시각 | 초과시간 | | |
| 07/01 | 김병희 | 6:50 | 19:30 | 3:40 | 출·퇴근 시간초과분 | |
| 07/05 | 〃 | 6:50 | 22:30 | 6:40 | 출·퇴근/야근 (15분) | |
| 07/12 | 〃 | 6:50 | 23:00 | 7:10 | 출·퇴근/야근 (70개) | |
| 07/13 | 〃 | 6:50 | 23:40 | 7:50 | 출·퇴근/야근 (70개) | |
| 07/14 | 〃 | 7:00 | 20:00 | 4:00 | 출·퇴근 시간초과분 | |
| 07/15 | 〃 | 7:10 | 20:30 | 4:20 | 출·퇴근/야근 (15분) | |
| 07/18 | 〃 | 6:50 | 19:20 | 3:30 | 출·퇴근 시간초과분 | |
| 07/19 | 〃 | 07:00 | 20:30 | 4:30 | 출·퇴근/야근 (49분) | |
| 07/20 | 〃 | 08:00 | 23:30 | 6:30 | 출·퇴근/야근 (46분) | |
| 07/21 | 〃 | 09:00 | 23:00 | 5:00 | 출·퇴근/야근 (42분) | |
| 07/22 | 〃 | 07:00 | 19:00 | 3:00 | 출·퇴근 시간초과분 | |
| 07/22 | 〃 | 06:40 | 19:20 | 3:40 | 출·퇴근 시간초과분 | |
| 07/25 | 〃 | 06:40 | 19:30 | 3:50 | 출·퇴근 시간초과분 | |
| 07/26 | 〃 | 07:00 | 23:30 | 7:30 | 출·퇴근/조조리야 | |
| 07/27 | 〃 | 07:00 | 20:00 | 4:00 | 출·퇴근 시간초과분 | |
| 07/28 | 〃 | 06:50 | 07:10 | 3:20 | 출·퇴근 시간초과분 | |
| 07/29 | 〃 | 07:20 | 20:00 | 3:40 | 출·퇴근 시간초과분 | |

↑ 근무지 업무시작시각을 기준으로 기록
(근무지까지 이동시간 평균 20분 불포함)

Total: 82시간 (자금기준액 12만/시간)
= 각 한5억 59만불

ROKPM0111

Overtime Verification Ledger (Chauffeur)

| Date | Worker | Overtime Status | | | Reason for Overtime | Signature of Verifier |
|---|---|---|---|---|---|---|
| | | Starting Time | Ending Time | Overtime | | |
| 07/01 | Hyunhuy Nam | 6:50 | 19:30 | 3:40 | Going to, Leaving from work overtime | 승 |
| 07/05 | " | 6:50 | 22:30 | 6:40 | Going to, Leaving from work/ night work (15th St) | 승 |
| 07/12 | " | 6:50 | 23:00 | 7:10 | Going to, Leaving from work/ night work (Fort Lee) | 승 |
| 07/13 | " | 6:50 | 23:40 | 7:50 | Going to, Leaving from work/ night work (Fort Lee) | 승 |
| 07/14 | " | 7:00 | 20:00 | 4:00 | Going to, Leaving from work overtime | 승 |
| 07/15 | " | 7:10 | 20:30 | 4:20 | Going to, Leaving from work/ night work (15th St) | 승 |
| 07/18 | " | 6:50 | 19:20 | 3:30 | Going to, Leaving from work overtime | 승 |
| 07/19 | " | 07:00 | 20:30 | 4:30 | Going to, Leaving from work/ night work (49th St) | 승 |
| 07/20 | " | 08:00 | 23:30 | 6:30 | Going to, Leaving from work/ night work (46th St) | 승 |
| 07/21 | " | 09:00 | 23:00 | 5:00 | Going to, Leaving from work/ night work (42nd St) | 승 |
| 07/22 | " | 07:00 | 19:00 | 3:00 | Going to, Leaving from work overtime | 승 |
| 07/22 | " | 06:40 | 19:20 | 3:40 | Going to, Leaving from work overtime | 승 |
| 07/25 | " | 06:40 | 19:30 | 3:50 | Going to, Leaving from work overtime | 승 |
| 07/26 | " | 07:00 | 23:30 | 7:30 | Going to, Leaving from work/ Fort Lee night work | 승 |
| 07/27 | " | 07:00 | 20:00 | 4:00 | Going to, Leaving from work overtime | 승 |
| 07/28 | " | 06:50 | 07:10 | 3:20 | Going to, Leaving from work overtime | 승 |
| 07/29 | " | 07:20 | 20.00 | 3:40 | Going to, Leaving from work overtime | 승 |
| | | ↑ | | | | |
| | | ↑ | | | | |
| | | written | on the basis | of work | starting time of the work place | |
| | | (20 minutes | of daily | average | travel time to the work place not included) | |

Total: 82 hours (Amount of Base Pay $12/hour)
= Amount of Pay Limit $570

승 9/9 Received

ROKPM0111

## 시간외근무 확인대장

2017 5월

| 날짜 | 근무자 | 초과근무 현황 ||| 초과근무 사유 | 확인관 서명 |
|---|---|---|---|---|---|---|
| | | 시작시각 | 종료시각 | 초과시간 | | |
| 05/01 | 남혜희 | 7:00 | 19:40 | 3:40 | 34가 / 출, 퇴근 | ✓ |
| 05/02 | 남혜희 | 7:10 | 22:30 | 6:20 | 포트리 / 출, 퇴근 | ✓ |
| 05/03 | 남혜희 | 7:10 | 20:00 | 3:50 | 출, 퇴근 초과복 | ✓ |
| 05/04 | 남혜희 | 6:50 | 20:00 | 4:10 | 한미보2 / 출, 퇴근 | ✓ |
| 05/05 | 남혜희 | 9:00 | 22:30 | 4:30 | 49가, 포트리/출,퇴근 | ✓ |
| 05/08 | 남혜희 | 7:00 | 19:30 | 3:30 | 출, 퇴근 초과복 | ✓ |
| 05/09 | 남혜희 | 9:00 | 23:30 | 5:30 | 광명, 포트리/출,퇴근 | ✓ |
| 05/10 | 남혜희 | 7:10 | 22:00 | 5:50 | 포트리 / 출, 퇴근 | ✓ |
| 05/11 | 남혜희 | 7:10 | 20:00 | 3:50 | 58가 / 출, 퇴근 | ✓ |
| 05/12 | 남혜희 | 7:20 | 19:30 | 3:10 | 출, 퇴근 초과복 | ✓ |
| 05/15 | 남혜희 | 7:00 | 22:30 | 6:40 | 포트리 / 출, 퇴근 | ✓ |
| 05/16 | 남혜희 | 7:10 | 19:30 | 3:20 | 출, 퇴근 초과복 | ✓ |
| 05/17 | 남혜희 | 7:10 | 0:00 | 9:50 | 49가 / 출, 퇴근 | ✓ |
| 05/18 | 남혜희 | 7:00 | 20:00 | 4:00 | 포트리 / 출, 퇴근 | ✓ |
| 05/19 | 남혜희 | 7:20 | 19:30 | 3:10 | 리처드 / 출, 퇴근 | ✓ |
| 05/22 | 남혜희 | 7:00 | 19:30 | 3:30 | 출, 퇴근 초과복 | ✓ |
| 05/23 | 남혜희 | 7:10 | 22:30 | 6:20 | 포트리 / 출, 퇴근 | ✓ |
| 05/24 | 남혜희 | 7:10 | 19:00 | 2:50 | 출, 퇴근 초과복 | ✓ |
| 05/25 | 남혜희 | 8:20 | 18:30 | 1:10 | 출, 퇴근 초과복 | ✓ |
| 05/26 | 남혜희 | 8:20 | 19:30 | 2:10 | 품의서 / 출, 퇴근 | ✓ |
| 05/30 | 남혜희 | 7:00 | 22:00 | 6:00 | 포트리 / 출, 퇴근 | ✓ |
| 05/31 | 남혜희 | 7:10 | 19:30 | 3:20 | 32가 / 출, 퇴근 | ✓ |

{(1,900 + 1,900/12) ≒ 209×1.5} × 52 = 167불

(시간당 기준액 = 18.76)  (시간)

수령: 남혜희
확인

ROKPM0101

Overtime Verification Ledger

May 2017

| Date | Worker | Overtime Status | | | Reason for Overtime | Signature of Verifier |
|---|---|---|---|---|---|---|
| | | Starting Time | Ending Time | Overtime | | |
| 05/01 | Hyunhuy Nam | 7:00 | 19:40 | 3:40 | 34th St / Going to, Leaving from work | گ |
| 05/02 | Hyunhuy Nam | 7:10 | 22:30 | 6:20 | Fort Lee / Going to, Leaving from work | گ |
| 05/03 | Hyunhuy Nam | 7:10 | 20:00 | 3:50 | Going to, Leaving from work overtime | گ |
| 05/04 | Hyunhuy Nam | 6:50 | 20:00 | 4:10 | Hillsborough / Going to, Leaving from work | گ |
| 05/05 | Hyunhuy Nam | 9:00 | 22:30 | 4:30 | 49th St / Going to, Leaving from work | گ |
| 05/08 | Hyunhuy Nam | 7:00 | 19:30 | 3:30 | Going to, Leaving from work overtime | گ |
| 05/09 | Hyunhuy Nam | 9:00 | 23:30 | 5:30 | Pal Park, Fort Lee/ Going to, Leaving from work | گ |
| 05/10 | Hyunhuy Nam | 7:10 | 22:00 | 5:50 | Fort Lee/ Going to, Leaving from work | گ |
| 05/11 | Hyunhuy Nam | 7:10 | 20:00 | 3:50 | 58th St/ Going to, Leaving from work | گ |
| 05/12 | Hyunhuy Nam | 7:20 | 19:30 | 3:10 | Going to, Leaving from work overtime | گ |
| 05/15 | Hyunhuy Nam | 7:00 | 22:30 | 6;30 | Fort Lee/ Going to, Leaving from work | گ |
| 05/16 | Hyunhuy Nam | 7:10 | 19:30 | 3:20 | Going to, Leaving from work overtime | گ |
| 05/17 | Hyunhuy Nam | 7:10 | 01:00 | 9:50 | 49th St/ Going to, Leaving from work | گ |
| 05/18 | Hyunhuy Nam | 7:00 | 20:00 | 4:00 | Fort Lee/ Going to, Leaving from work | گ |
| 05/19 | Hyunhuy Nam | 7:20 | 19:30 | 3:10 | Ridgefield/ Going to, Leaving from work | گ |
| 05/22 | Hyunhuy Nam | 7:00 | 19:30 | 3:30 | Going to, Leaving from work overtime | گ |
| 05/23 | Hyunhuy Nam | 7:10 | 22:30 | 6:20 | Fort Lee/ Going to, Leaving from work | گ |
| 05/24 | Hyunhuy Nam | 7:10 | 19:00 | 2:50 | Going to, Leaving from work overtime | گ |
| 05/25 | Hyunhuy Nam | 8:20 | 18:30 | 1:10 | Going to, Leaving from work overtime | گ |
| 05/26 | Hyunhuy Nam | 8:20 | 19:30 | 2:10 | Flushing / Going to, Leaving from work | گ |
| 05/30 | Hyunhuy Nam | 7:00 | 22:00 | 6:00 | Fort Lee/ Going to, Leaving from work | گ |
| 05/31 | Hyunhuy Nam | 7:10 | 19:30 | 3:20 | 32nd St / Going to, Leaving from work | گ |
| | | | | | | |
| | | | | | | |
| | {(1900+ | 1900/12) (hourly | ÷209 x base pay | 1.5} x =14.76) | 52 = $767 (hour) | |

Confirmation of Receipt: *Hyunhuy Nam*

ROKPM0101

## 시간외근무 확인대장

2018 1月

| 날짜 | 근무자 | 초과근무 현황 | | | 초과근무 사유 | 확인관 서명 |
|---|---|---|---|---|---|---|
| | | 시작시각 | 종료시각 | 초과시간 | | |
| 1/3 | 남현희 | 7:40 | 23:00 | 6:20 | 72가/꼬리/출.퇴근 | |
| 1/5 | 남현희 | 7:40 | 20:00 | 3:40 | 32가/출.퇴근 | |
| 1/8 | 남현희 | 7:30 | 20:00 | 3:30 | 총영사/출.퇴근 | |
| 1/9 | 남현희 | 8:00 | 21:20 | 4:20 | 61가/32가/출.퇴근 | |
| 1/10 | 남현희 | 7:40 | 21:50 | 5:10 | 56가/꼬리/출.퇴근 | |
| 1/11 | 남현희 | 7:40 | 01:00 | 8:40 | 32가/출.퇴근 | |
| 1/12 | 남현희 | 11:00 | 20:00 | 0:00 | 49가/출.퇴근 | |
| 1/15 | 남현희 | 7:50 | 23:00 | 6:10 | 32가/1가/출.퇴근 | |
| 1/16 | 남현희 | 7:40 | 21:45 | 5:05 | 32가/꼬리/출.퇴근 | |
| 1/17 | 남현희 | 7:50 | 19:45 | 2:55 | 76가/꼬리 | |
| 1/18 | 남현희 | 7:40 | 22:00 | 5:40 | 28가/출.퇴근 | |
| 1/19 | 남현희 | 8:00 | 20:00 | 3:00 | 출.퇴근 초과분 | |
| 1/22 | 남현희 | 7:30 | 22:00 | 5:30 | 서훈/출.퇴근 | |
| 1/23 | 남현희 | 7:40 | 19:50 | 2:10 | 출.퇴근 초과분 | |
| 1/24 | 남현희 | 7:40 | 21:00 | 4:20 | 23가/꼬리/출.퇴근 | |
| 1/25 | 남현희 | 9:30 | 21:00 | 2:30 | 출.퇴근 초과분 | |
| 1/26 | 남현희 | 7:40 | 22:30 | 6:50 | 32가/렘랑/출.퇴근 | |
| 1/28 | 남현희 | 18:20 | 22:30 | 4:10 | JFK/휴일근무 | |
| 1/29 | 남현희 | 7:30 | 20:30 | 4:00 | 출.퇴근 초과분 | |
| 1/30 | 남현희 | 7:45 | 21:30 | 4:45 | 꼬리/출.퇴근 | |
| 1/31 | 남현희 | 7:45 | 19:45 | 3:00 | 출.퇴근 초과분 | |
| | | | Total | 91:45 | | |
| | | | | | 91시간 × 16.76 = $876 (지급환산액) | |

91시간

Overtime Verification Ledger

January 2018

| Date | Worker | Overtime Status | | | Reason for Overtime | Signature of Verifier |
|---|---|---|---|---|---|---|
| | | Starting Time | Ending Time | Overtime | | |
| 1/3 | Hyunhuy Nam | 7:40 | 23:00 | 6:20 | 72nd St/Fort Lee/Going to, Leaving from work | علق |
| 1/5 | Hyunhuy Nam | 7:40 | 20:00 | 3:40 | 32nd St/Going to, Leaving from work | علق |
| 1/8 | Hyunhuy Nam | 7:30 | 20:00 | 3:30 | Consulate General/ Going to, Leaving from work | علق |
| 1/9 | Hyunhuy Nam | 8:00 | 21:20 | 4:20 | 61st St/32nd St/ Going to, Leaving from work | علق |
| 1/10 | Hyunhuy Nam | 7:40 | 21:50 | 5:10 | 56th St/Pal Park/ Going to, Leaving from work | علق |
| 1/11 | Hyunhuy Nam | 7:40 | 01:00 | 8:40 | 32nd St/ Going to, Leaving from work | علق |
| 1/12 | Hyunhuy Nam | 11:00 | 20:00 | 0:00 | 49th St/ Going to, Leaving from work | علق |
| 1/15 | Hyunhuy Nam | 7:50 | 23:00 | 6:10 | 32nd St/1st St/ Going to, Leaving from work | علق |
| 1/16 | Hyunhuy Nam | 7:40 | 21:45 | 5:05 | 32nd St/Fort Lee/Going to, Leaving from work | علق |
| 1/17 | Hyunhuy Nam | 7:50 | 19:45 | 2:55 | 76th St/Fort Lee | علق |
| 1/18 | Hyunhuy Nam | 7:40 | 22:00 | 5:40 | 28th St/ Going to, Leaving from work | علق |
| 1/19 | Hyunhuy Nam | 8:00 | 20:00 | 3:00 | Going to, Leaving from work overtime | علق |
| 1/22 | Hyunhuy Nam | 7:30 | 22:00 | 5:30 | Seoho/ Going to, Leaving from work | علق |
| 1/23 | Hyunhuy Nam | 7:40 | 19:50 | 2:10 | Going to, Leaving from work overtime | علق |
| 1/24 | Hyunhuy Nam | 7:40 | 21:00 | 4:20 | 23rd St/Fort Lee/ Going to, Leaving from work | علق |
| 1/25 | Hyunhuy Nam | 9:30 | 21:00 | 2:30 | Going to, Leaving from work overtime | علق |
| 1/26 | Hyunhuy Nam | 7:40 | 22:30 | 6:50 | 32nd St/Pal Park/ Going to, Leaving from work | علق |
| 1/28 | Hyunhuy Nam | 18:20 | 22:30 | 4:10 | JFK/Work on off day | علق |
| 1/29 | Hyunhuy Nam | 7:30 | 20:30 | 4:00 | Going to, Leaving from work overtime | علق |
| 1/30 | Hyunhuy Nam | 7:45 | 21:30 | 4:45 | Fort Lee/ Going to, Leaving from work | علق |
| 1/31 | Hyunhuy Nam | 7:45 | 19:45 | 3:00 | Going to, Leaving from work overtime | علق |
| | | | Total | 91:45 | | |
| | | | | | 91 hours x 14.76=$767 | |
| | | | | | (Amount of Pay Limit) | |

91 hours     رسکڤ

ROKPM0093

# JOANNA KOH
**Certified English Korean Court Interpreter/Translator**

56B West Homestead Avenue Palisades Park, NJ 07650

Telephone: (973) 886-4438

## CERTIFICATE OF ACCURACY

STATE OF NEW JERSEY     )
                                                    ) ss.:
COUNTY OF BERGEN    )

Joanna Koh, being duly sworn, deposes and says: That I am familiar with both the English and Korean languages. That I have made the attached translation from the annexed document in the Korean language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability and belief.

*Joanna Koh*

Joanna Koh          Date: July 28, 2022

Sworn to before me
this _____ day of _____, 2022