UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNHUY NAM,<br><br>        Plaintiff,<br><br>  -against-<br><br>PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED STATES,<br><br>        Defendant. | Case No. 1:21-cv-06165 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On September 11, 2024, the Second Circuit vacated the Court's prior decision and remanded for further proceedings consistent with its opinion. *See Nam. v. Permanent Mission of the Republic of Korea to the United States*, No. 23-229 (2d Cir. Sept. 11, 2024); Dkt. 110. The parties shall meet and confer about next steps, including whether they are amenable to settlement discussions with a Magistrate Judge or a mediator, and then appear before the Court on **September 25, 2024 at 9:00 A.M**. to discuss next steps.

Dated: September 16, 2024
    New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge