HENRY L. KIM*
JOSHUA S. LIM*
KENDAL SIM*
SEAN S. KWAK*

OF COUNSEL
NICHOLAS J. DUBOIS*
JOHN CHEN*
CRAIG A. BORGEN**♦

\*   Admitted in NJ & NY
\*\*  Admitted in CA, NJ, NY & PA
♦   Certified by the Supreme Court
    of New Jersey as a Civil Trial Attorney



460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

NY Office:
164-01 Northern Boulevard, 2nd Floor
Flushing, NY 11358
T: 718.539.7400   F: 877.833.2007

Reply to NJ address only

September 17, 2024

Via CM/ECF
United States District Court for the Southern District of New York
ATTN: HON. JENNIFER L. ROCHON, U.S.D.J.
500 Pearl Street, Courtroom 20B
New York, New York 10007

> **RE:**     **HYUNHUY NAM v. PERMANENT MISSION OF THE REPUBLIC OF KOREA**
> **TO THE UNITED NATIONS, et al.**
> **CASE NO.: 1:21-cv-6165**
> **REQUEST FOR ADJOURNMENT**

Dear Judge Rochon:

As Your Honor may be aware, this office represents the defendant, the Permanent Mission of the Republic of Korea to the United Nations, in the above-referenced matter. We write, with Plaintiff's consent, to respectfully request an adjournment of the status conference currently scheduled for September 25, 2024. This is the first request for adjournment of this conference.

The reason for this request is that the undersigned is scheduled to commence a trial on September 23, 2024. Furthermore, the undersigned will be out of the office from October 4, 2024, through October 14, 2024 on a pre-paid vacation.

For the foregoing reasons, defendant respectfully requests that the conference currently scheduled for September 25, 2024 be adjourned to a date after October 14, 2024. The undersigned's other unavailable dates in October are as follows:

-   October: 17, 21, 23, 24 (morning), 28, and 30.

We thank the Court for its time and attention in this matter.

                            Respectfully submitted,

                            */s/ Sean S. Kwak*

                            Sean S. Kwak, Esq.

SSK/by