UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNHUY NAM,<br><br>      Plaintiff,<br><br> -v-<br><br>PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS,<br><br>      Defendant. | CIVIL ACTION NO. 21 Civ. 6165 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This matter has been referred to the undersigned for settlement purposes. (ECF No. 116). A telephone conference is scheduled for **Thursday, October 31, 2024 at 4:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:  New York, New York
     October 17, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**