HENRY L. KIM*
JOSHUA S. LIM*
KENDAL SIM*
SEAN S. KWAK*

OF COUNSEL
NICHOLAS J. DUBOIS*
JOHN CHEN*
CRAIG A. BORGEN**♦

\* Admitted in NJ & NY
\*\* Admitted in CA, NJ, NY & PA
♦ Certified by the Supreme Court
  of New Jersey as a Civil Trial Attorney



460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

NY Office:
164-01 Northern Boulevard, 2nd Floor
Flushing, NY 11358
T: 718.539.7400   F: 877.833.2007

Reply to NJ address only

November 7, 2024

Via CM/ECF
United States District Court for the Southern District of New York
ATTN: HON. JENNIFER L. ROCHON, U.S.D.J.
500 Pearl Street, Courtroom 20B
New York, New York 10007

**RE:   HYUNHUY NAM v. PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS, et al.
CASE NO.: 1:21-cv-6165
JOINT STATUS REPORT**

Dear Judge Rochon:

As Your Honor may be aware, this office represents the defendant, the Permanent Mission of the Republic of Korea to the United Nations, in the above-referenced matter. We write, jointly with Plaintiff, to provide a status update with regard to scheduling of the settlement conference with Judge Cave, pursuant to Your Honor's docket order entered October 16, 2024.

The parties had a conference with Judge Cave on October 31, 2024, as scheduled in her order entered October 17, 2024. There, both parties agreed to engage in settlement discussions and set a tentative date for **December 12, 2024**, for a settlement conference before Judge Cave. Plaintiff was to confirm his availability shortly thereafter and Defendant was to request an adjournment if their diplomat-related scheduling is in conflict.

Thereafter, Plaintiff confirmed his availability for that date and Defendants are currently in the process of confirming the representative's availability and authority to appear.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/ Sean S. Kwak*

Sean S. Kwak, Esq.