UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYUNHUY NAM,

            Plaintiff,

-v-

PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS,

            Defendant.

CIVIL ACTION NO. 21 Civ. 6165 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference regarding the status of the parties' settlement negotiations is scheduled for **Monday, January 6, 2025 at 4:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 951-153-707#, at the scheduled time.

Dated:    New York, New York
           January 2, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**