UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYUNHUY NAM,

                Plaintiff,

    -v-

PERMANENT MISSION OF THE REPUBLIC OF
KOREA TO THE UNITED NATIONS,

                Defendant.

CIVIL ACTION NO. 21 Civ. 6165 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, January 6, 2025, a follow-up conference regarding the status of the parties' settlement negotiations is scheduled for **Friday, January 10, 2025 at 3:30 p.m.** on the Court's Microsoft Teams platform.  The parties are directed to call:  (646) 453-4442; access code:  629-690-247#, at the scheduled time.

Dated:    New York, New York
           January 6, 2025

                    SO ORDERED.

                    **SARAH L. CAVE**
                    **United States Magistrate Judge**