AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HYUNHUY NAM <br> *Plaintiff* <br> v. <br> PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED <br> *Defendant* | Civil Action No. 1:21-cv-06165 |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge **for settlement purposes only.**

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | Dates |
|---|---|---|
| Plaintiff HYUNHUY NAM/Yongjin Bae, Esq. | /s/Yongjin Bae | 01/06/2025 |
| Defendant Permanent Mission of the R.O.K to the U.N., Sean Kwak, Esq. | /s/ Sean S. Kwak | 01/09/2025 |

**Nothing in this form shall be deemed a waiver by Defendant of any rights under the Foreign Sovereign Immunities Act ("FSIA"). Defendant expressly reserves all rights thereunder and continues to assert immunity under the FSIA. This consent is solely to consent to the authorities of the Magistrate Judge in her involvement of this matter.**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                    _____
                                                                    *District Judge's signature*

                                                                    _____
                                                                    *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.