1:21-cv-06165-SLC

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

———————

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 22 2025

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand twenty-five.

Before:    Debra Ann Livingston,
                 *Chief Judge,*
           Richard C. Wesley
           Denny Chin,
                 *Circuit Judges.*

———————————————

Hyunhuy Nam,

      Plaintiff - Appellee,

v.

Permanent Mission of the Republic of Korea to the United Nations,

      Defendant - Appellant.

———————————————

**STATEMENT OF COSTS**

Docket No. 23-229

IT IS HEREBY ORDERED that costs are taxed in the amount of $2,899.60 in favor of the Appellant.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/22/2025