

HENRY L. KIM*
JOSHUA S. LIM*
KENDAL SIM*
SEAN S. KWAK*

OF COUNSEL
NICHOLAS J. DUBOIS*
JOHN CHEN*
CRAIG A. BORGEN**◆

\* Admitted in NJ & NY
\*\* Admitted in CA, NJ, NY & PA
◆ Certified by the Supreme Court
  of New Jersey as a Civil Trial Attorney

NY Office:
164-01 Northern Boulevard, 2nd Floor
Flushing, NY 11358
T: 718.539.7400    F: 877.833.2007

Reply to NJ address only

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400    F: 201.585.7422

January 28, 2025

<u>Via CM/ECF</u>
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
ATTN: HON. SARAH L. CAVE, U.S.M.J.
500 Pearl Street, Courtroom 18A
New York, New York 10007

      **RE:    HYUNHUY NAM v. PERMANENT MISSION OF THE REPUBLIC OF KOREA**
               **TO THE UNITED NATIONS, et al.**
               **CASE NO.: 1:21-cv-6165**
               **JOINT STATUS REPORT**

Dear Judge Cave:

      As Your Honor may be aware, this office represents the defendant, the Permanent Mission of the Republic of Korea to the United Nations, in the above-referenced matter. We write, jointly with Plaintiff, to provide a status update with regard to the status of the parties' settlement discussions and to request an adjournment of the conference currently scheduled for January 31, 2025.

      The parties have continued to make efforts to resolve the various issues surrounding the settlement of this matter, including the specific concerns discussed at the last conference. Plaintiff's has indicated earlier today that Plaintiff is amenable to the terms of the settlement discussed then. However, Defendant has not completed its review.

      As Your Honor is aware, the review process is more time-consuming for Defendant because it is a governmental entity. The undersigned submits, however, that Defendant has been actively reviewing the proposed terms. Moreover, the Korean government is observing its Korean New Year (Lunar New Year) holidays from January 28th through February 2nd and, as such, the parties would not have much substantive update for Your Honor at the conference currently scheduled for January 31st.

      For the foregoing reasons, the parties jointly request an adjournment of the January 31st conference to some time at the end of February 2025.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/ Sean S. Kwak*

Sean S. Kwak, Esq.