UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYUNHUY NAM,

                Plaintiff,

-v-                                          CIVIL ACTION NO. 21 Civ. 6165 (SLC)

PERMANENT MISSION OF THE REPUBLIC OF        **ORDER**
KOREA TO THE UNITED NATIONS,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, February 18, 2025, a follow-up conference regarding the status of the parties' settlement negotiations is scheduled for **Tuesday, March 4, 2025 at 4:30 p.m. EST** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 884-214-739#, at the scheduled time.

Dated:      New York, New York
              February 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**