

HENRY L. KIM*
JOSHUA S. LIM*
KENDAL SIM*
SEAN S. KWAK*

OF COUNSEL
NICHOLAS J. DUBOIS*
JOHN CHEN*
CRAIG A. BORGEN**♦

\* Admitted in NJ & NY
\** Admitted in CA, NJ, NY & PA
♦ Certified by the Supreme Court
of New Jersey as a Civil Trial Attorney

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

NY Office:
164-01 Northern Boulevard, 2nd Floor
Flushing, NY 11358
T: 718.539.7400   F: 877.833.2007

Reply to NJ address only

March 3, 2025

Via CM/ECF
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
ATTN: HON. SARAH L. CAVE, U.S.M.J.
500 Pearl Street, Courtroom 18A
New York, New York 10007

    RE:    **HYUNHUY NAM v. PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS, et al.**
              **CASE NO.: 1:21-cv-6165**
              **JOINT STATUS REPORT AND ADJOURNMENT REQUEST**

Dear Judge Cave:

    As Your Honor may be aware, this office represents the defendant, the Permanent Mission of the Republic of Korea to the United Nations, in the above-referenced matter. We write, jointly with Plaintiff, to provide a status update with regard to the status of the parties' settlement discussions and to request an adjournment of the conference currently scheduled for March 4, 2025 31, 2025, at 4:30 PM.

    The parties are excited to inform the Court that most of the terms have been agreed to, except the specifics of how the funds would be paid in light of the Mission's unique governmental circumstances. The parties are currently in the process of memorializing all the terms and anticipate that the settlement will be consummated by the end of this week.

    In light of the foregoing, the parties jointly request an adjournment of the conference currently scheduled for March 4, 2025, by two (2) weeks. Upon finalizing the settlement, the parties will report to Your Honor of the same and request that the conference be canceled.

    We thank the Court for its time and attention in this matter.

                                      Respectfully submitted,

                                      */s/ Sean S. Kwak*

                                      Sean S. Kwak, Esq.

cc: Yongjin Bae, Esq. – Plaintiff's counsel