UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYUNHUY NAM,

                Plaintiff,

-v-

PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS,

                Defendant.

CIVIL ACTION NO. 21 Civ. 6165 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court last spoke with the parties regarding their settlement negotiations on Thursday, March 20, 2025. (See ECF min. entry Mar. 20, 2025). By **Monday, April 14, 2025**, the parties shall file a joint status letter advising the Court as to whether a further conference is required.

Dated:     New York, New York
           April 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**