UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNHUY NAM,<br><br>          Plaintiff,<br><br>-against-<br><br>PERMANENT MISSION OF THE REPUBLIC OF KOREA TO THE UNITED NATIONS;<br><br>          Defendant. | Case No.: 1:21-cv-6165<br><br><u>CIVIL ACTION</u><br><br><u>STIPULATION OF DISMISSAL</u><br><u>WITHOUT PREJUDICE</u> |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Hyunhuy Nam, and Defendant, Permanent Mission of the Republic of Korea to the United Nations, through their respective undersigned counsels, that Plaintiff's claims set forth in Counts I through V, and all other claims, if any, asserting causes of action for unpaid wages and/or otherwise relating to the alleged violation(s) of the wage-and-hour laws, are and be hereby dismissed and discontinued in its entirety, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. A copy of the signatures on this stipulation and order serves the same purposes as an original signature.

Dated: _April 11, 2025_

| | |
|---|---|
| Yongjin Bae, Esq.<br>Hang & Associates, PLLC<br>136-20 38th Avenue, Ste. 10G<br>New York, New York 11354<br>Telephone: (718) 353-8588<br>Facsimile: (718) 353-6288<br>Email: ybae@hanglaw.com<br>*Attorneys for Plaintiff* | Sean S. Kwak, Esq.<br>Kim, Lim & Partners<br>460 Bergen Boulevard, Suite 305<br>Palisades Park, NJ 07650<br>Telephone: (201) 585-7400<br>Facsimile: (201) 585-7422<br>Email: seankwak@klplawyers.com<br>*Attorneys for Defendant* |